1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

   **E-filed 9/7/05**

5  Attorney for Plaintiff
   DAVID JAMES HOLSINGER

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DAVID JAMES HOLSINGER, | Case No.  C05-02075-JF-PVT |
| Plaintiff, | |
| v. | **JOINT ADR STIPULATION AND [PROPOSED] ORDER** |
| WOLPOFF & ABRAMSON, L.L.P., a District of Columbia limited partnership, PHILLIP JOSEPH BRUSSEAU, individually and in his official capacity, NEAL JONATHAN LEVITSKI, individually and in his official capacity, and MATTHEW PAUL LINKIE, individually and in his official capacity, | |
| Defendants. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration        ☒ ENE        ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, of other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

_____

/ / /

-1-

JOINT ADR STIPULATION AND [PROPOSED] ORDER                    Case No.  C05-02075-JF-PVT

-2-

1  Dated: August 16, 2005                           /s/ Fred W. Schwinn
                                                    Fred W. Schwinn, Esq.
2                                                   Attorney for Plaintiff
                                                    DAVID JAMES HOLSINGER
3

4  Dated: August 16, 2005                           /s/ Tomio B. Narita
                                                    Tomio B. Narita, Esq.
5                                                   Attorney for Defendants
                                                    WOLPOFF & ABRAMSON, L.L.P.
6                                                   PHILLIP JOSEPH BRUSSEAU
                                                    NEAL JONATHAN LEVITSKI
7                                                   MATTHEW PAUL LINKIE

8  IT IS SO ORDERED.
9

10 Dated:  9/7/05                                   Jeremy Fogel /s/electronic signature authorized
11                                                  UNITED STATES
                                                    DISTRICT/MAGISTRATE JUDGE

-2-

JOINT ADR STIPULATION AND [PROPOSED] ORDER                     Case No.  C05-02075-JF-PVT