UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID JAMES HOLSINGER,<br><br>         Plaintiff,<br><br>     v.<br><br>WOLPOFF & ABRAMSON, LLP, et al.,<br><br>         Defendants. | Case No.: C 05-2075 JF (PVT)<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY REVISED FORM OF PROTECTIVE ORDER SHOULD NOT BE ISSUED BY COURT** |

On March 13, 2006, this court issued an interim order regarding the proposed form of protective order submitted by the parties. In its interim order, the court directed the parties to revise one paragraph of the proposed form of order. On March 14, 2006, Defendants submitted the form of order revised as directed by the court, but also informed the court that Plaintiff had declined to stipulated to submission of the revised form of protective order. Therefore,

IT IS HEREBY ORDERED that no later than March 20, 2006, Plaintiff shall file a brief showing cause, if any, why the revised form of protective order should not be issued by the court.

Dated: *3/14/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*