**E-filed 5/1/06**

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DAVID JAMES HOLSINGER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DAVID JAMES HOLSINGER,<br><br>   Plaintiff,<br><br>v.<br><br>WOLPOFF & ABRAMSON, L.L.P., a District of Columbia limited partnership, PHILLIP JOSEPH BRUSSEAU, individually and in his official capacity, NEAL JONATHAN LEVITSKI, individually and in his official capacity, and MATTHEW PAUL LINKIE, individually and in his official capacity,<br><br>   Defendants. | Case No.  C05-02075-JF-PVT<br><br>**STIPULATION FOR PARTIAL DISMISSAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAVID JAMES HOLSINGER, and Defendants, WOLPOFF & ABRAMSON, L.L.P., PHILLIP JOSEPH BRUSSEAU, NEAL JONATHAN LEVITSKI and MATTHEW PAUL LINKIE, stipulate, and the Court hereby orders, as follows:

   1.   All claims asserted by Plaintiff, DAVID JAMES HOLSINGER, against Defendants, PHILLIP JOSEPH BRUSSEAU, NEAL JONATHAN LEVITSKI and MATTHEW PAUL LINKIE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

   2.   All claims under the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq*., asserted by Plaintiff, DAVID JAMES HOLSINGER, against Defendant,

-1-

1  WOLPOFF & ABRAMSON, L.L.P., in the above-captioned proceeding are hereby dismissed, with
2  prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).
3           3.      All claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et*
4  *seq*., asserted by Plaintiff, DAVID JAMES HOLSINGER, against Defendant, WOLPOFF &
5  ABRAMSON, L.L.P., in the above-captioned proceeding will <u>not</u> be dismissed and shall proceed
6  in this case.

8  Dated: April 10, 2006                    /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
9                                            Attorney for Plaintiff
                                             DAVID JAMES HOLSINGER

11 Dated: April 10, 2006                    /s/ Tomio B. Narita
                                             Tomio B. Narita, Esq.
12                                           Attorney for Defendants
                                             WOLPOFF & ABRAMSON, L.L.P.
13                                           PHILLIP JOSEPH BRUSSEAU
                                             NEAL JONATHAN LEVITSKI
14                                           MATTHEW PAUL LINKIE

15 THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
16
17 Dated:  4/27/06
                                             The Honorable Jeremy Fogel
18                                           Judge of the District Court

-2-

STIPULATION FOR PARTIAL DISMISSAL                              Case No. C05-02075-JF-PVT