# EXHIBIT "C"

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DAVID JAMES HOLSINGER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID JAMES HOLSINGER,<br><br>Plaintiff,<br><br>v.<br><br>WOLPOFF & ABRAMSON, L.L.P., a District of Columbia limited partnership, PHILLIP JOSEPH BRUSSEAU, individually and in his official capacity, NEAL JONATHAN LEVITSKI, individually and in his official capacity, and MATTHEW PAUL LINKIE, individually and in his official capacity,<br><br>Defendant. | Case No.  C05-02075-JF-PVT<br><br>**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO WOLPOFF & ABRAMSON, L.L.P.** |

TO:   Wolpoff & Abramson, L.L.P.
        c/o Tomio B. Narita
        Wineberg, Simmonds & Narita, LLP
        44 Montgomery Street, Suite 3880
        San Francisco, CA  94104-4811

**COMES NOW** the Plaintiff and pursuant to Rule 34 of the Federal Rules of Civil Procedure requests that Defendant, WOLPOFF & ABRAMSON, L.L.P., allow the Plaintiff to inspect and copy the following documents. Said production to be made at the law offices of the Consumer Law Center, Inc., 12 South First Street, Suite 416, San Jose, California 95113-2404, within thirty-five (35) days of the service of this request. In the alternative, copies of these documents may be forwarded to Plaintiff's counsel prior to the expiration of this time period.

For purposes only of this request for production, the following term, when used in this

-1-

request, shall mean:

**DOCUMENT(S):** Including but not limited to, all faxed, microfilmed, oral, recorded, taped, transcribed, typed, written, or by any other means recorded: affidavits: agreements; appointment books; bills; books; brochures; business accounts; business records; calendars; charts; circulars; communique; compilations; complaints; computer stored information; contracts; correspondence; data; day books; diagrams; diaries; documents; drafts; faxes; files; graphs; invoices; ledgers; letters; lists; mailing lists; medical records; memorabilia; memorandums; messages; microfiche; microfilms; minutes; missives; motion pictures; motes; notices; pamphlets; papers; personal accounts; personal files; personal records; photographs; proxies; receipts; recordings; records; releases; releases to press, public or other; reports, draft and final; schedules; sketches; statements; statistics; studies; summaries; tape recordings; telegrams; teletypes; transcripts; videotapes; worksheets; and any other same or similar item. Document shall further include all copies of any document requested, including drafts thereof, unless a copy or draft is identical in every respect to any other copy of such documents being produced.

This request is intended to cover all documents in possession of the Defendant, or subject to its custody and control, regardless of location. This request shall be deemed continuing so as to require further and supplemental production if Defendant obtains additional documents required to be produced herein between the time of the initial production and the time of trial.

Plaintiff hereby requests that the Defendant, WOLPOFF & ABRAMSON, L.L.P., produce and permit Plaintiff to inspect and copy each of the following:

1. All **DOCUMENTS** on which you relied in anyway in preparing answers to Plaintiff's interrogatories served simultaneously herewith.

2. All **DOCUMENTS** which you specially mention in any answer to Plaintiff's interrogatories served simultaneously herewith.

3. All **DOCUMENTS** which were specifically mentioned or requested in the text of any of Plaintiff's interrogatories served simultaneously herewith.

4. All **DOCUMENTS** which you intend to utilize at a trial or hearing in this matter.

5. All **DOCUMENTS** relating in any way to the alleged debt of Plaintiff and the collection thereof.

6. An organizational chart for the Defendant, WOLPOFF & ABRAMSON, L.L.P.

7. All contracts, agreements, or other **DOCUMENTS** between Defendant, WOLPOFF & ABRAMSON, L.L.P., and MBNA America Bank, N.A., regarding the Plaintiff and collection of his alleged debt.

-2-

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS                Case No. C05-02075-JF-PVT

8. Copies of any litigation filed against the Defendant, WOLPOFF & ABRAMSON, L.L.P., in the past 5 years alleging violations of the Fair Debt Collection Practices Act or the Rosenthal Fair Debt Collection Practices Act.

9. Any insurance policies covering the Defendant, WOLPOFF & ABRAMSON, L.L.P., for violation of the Fair Debt Collection Practices Act or the Rosenthal Fair Debt Collection Practices Act.

10. All **DOCUMENTS** in the Defendant, WOLPOFF & ABRAMSON, L.L.P.'s possession sent to or received from MBNA America Bank, N.A., which in any way relate to the alleged debt owed by Plaintiff.

11. All form letters, enclosures, envelopes, memoranda, etc., used by the Defendant, WOLPOFF & ABRAMSON, L.L.P., in its debt collection activities.

12. All internal **DOCUMENTS**, memoranda, etc., of the Defendant, WOLPOFF & ABRAMSON, L.L.P., regarding the use of its collection notices and collection efforts.

13. All operation manuals or similar **DOCUMENTS**, etc., utilized by the Defendant, WOLPOFF & ABRAMSON, L.L.P., relating to compliance with the Fair Debt Collection Practices Act or the Rosenthal Fair Debt Collection Practices Act.

14. All **DOCUMENTS** relating to the maintenance of procedures by the Defendant, WOLPOFF & ABRAMSON, L.L.P., adapted to avoid any violation of the Fair Debt Collection Practices Act and/or the Rosenthal Fair Debt Collection Practices Act.

15. All material, including video and audio tapes, pertaining to training by or for the Defendant, WOLPOFF & ABRAMSON, L.L.P., and its employees regarding the Fair Debt Collection Practices Act or the Rosenthal Fair Debt Collection Practices Act.

16. All **DOCUMENTS** relating to the Defendant, WOLPOFF & ABRAMSON, L.L.P.'s procedures to provide verification of the alleged debt.

17. All **DOCUMENTS** relating to the Defendant, WOLPOFF & ABRAMSON, L.L.P.'s association with a consumer reporting agency, if any.

18. All fee agreements between Defendant, WOLPOFF & ABRAMSON, L.L.P., and its attorneys or other **DOCUMENTS** relating to such fees.

19. A copy of the entire contents of the personnel file maintained by the Defendant, WOLPOFF & ABRAMSON, L.L.P., pertaining to PHILLIP JOSEPH BRUSSEAU.

20. A signature exemplar for PHILLIP JOSEPH BRUSSEAU.

21. A copy of the entire contents of the personnel file maintained by the Defendant, WOLPOFF & ABRAMSON, L.L.P., pertaining to NEAL JONATHAN LEVITSKI.

22. A signature exemplar for NEAL JONATHAN LEVITSKI.

23. A copy of the entire contents of the personnel file maintained by the Defendant, WOLPOFF & ABRAMSON, L.L.P., pertaining to MATTHEW PAUL LINKIE.

24. A signature exemplar for MATTHEW PAUL LINKIE.

25. A copy of the entire contents of the collection file maintained by the Defendant, WOLPOFF & ABRAMSON, L.L.P., pertaining to the collection of the debt allegedly owed to MBNA America Bank, N.A., by Plaintiff.

CONSUMER LAW CENTER, INC.

By: _____
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 416
San Jose, California  95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

>Tomio B. Narita
>Wineberg, Simmonds & Narita, LLP
>44 Montgomery Street, Suite 3880
>San Francisco, CA  94104-4811
>    Attorney for Defendants

on this, the 24th day of October, 2005.

_____
Fred W. Schwinn