# EXHIBIT "F"

# Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 415-352-2222

To: Tomio B. Narita
of: Wineberg, Simmonds & Narita, LLP
From: Fred W. Schwinn
Client/Matter: Holsinger v. Wolpoff & Abramson, L.L.P., *et al.*
Case No. C05-02075-JF-PVT
Date: December 16, 2005

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 1 |
|  |  |
|  |  |

COMMENTS:
Original will NOT follow.

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (408) 294-6100.

## CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, CA 95113-2404

Fred W. Schwinn
fred.schwinn@sjconsumerlaw.com

(408) 294-6100
Fax (408) 294-6190

Via Fax to: 415-352-2222

December 16, 2005

Tomio B. Narita
Wineberg, Simmonds & Narita, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104

Re: Holsinger v. Wolpoff & Abramson, L.L.P., *et al.*
Northern District of California–San Jose Division
Case No. C05-02075-JF-PVT

Dear Mr. Narita:

As you know, we have propounded interrogatories and requested the production of a number of documents from your client regarding their collection policies and procedures. I have reviewed your client's responses and have found them to be inadequate.

Please provide me with your availability next week to meet and confer regarding these issues. I look forward to your prompt response.

Very Truly Yours,

*Fred W. Schwinn*

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/16/2005 14:41
NAME    : CONSUMER LAW CENTER
FAX     : 4082946190
TEL     : 4082946100
SER.#   : 000B4J114807
```

```
DATE,TIME          12/16  14:41
FAX NO./NAME       14153522222
DURATION           00:00:21
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```