\*\*E-filed 5/4/06\*\*

TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222
tnarita@wsnlaw.com
jtopor@wsnlaw.com

Attorneys for Defendants
Wolpoff & Abramson LLP, Phillip Joseph Brusseau, Neal Jonathan Levitiski, and Matthew Paul Linkie

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES HOLSINGER, <br><br> Plaintiff, <br><br> vs. <br><br> WOLPOFF & ABRAMSON, LLP., a District of Columbia limited partnership, PHILLIP JOSEPH BRUSSEAU, individually and his official capacity, NEAL JONATHAN LEVITSKI, individually and in his official capacity, and MATTHEW PAUL LINKIE, individually and in his official capacity, <br><br> Defendants. | CASE NO.: C05 02075 JF PVT <br><br> **STIPULATION AND [PROPOSED] ORDER RE FILING CERTAIN DOCUMENTS UNDER SEAL** |

1  The parties, having met and conferred on the issue consistent with the terms
2  of the Protective Order entered into this action on March 21, 2006, hereby
3  stipulate and agree that, pursuant to Civil Local Rule 7-11 and Civil Local Rule
4  79-5(d), either party may file the following two documents under seal so that they
5  may be considered by the court in connection with the motions for summary
6  judgment in this action:
7      1.    Wolpoff & Abramson LLP's electronic account notes relating to the
8          plaintiff's account (WA 0001-12);
9      2.    Wolpoff & Abramson's Fair Debt Collection Practices Act Manual
10         And Guidelines (2004 Edition) (WA 0015-30).
11 By so stipulating, Plaintiff does not agree that the documents qualify for
12 protection under the Protective Order, and has only agreed that they may be filed
13 under seal so that the Court can determine whether they qualify for protection.
14
15 SO STIPULATED.
16 Dated: May 1, 2006        THE CONSUMER LAW CENTER
                                    FRED SCHWINN
17
18
19                            By: _____/Fred Schwinn/_____
20                                     Fred Schwinn
                                    Attorney for Plaintiff David James
21                                     Holsinger
22
23 Dated: May 1, 2006        WINEBERG, SIMMONDS & NARITA, LLP
                                    TOMIO B. NARITA
                                    JEFFREY A. TOPOR
24
25                            By: _____/Tomio Narita/_____
                                    Tomio B. Narita
26                                     Attorneys for Defendants
                                    Wolpoff & Abramson LLP, Phillip
27                                     Joseph Brusseau, Neal Jonathan
                                    Levitiski, and Matthew Paul Linkie
28

1     After due consideration, and good cause appearing,

2     IT IS HEREBY ORDERED that if either party seeks to rely upon the following two documents in connection with the pending motions for summary judgment, those documents shall be filed under seal.

    1.     Wolpoff & Abramson LLP's electronic account notes relating to the plaintiff's account (WA 0001-12);

    2.     Wolpoff & Abramson's Fair Debt Collection Practices Act Manual And Guidelines (2004 Edition) (WA 0015-30)

Dated: May _3_, 2006

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE