**E-Filed 6/5/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID JAMES HOLSINGER,<br><br>Plaintiff,<br><br>v.<br><br>WOPOFF & ABRAMSON, L.L.P.,<br><br>Defendant. | Case Number C 05-02075 JF (PVT)<br><br>ORDER[1] GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LATE OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS<br><br>[re: docket no. 71] |

On May 31, 2006, Defendant filed an administrative motion for leave to file late oppositions to summary judgment motions. The oppositions, which originally were due on May 26, 2006, were filed with the instant motion. On June 1, 2006, Plaintiff filed a response, stating that Plaintiff is not opposed to the instant administrative motion and requesting additional time within which to reply to the late oppositions. Accordingly, the Court will grant the instant

---

[1] This disposition is not designated for publication and may not be cited.

1   motion and Plaintiff's request to file late replies.[2]

2          IT IS SO ORDERED.

3

4   DATED:  June 5, 2006

5

6                                              _____
7                                              JEREMY FOGEL
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28          [2] Plaintiff filed replies to the oppositions on June 5, 2006.

                                        2

1    This Order has been served upon the following persons:

2    Tomio B. Narita                    tnarita@wsnlaw.com,

3    Frederick William Schwinn          cand_cmecf@sjconsumerlaw.com,
                                        fred.schwinn@sjconsumerlaw.com
4

5    Jeffrey A. Topor                   jtopor@wsnlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3