**E-Filed 6/8/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID JAMES HOLSINGER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WOLPOFF & ABRAMSON, L.L.P. et al.,<br><br>　　　　　　Defendants. | Case Number C 05-02075 JF (PVT)<br><br>ORDER[1] CONTINUING ALL DATES THIRTY-FIVE (35) DAYS |

　　Cross-motions for summary judgment in the instant action presently are set for hearing on June 16, 2006, and the trial is scheduled to begin on July 21, 2006. On May 23, 2006, Magistrate Judge Trumbull issued an Order granting Plaintiff relief from the discovery cutoff in order to take two depositions. On June 5, 2006, Plaintiff filed a motion to continue the trial date. On the same date, Plaintiff also filed a reply to Defendants' opposition to one of Plaintiff's motions for summary judgment in which Plaintiff requested, as an alternative to summary judgment, that the Court continue the cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56(f). Plaintiff's counsel represents "that the scope and scheduling of [the two

---

[1] This disposition is not designated for publication and may not be cited.

1  additional] depositions will create additional litigation before Judge Trumbull and will, therefore,
2  likely not be completed until the end of July, 2006." Defendants oppose Plaintiff's motion to
3  continue the trial date on the ground that Plaintiff has delayed the instant litigation by failing to
4  request the depositions prior to the close of discovery and delaying the scheduling of the
5  depositions after Magistrate Judge Trumbull's May 23, 2006 Order.

6  Considering that Plaintiff has been granted leave to conduct only two depositions, and in
7  view of the length of time the instant case has been pending, the Court concludes that Plaintiff's
8  motion, while well-taken, asks too much.[2]  At most, there is good cause to continue the dates
9  thirty-five (35) days.  Accordingly, the presently scheduled dates shall be vacated.  The cross-
10 motions will be scheduled for hearing on July 21, 2006 at 9:00 a.m., and the trial will be
11 scheduled to begin on August 25, 2006 at 1:30 p.m.

12  IT IS SO ORDERED.

13  DATED: June 8, 2006

16  _____
     JEREMY FOGEL
17   United States District Judge

---

[2] The Court notes that Plaintiff's request to continue the cross-motions for summary judgment was not made pursuant to a Federal Rule of Civil Procedure 56(f) motion.  However, in light of the additional discovery that has been authorized by Magistrate Judge Trumbull's Order, the Court will continue the hearing date for the cross-motions for summary judgment on its own motion.

2

1  This Order has been served upon the following persons:

2  Tomio B. Narita            tnarita@wsnlaw.com,

3  Frederick William Schwinn  cand_cmecf@sjconsumerlaw.com,
                              fred.schwinn@sjconsumerlaw.com
4
   Jeffrey A. Topor           jtopor@wsnlaw.com
5

3

Case No. C 05-02075 JF (PVT)
ORDER CONTINUING ALL DATES THIRTY-FIVE (35) DAYS
(JFLC1)