# Exhibit "1"

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   DAVID JAMES HOLSINGER,      )
                                 )
 5                   Plaintiff,  )
                                 )
 6       vs.                     ) CASE NO. C05 02075 JF PVT
                                 )
 7   WOLPOFF & ABRAMSON, LLP.,   )
     a District of Columbia      )
 8   limited partnership,        )
     PHILLIP JOSEPH BRUSSEAU,    )
 9   individually and in his     )
     official capacity, NEAL     )
10   JONATHAN LEVITSKI,          )
     individually and in his     )
11   official capacity, and      )
     MATTHEW PAUL LINKIE,        )
12   individually and in his     )
     official capacity,          )
13                               )
                   Defendants.   )
14   _____)

15

16        DEPOSITION OF PHILLIP JOSEPH BRUSSEAU

17                      VOLUME I

18               LOS ANGELES, CALIFORNIA

19                FRIDAY, JUNE 16, 2006

20

21

22   Reported by:

23   Yolanda Guinto-Gonzales

24   CSR No. 12785

25   Job No. 69593
```

Page 2

```
1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3
4   DAVID JAMES HOLSINGER,    )
                               )
5            Plaintiff,  )
                               )
6     vs.              ) CASE NO. C05 02075 JF PVT
                               )
7   WOLPOFF & ABRAMSON, LLP.,  )
    a District of Columbia     )
8   limited partnership,       )
    PHILLIP JOSEPH BRUSSEAU,   )
9   individually and in his    )
    official capacity, NEAL    )
10  JONATHAN LEVITSKI,         )
    individually and in his    )
11  official capacity, and     )
    MATTHEW PAUL LINKIE,       )
12  individually and in his    )
    official capacity,         )
13                             )
             Defendants. )
14  _____)
15
16
17
18      Deposition of PHILLIP JOSEPH BRUSSEAU, VOLUME I,
19  taken on behalf of the plaintiff, at 6222 Wilshire
20  Boulevard, Suite 204, Los Angeles, California,
21  beginning at 9:19 a.m., and ending at 4:28 p.m., on
22  Friday, June 16, 2006, before Yolanda
23  Guinto-Gonzales, Certified Shorthand Reporter
24  No. 12785.
25
```

Page 4

```
1                  I N D E X
2
3   WITNESS                         PAGE
4   Phillip Joseph Brusseau
5     BY:  Mr. Wilcox              5, 192
6     BY:  Mr. Narita                188
7
8
9               E X H I B I T S
10  PLAINTIFF'S                     PAGE
11  1 -    Letter Dated November 23, 2004,
           to David J. Holsinger from
12         Wolpoff & Abramson, LLP
           (2 Pages)                  50
13
    2 -    Copy of Wolpoff & Abramson
14         Full Status Report for File
           No. 12074 929 2/ Chronological
15         File Notes (11 Pages)       66
16  3 -    Wolpoff & Abramson, LLP's
           Fair Debt Collection Practices
17         Act Manual & Guidelines (2004
           Edition) (16 Pages)        124
18
    4 -    Declaration of Phillip Joseph
19         Brusseau in Support of Motion
           for Summary Judgment by Defendant
20         Wolpoff & Abramson LLP (4 Pages)  183
21  5 -    Notice of Deposition Duces Tecum
           (5 Pages)                  192
22
23
24
25
```

Page 3

```
1   APPEARANCES:
2
3   For the Plaintiff:
4   CONSUMER LAW CENTER, INC.
    BY:  FRED W. SCHWINN
5   Attorney at Law
    12 South First Street, Suite 416
6   San Jose, California  95113-2404
    (408) 294-6100  (408) 294-6190 FAX
7
                    and
8
    RONALD WILCOX, ATTORNEY AT LAW
9   BY:  RONALD WILCOX
    2160 The Alameda, First Floor, Suite F
10  San Jose, California  95126-1122
    (408) 296-0400  (408) 296-0486 FAX
11
    For the Defendants:
12
    WINEBERG, SIMMONDS & NARITA, LLP
13  BY:  TOMIO B. NARITA
    Attorney at Law
14  44 Montgomery Street, Suite 3880
    San Francisco, California  94104-4811
15  (415) 352-2200  (415) 352-2222 FAX
16
17
18
19
20
21
22
23
24
                    -oOo-
25
```

Page 5

```
1   LOS ANGELES, CALIFORNIA; FRIDAY, JUNE 16, 2006
2              9:19 A.M. - 4:28 P.M.
3
4          PHILLIP JOSEPH BRUSSEAU
5   having been first administered an oath, was examined and
6   testified as follows:
7
8              EXAMINATION
9   BY MR. WILCOX:
10  Q    Good morning, Mr. Brusseau.
11  A    Good morning.
12  Q    Can you state your name for the record, please.
13  A    Phillip Joseph Brusseau.
14  Q    And where are you employed?
15  A    I am not.
16  Q    How long have you been unemployed?
17  A    Well, I'm not really unemployed.  I'm a
18  homemaker.
19  Q    How long have you been a homemaker?
20  A    Since approximately the middle of January, this
21  year.
22  Q    Where were you employed before you were a
23  homemaker?
24  A    At Wolpoff & Abramson.
25  Q    And what's their address?
```

2 (Pages 2 to 5)

Page 6

1    A    I don't remember offhand.
2    Q    What city and state?
3    A    Are you asking for their main office or one of
4  their branch offices?
5    Q    Let's start with the office that you actually
6  physically appeared at each day.
7    A    Well, let's say, there was an office in Westlake
8  Village, California, and later there was an office in
9  Agoura Hills, California.
10   Q    Do you know if the office in Westlake Hills is
11 still active?
12   A    No.  I do not.
13   Q    I want to make sure I understand.  There was one
14 office in Westlake and one office in Agoura Hills.  Were
15 they both operating at the same time?
16   A    I recall that there was a period when they were
17 both operating at the same time.
18   Q    How long did you work for -- we'll just call it
19 Wolpoff; is that okay?  How long did you work for
20 Wolpoff?
21   A    From fall 2003 through January of 2006.
22   Q    Were you terminated?
23   A    No.
24   Q    Why did you leave?
25   A    I was unhappy there.

Page 7

1    Q    What made you unhappy?
2    A    I preferred to spend more time with my family
3  than I was able to.
4    Q    And while you worked at Wolpoff, did you report
5  to the Westlake Hills office?
6    A    The Westlake Village Office when it was where I
7  worked.  After that time, we had space in Agoura Hills,
8  and I would appear there.
9    Q    How many days a week did you go into the office?
10   A    Six or seven.
11   Q    So if I understand it correctly, then you worked
12 at Wolpoff from Fall of '03 until about January of '06.
13   A    That's right.
14   Q    Who was your direct supervisor?
15   A    I reported to Ron Abramson as the managing
16 partner.
17   Q    And is Ron Abramson located in California or
18 somewhere else?
19   A    Mr. Abramson is in the Rockville, Maryland,
20 office.
21   Q    At the time you were working at the Westlake
22 Village office, how many employees were working for
23 Wolpoff at that office?
24   A    It varied.
25   Q    Less than 50?

Page 8

1    A    Yes.
2    Q    Less than 30?
3    A    Yes.
4    Q    Less than 20?
5    A    Yes.
6    Q    Would you say it was less than 15?
7    A    Throughout the entire -- you'll need to be
8  specific about the time frame that we're talking about.
9    Q    Sure.  At its peak how many employees did it
10 have?  And we're speaking of just the Westlake Village
11 office right now, while you were there?
12   A    I don't recall exactly.  Approximately 15.
13   Q    So there were approximately 15 employees at its
14 peak.  At its smallest point, how many employees were
15 there, approximately?
16   A    At the Westlake office?
17   Q    Yes.
18   A    Two.
19   Q    How about the Agoura Hills office?  How many
20 employees were working there while you were there?
21   A    I don't recall.
22   Q    Would it be more than 20?
23   A    You'll have to be specific as to time frames.
24   Q    What time frame did you work at the Agoura Hills
25 office?

Page 9

1    A    Well, from the time it opened until January of
2  2006.
3    Q    When did it open?
4    A    I don't remember the exact day.
5    Q    Were these offices -- I want to make sure I'm
6  clear -- were these offices operating concurrently or did
7  one cease to operate and then the other opened up?
8    A    The offices were transitioned from Westlake
9  Village to Agoura Hills.  So there may have been a time
10 where both offices were open.
11   Q    There may have been some overlap?
12   A    Possibly, yes.
13   Q    So the Agoura Hills office had -- did you say
14 less than 15 employees?
15   A    I said I didn't recall.  And that you'd have to
16 be specific about time frame.
17   Q    At its peak, how many employees did the Agoura
18 Hills office have while you were working there?
19   A    I don't know the exact number.
20   Q    Less than 20?
21   A    No.  I think there were more than 20.
22   Q    More than 30?
23   A    I don't know.
24   Q    Would you say it was about 25?
25   A    No.  Because I don't recall with specificity.

3 (Pages 6 to 9)

1    Q    But it was more than 20?
2    A    I don't recall with specificity.  Could have
3  been 20.  It would have been 21.  I just don't recall.
4    Q    Could it have been 50?
5    A    I just don't recall.  I don't know the number.
6    Q    How many people reported to you while you were
7  working at the Agoura Hills office?
8    A    It's not entirely clear.  I had one person who
9  would regularly come to me with information that I
10  requested, but I wasn't really in a supervisory capacity
11  in the Agoura Hills office.
12    Q    Who was the one person who would regularly come
13  to you?
14    A    The person who would come to me was the person
15  who would schedule appearances in Superior Courts in
16  California.
17    Q    Was that person a paralegal?
18    A    That person's title, I think, was clerk.  I
19  don't recall.
20    Q    What was that person's name?
21    A    I'm not sure.
22         MR. NARITA:  Mr. Brusseau, I want you to be
23  comfortable in the deposition, but our court reporter's
24  got to take down what you say.  So if you're going to
25  lean on your hand, try to lean on it in a way that she

1  can see your mouth as it moves.  Okay?  Do you remember
2  the question, now that I have interrupted?
3         THE WITNESS:  I remember the question.  I'm just
4  drawing a blank on the woman's name.
5  BY MR. WILCOX:
6    Q    How long did she work for you?
7    A    How long did she work for me?
8    Q    How long did she work with you?
9    A    I don't know.
10    Q    More than a year?
11    A    I can't recall.
12    Q    This is the person that reported to you and
13  helped you schedule appearances; is that correct?
14    A    No.  She didn't report to me.
15    Q    This is the person who helped you schedule
16  appearances in California; is that correct?
17    A    She helped all the attorneys appear -- schedule
18  appearances in California.
19    Q    But you don't recall her name?
20    A    No.  I do not.
21    Q    How many other attorneys did she assist?
22    A    Depends on the time frame.
23    Q    At its peak?
24    A    Including me, six attorneys.
25    Q    Is there anyone in the office specifically that

1  this person reported to, this paralegal who you can't
2  remember her name?
3    A    She would report to the paralegal manager.
4    Q    Who was the paralegal manager?
5    A    Megan McGillabery (phonetic).  I'm not sure of
6  the spelling anymore.
7    Q    How many paralegals were there at its peak?
8    A    In the Agoura Hills office?
9    Q    Yes.
10    A    I can't recall the distinction between a
11  paralegal and clerk in the titles of the people employed
12  in the office.  So I can't give you a firm answer on how
13  many paralegals that we had.
14    Q    What other titles are in the office?  I
15  understand so far, you've mentioned attorneys, paralegals
16  and clerks.
17    A    That's right.
18    Q    Anyone else?
19    A    Some folks may have different job titles.  I
20  don't recall what those job titles might have been.
21    Q    What were your job responsibilities while you
22  were working at the Agoura Hills office?
23    A    At the Agoura Hills office, I handled contested
24  matters in arbitration and made filings to reduce
25  arbitration awards to judgments, drafted pleadings,

1  negotiated settlements, drafted settlement documentation,
2  reviewed correspondence sent to debtors in California,
3  reviewed correspondence sent to debtors in certain other
4  states, and made Superior Court appearances.
5    Q    Any other job responsibilities while you were
6  working at the Agoura Hills office?
7    A    While working at the Agoura Hills office?  No.
8    Q    Did you have the same responsibilities while
9  working at the Westlake Village office?
10    A    No.
11    Q    What were your responsibilities while you worked
12  at the Westlake Village office?
13    A    I was director of California operations.
14    Q    As director of California operations what were
15  your job responsibilities?
16    A    All of the aforementioned items, and hiring,
17  developing legal strategies, identifying space and H.R.
18  duties.
19    Q    I'm sorry.  You said identifying space?
20    A    We were looking for space for the office on a
21  permanent basis.
22    Q    Did your search for a space result in finding
23  the Agoura Hills location?
24    A    Yes.
25    Q    While you were working at the Westlake Village

Page 14

1  office and you were director of California operations,
2  were you the highest ranking employee at Wolpoff while at
3  that office?
4      A   Yes.
5      Q   And I believe you stated earlier that there were
6  at its peak about 15 employees of the Westlake Village
7  office; is that correct?
8      A   I think I did say that, yes.
9      Q   Of those 15 employees, how many were attorneys?
10     A   Two.
11     Q   What was the other attorney's name?
12     A   Ryan Vos.  R-y-a-n, V-o-s.
13     Q   So there was Ryan Vos and yourself?
14     A   That's correct.
15     Q   Then at the Agoura Hills office, there were six
16 attorneys?
17     A   That's correct.
18     Q   What were the names of the other attorneys?
19     A   I don't remember everybody's name.
20     Q   Who do you remember?
21     A   I remember Ryan.  I remember Calvin Rose.  I
22 remember Natalie Panusian (phonetic).  I remember Mary,
23 but I can't recall her last name offhand.  Those are the
24 only names that are available to me.
25     Q   What was your title while you worked in the

Page 15

1  Agoura Hills office?
2      A   Attorney.
3      Q   Was there a position of director of California
4  Operations in the Agoura Hills office?
5      A   Yes.
6      Q   Who was that?
7      A   Ryan Vos.
8      Q   Were you demoted?
9      A   I don't know if technically I was demoted or
10 not.
11     Q   Your title did change?
12     A   My title did change.
13     Q   Was Mr. Vos advanced?
14     A   Again, I don't know if it counted as a promotion
15 or not, but we changed roles.
16     Q   Did you receive a decrease in compensation as a
17 result of changing roles?
18     A   No, I did not.
19     Q   Did you work for any other companies during the
20 time you worked for Wolpoff Agency?
21     A   No.
22     Q   Where did you go to college?
23     A   University of California, San Diego.
24     Q   What did you major in there?
25     A   Majored in Political Science.

Page 16

1      Q   Any minor?
2      A   Minor in Economics and History.
3      Q   Study any foreign languages in college?
4      A   No.
5      Q   Study any foreign languages in high school?
6      A   Yes.
7      Q   What foreign language?
8      A   French.
9      Q   And is English your first language?
10     A   It is.
11     Q   Have you studied any other languages other than
12 English and French?
13     A   Formally, no.
14     Q   How about informally?
15     A   Some German.
16     Q   Where did you go to law school?
17     A   Georgetown University.
18     Q   In either college or law school, did you
19 graduate with any honors?
20     A   I graduated with high honors from UC San Diego.
21 I graduated with honors from Georgetown university.
22     Q   What states other than California would you send
23 collection letters to?
24     A   I don't recall the actual states -- all of the
25 actual states that I would send collection letters to.

Page 17

1      Q   Were there any particular states you would not
2  send collection letters to?
3      A   I would not send a collection letter to a state
4  where a collector or a lawyer needed to be Barred in that
5  state to send a collection letter.
6      Q   What states would that be?
7      A   I don't recall.
8      Q   What mechanism did you use to make sure that you
9  did not send letters into the wrong state?
10     A   The firm uses a system of queuing correspondence
11 that bars a person with certain traits including the
12 state in which they are barred from accessing queues of
13 letters that would be sent into a state in which they
14 would not be allowed to send a letter.
15     Q   So let's say the state of Idaho, for example, is
16 a state where you should not be sending a letter, the
17 firm had some type of a queue procedure system which
18 would prevent you from actually accessing those accounts
19 for review?
20     A   I would not be able to request a letter go to
21 that debtor address if the debtor address was in that
22 state.
23     Q   Would you be able to actually review the account
24 online and just not be able to send letters to it or you
25 couldn't even review the account?

Page 18

1    A    As far as I know, I never had a case where I was
2    asked to review a file or wanted to review a file where I
3    did not have access to the file records.  So I could find
4    account records for every file I wanted to see.
5    Q    So let's walk through this.  You'd come in, in
6    the morning, turn on your computer, I take it, because --
7    unless you were given these actual files manually -- or
8    do you review these accounts on the computer or physical
9    files?
10   A    Generally speaking, you'd have to be more
11   specific about what purpose I was engaging -- what
12   activity I was engaging in when I was reviewing the file.
13   Q    Sure.  Okay.  So let's say you were going to
14   reviewing accounts for the purpose of sending collection
15   letters.  So the context of not sending a letter into the
16   wrong state.  You would sit at the computer; is that
17   right?
18   A    That's correct.  I would look at an electronic
19   copy of the file materials presented on the computer
20   monitor.
21   Q    So you would look at that.  Is there something
22   on that screen that would indicate not to send a letter
23   to a particular state?
24   A    You'll have to be more specific about the
25   circumstances that caused that file to be brought up for

Page 19

1    my review.
2    Q    Okay.  So let's say you get to the office, you
3    sit at your desk.  Is the computer on already, or do you
4    have to power it up?
5    A    I would turn on the computer myself every
6    morning.
7    Q    You turn on the computer yourself, what program
8    do you go into?
9    A    Well, I'd start the normal suite of windows-
10   based applications, and I would then enter into the
11   secured network inside the firm.  And then I would pull
12   up the application that allowed me to get to the database
13   that contains files of accounts that needed some sort of
14   action.
15   Q    And what's the name of the application?
16   A    NX View.
17   Q    Annex view?
18   A    NX View.
19   Q    I-N-X View?
20   A    I think it's just N, the letter X, View.
21   Q    And this was an application that was on this
22   virtual private network that the office had?
23   A    I don't know if it was a virtual private
24   network.
25   Q    Local area network or some system that was

Page 20

1    networked with all the computers in the office?
2    A    I'm not technical.  I don't know what
3    terminology you would use to describe what it was.
4    I don't know what a local area network is compared to a
5    virtual private network.
6    Q    Were these computers in the office connected
7    with each other?
8    A    Yes.
9    Q    So you would turn on the computer, and you would
10   look at NX View?
11   A    That's right.
12   Q    And NX View then is the application that you
13   would use to access this database?
14   A    That's kind of a technical question.  I don't
15   know if NX View is the database or if it's a software
16   that allows you to access the database.
17   Q    Is there any particular name for the database?
18   Like, do they come over in California database, Idaho
19   database, or how do they come over?
20   A    What do you mean by come over?  I don't
21   understand the question.
22   Q    These accounts that you're attempting to --
23   these accounts that you're going to review.
24   A    Uh-huh.
25   Q    Where do they come from?

Page 21

1    A    Well, they're referred to us by the client, and
2    then our technical department would enter the information
3    provided by the client into the database.  So that's
4    where they come from.
5    Q    Who works in the technical department, what is
6    their title?
7    A    I don't know.
8    Q    How many people worked in the technical
9    department at its peak, when you had the greatest number
10   of employees at the office in, say, Westlake Village?
11   A    We didn't have any IT employees in the Westlake
12   office because all of the systems are run out of the
13   Rockville office.
14   Q    You had a technical department at some point.
15   Was it at the Agoura Hills office?
16   A    I don't understand.
17   Q    I'm sorry.  Maybe I'm mistaken.  Is the
18   technical department in Rockville, Maryland?
19   A    The folks who handle uploading of information,
20   as far as I know are -- well, they are certainly
21   someplace other than the Westlake Village or Agoura Hills
22   offices.
23   Q    But you don't know where this technical
24   department is?
25   A    I couldn't say with specificity which office

Page 22

1  will be able to receive documents or records from the
2  client, no.
3     Q    So you mentioned the technical department would
4  receive the actual records from the client and then input
5  the information into the database; is that right?
6     A    That's my understanding on a very broad level.
7     Q    And then you would review the database?
8     A    I would review files in the database, that's
9  right.
10    Q    So what's the first screen you come to when you
11 open up the database?
12    A    Well, you can pick any number of screens
13 depending on what activity you wanted to conduct in the
14 database.
15    Q    Let's say you want to review an account.
16    A    You would go to the screen that allowed you to
17 enter a file number, and you would enter the file number,
18 and the account would appear.
19    Q    So you'd have to manually enter a file number
20 and then pull up that particular file?
21    A    If you wanted to review a file, you would
22 manually enter the file number so that you could get to
23 the file to review it.
24    Q    Is there any other way to look up a file, such
25 as is there an index list of files in sequential order?

Page 23

1     A    You could do a search based on information you
2  had about the file, for example, a debtor name, a
3  creditor name.  You could do a search --
4        MR. NARITA:  Excuse me.  There's a protective
5  order in place in this case.  My memory is that the
6  protective order allows parties to designate portions of
7  transcript after the transcripts themselves are
8  completed, but on the chance that I'm incorrect on my
9  memory, I just want to make a note for the record that
10 the information that -- or the testimony that began with
11 Mr. Brusseau's discussions about what he does in a
12 day-to-day basis when he turns on the computer, it's
13 certainly something that we're going to consider
14 designating confidential in the testimony.  I'm sorry.
15 Go ahead.
16       MR. WILCOX:  You want to read back the question,
17 please.
18       (The previous question was read back
19       by the court reporter as follows:
20       "QUESTION:  Is there any other way to
21       look up a file, such as is there an
22       index list of files in sequential
23       order?")
24 BY MR. WILCOX:
25    Q    Did you complete your answer, Mr. Brusseau, when

Page 24

1  Mr. Narita interrupted?
2        You want to read back his answer so he gets an
3  opportunity to --
4        (The previous answer was read back by
5        the court reporter as follows:
6        "ANSWER:  You could do a search based
7        on information you had about the file,
8        for example, a debtor name, a creditor
9        name.  You could do a search --")
10       (There was an off-the-record discussion.)
11 BY MR. WILCOX:
12    Q    If I understood the lengthy answer, which right
13 now is not visible, but she'll find later, there are
14 other ways to access.  You can put in creditor name, file
15 number.  Any other ways?
16    A    For the search function?  Those are the only
17 ones I ever used.  I don't know if there are others.
18    Q    So there's some way that you are blocked out
19 from sending a letter to the incorrect state, and I'm
20 trying to understand how that works.
21    A    Well, not on a technical level because I don't
22 understand how the database is manipulated and what the
23 programming is like.
24    Q    On an interface level?
25    A    If I'm going to send a letter, and I perceive

Page 25

1  that letter to be reviewed, my understanding is that the
2  programming would not add to the queue a letter that
3  would be sent to a state that I was unauthorized to send
4  a letter to.  So I would never see it.
5     Q    So I guess what I'm trying to figure out then
6  is, after you turn on the computer, you go into Next View
7  or NX View.  Is there a queue of accounts that you're
8  going to work on?
9     A    I can choose between different queues.  I can
10 use those queues to pull up cases to work on them.  Or I
11 can enter any information about a case that I want to
12 work on that may or may not be on the queue.
13    Q    And how are these queues identified or labeled?
14    A    They typically have a code associated with them
15 that identifies the queue.
16    Q    And is a queue based on a creditor or based on a
17 state?
18    A    There's any number of queues, so there's any
19 number of bases on which you could subdivide a pile of
20 client records or collection accounts.
21    Q    Why don't you give me an example of some of the
22 queues?
23    A    I had a personal queue that listed everything
24 that I had put a follow-up to myself on that I would be
25 able to access, and I'd be able to go in order of the

Page 26

1 date that I entered the follow-up so that I could stay
2 current on those cases I was working on. For documents
3 that I would -- or for accounts that I would be asked to
4 review for correspondence, there would be a queue that
5 was identified as a California queue.
6    Q   Did you have any queues that were outside of
7 California?
8    A   Did I have any such queues?
9    Q   Yes.
10   A   I didn't have any such queues, no. There were
11 those queues that could be accessed.
12   Q   So you could access those queues?
13   A   Sure.
14   Q   Would the system prevent you from sending a
15 letter outside of California?
16   A   Whether or not I could send a letter depended on
17 information contained in that file and where it was
18 placed and what queue it was located in.
19   Q   So let's say the file -- let's say you access a
20 particular file which is located in a queue in a state
21 which you should not send a letter to, like the state of
22 Idaho -- just using as an example. What would show up on
23 the screen?
24   A   Could you repeat the question so that I
25 understand the circumstances under which I was looking at

Page 27

1 that file?
2       MR. WILCOX: You want to read it back, please.
3    (The previous question was read back
4    by the court reporter as follows:
5    "QUESTION: So let's say the file --
6    let's say you access a particular file
7    which is located in a queue in a state
8    which you should not send a letter to,
9    like the state of Idaho -- just using
10   as an example. "That" would show up
11   on the screen?")
12      MR. WILCOX: I'm not sure what "that" refers to
13 in that question.
14      MR. NARITA: I don't think it was a that.
15 Actually, it was, "what would show up on the screen?"
16      THE WITNESS: If I pulled up a file, I would be
17 given access to the contents of the file. So it would
18 not contain whatever was in the file.
19 BY MR. WILCOX:
20   Q   So you pull up the file, and the file is in a
21 queue where you shouldn't send letters to. Is there a
22 flag that warns you not to send a letter to that
23 particular state?
24   A   I'm not sure I agree with the presuppositions in
25 that question because, if I was looking at a queue that

Page 28

1 was -- that contained files that needed attorney review
2 and the debtor was in a state other than a state that I
3 was entitled to review or had a responsibility for
4 reviewing, I'm not sure I could get to that file. It
5 would just never appear on my system.
6    Q   Okay. So is it that you couldn't access a queue
7 that contained a file that you should not be sending a
8 letter to?
9    A   Well, I can always access a queue. I can always
10 run a report that says, tell me what's in a queue. I
11 just need to identify the queue. But if I'm not prompted
12 to do anything with that file, there's no action to take.
13 And I wouldn't be prompted to send a letter to a debtor
14 in a state in which I'm not entitled under the law of
15 that state to send a letter. So I would never be in the
16 circumstance of having to make that decision of whether
17 or not to send a letter.
18   Q   If you were prompted to send a letter to a state
19 that you should not have sent a letter to, would you --
20 would there be any other mechanism to prevent you from
21 sending the letter?
22   A   Of course.
23   Q   What would that be?
24   A   I would enter the code that said, do not send
25 this letter.

Page 29

1    Q   So it's not a system function that would prevent
2 you from sending the letter, it's a manual task that you
3 would conduct yourself?
4    A   I didn't say that.
5    Q   How would you explain it?
6    A   If an item comes to me for review, it's
7 presumptively something that I am empowered to send or to
8 act on a letter, some other action. As part of my
9 review, I would make an independent determination whether
10 that action should be taken. And so as the attorney, I
11 always have the power to override whatever systems are in
12 place to not cause the requested action to take place or
13 to override an inappropriate action.
14      But I would not expect to see a document appear
15 in front of me or that related -- or a request for a
16 document to be sent to a debtor in a state in which I was
17 not empowered to send a letter.
18   Q   So you could access a queue that contained
19 accounts in the state where you are not to send letters
20 to; is that right?
21   A   As an attorney, I'm able -- or was able to
22 review any file that the client had provided to us by
23 referral. So if someone called me up, for example, and
24 said could you look at a file, I could look at that file.
25 If someone said, how many items are in a queue, I would

Page 30

1  be able to list the number of items in a queue.
2      Q    So you could access accounts involving a state
3  that you should not send letters to?
4      A    Sure.
5      Q    You would then determine whether or not the
6  letter should be sent?
7      A    I didn't say that.
8      Q    Let's say you review an account --
9      A    Uh-huh.
10     Q    -- from a queue that relates to the state of
11 Idaho and the state of Idaho is one of the states you
12 shouldn't send a letter to, what happens that the letter
13 doesn't get sent?
14     A    I would not review a queue or a file for which a
15 request had been made to send a letter.  I would not
16 review that file if that file related to a state that I
17 was not empowered to send a letter to.  It would not
18 appear in the queue for me to review.  I could on my own
19 initiative find any file record in the firm's database to
20 review for any reason if I so choose, but I would not
21 know whether or not there was a file that was waiting for
22 a letter to be sent to Idaho.  So I would not look for it
23 to review.  It would not be in my queue.
24     Q    If it were in your queue for some reason, what
25 would then happen?

Page 31

1      MR. NARITA:  It's an improper hypothetical.
2  BY MR. WILCOX:
3      Q    What would happen?
4      A    Could you restate the question so I understand
5  what you're asking me to do.
6      Q    Sure.  Well, you're saying that a queue
7  involving letters to a state that you shouldn't be
8  sending letters to, is a queue that you wouldn't be
9  prompted to review.  Well, let's say someone at Wolpoff
10 did prompt you to review it, what would you then do?
11     A    Well, I would conduct the same attorney review
12 that I would conduct for any file and every file for
13 which I had received a request to send a letter.  And I
14 would see where that debtor resided, and in those cases I
15 would be able to look at other materials that I would
16 need to determine whether or not I could send that
17 letter, and I would not send that letter.
18     Q    So that's a personal judgment you would make,
19 rather than the computer blocking you from sending the
20 letter to that particular debtor?
21     A    At the end of day every piece of correspondence
22 that left an office with my name on it, was a result of
23 my decision to send a letter after my review.  So that
24 would fall in that category.  The Idaho letter
25 hypothetical that you stated would fall in the category

Page 32

1  of those items that would have gone through my review.
2      Q    If you reviewed this category of letters
3  relating to Idaho and you told the system to send a
4  letter, would it send the letter?
5      MR. NARITA:  It's another improper and
6  incomplete hypothetical.
7      THE WITNESS:  I can't say for certain because I
8  don't know the circumstances under which I'm being
9  prompted to take an action.  I'd need a specific
10 circumstance that I could talk about.
11 BY MR. WILCOX:
12     Q    Was there anything particular in the system that
13 would block you from sending the letter?
14     A    Yes.
15     Q    What was that?
16     A    Hold action, cease and desist, bankrupt,
17 recalled, any number of different flags could cause
18 action to be stopped on a letter.
19     Q    What's a hold action?
20     A    It's a hold action.  It's a flag that says you
21 shouldn't send a letter.
22     Q    Is that an entry that you make or somebody else
23 makes?
24     A    I could make it; another person could make it.
25     Q    Under what circumstance would a hold action be

Page 33

1  entered into the system?
2      A    There's any number of different circumstances
3  that would prompt a hold action.
4      Q    Okay.
5      A    It could be that I'm in settlement negotiations
6  with a person, and I'm not going to send any additional
7  correspondence, other than the correspondence that I
8  would send out under my personal letterhead.
9      Q    Any other examples?
10     A    Person is planning to -- has reported that they
11 are planning to declare bankruptcy.  And under the
12 circumstances and given what happened in the file, we
13 don't want anybody else to send a letter or to take any
14 other action, no calls or anything like that.  So you can
15 stop that action.
16     Q    Any other examples as to when Wolpoff would put
17 a hold on a file?
18     A    I'm sure there are, but I can't think with
19 specificity of anything else that's helpful.
20     Q    If you came across an account that you were
21 reviewing and there was a hold placed on the file, would
22 you send any communications to a debtor?
23     A    Generally, no.
24     Q    What would be the exception?
25     A    I couldn't state any broad or any specific

9 (Pages 30 to 33)

Page 34

1  categories of assumptions, but as the attorney since the
2  final determination as to whether or not to send any
3  correspondence or to take any action on the file lays
4  with me as the reviewing attorney, I would have to review
5  the file to make the determination as to whether it was
6  proper to continue with some type of contact or not.
7      Q    If you make a determination that it's proper to
8  continue with some type of contact, do you continue with
9  the contact, or do you first remove the hold?
10     A    Without more specific information about a file,
11  I couldn't say categorically that you would or wouldn't
12  remove the hold action on a file that you decided to send
13  correspondence to or to make some other contact.
14     Q    But you do have the power to remove the hold?
15     A    Of course.
16     Q    I guess, I'm just trying to figure out if -- do
17  you continue sending letters even if the hold is on or if
18  you then decide you're going to send letters you take the
19  hold off first?
20     A    Well, it depends on -- what do you mean by you?
21  As the attorney, I can always just draft a letter on my
22  own letterhead and mail it and put the note in the file
23  that I sent a letter.  If you're talking about form
24  letters, the circumstances may be different, but as the
25  attorney, I have the power to send my own correspondence,

Page 35

1  of course.  The hold action would not preclude me from
2  making an independent determination of whether or not to
3  contact somebody.
4      Q    So it's possible there could still be a hold and
5  visibly showing in the computer system, but you may send
6  a letter to a debtor?
7      A    Who is "you" in that circumstance?
8      Q    I'm speaking of you?
9      A    Of me, personally, yes.
10     Q    If there was a hold in the file showing up on
11  this computer system, would that prevent the sending of
12  form letters by Wolpoff?  I'm trying to find the
13  distinction.  I think you were going to draw a
14  distinction in scoring that.
15     A    Well, again, what do you mean by Wolpoff?
16     Q    Well, maybe we should approach it this way.  You
17  talked about sending a manual letter that you in a sense
18  yourself draft.  Is that different than a form letter?
19  Would a hold function prevent a form letter from being
20  sent by the system?
21     A    Well, the system doesn't send a letter.
22     Q    Okay.
23     A    The attorney instructs the system or allows the
24  system to send a letter.
25     Q    Okay.  So if there's a hold in the system, can

Page 36

1  the attorney still override that and send a form letter?
2      A    Sure.  The attorney could identify any number of
3  different letters that have been reduced to forms that
4  the attorney could pick and send out over a hold action
5  or draft a custom letter.  It's up to the attorney.
6      Q    If you drafted a custom letter, would it be on
7  your own letterhead or Wolpoff letterhead?
8      A    By personal letterhead, I refer only to the fact
9  that it would contain all the information about Wolpoff &
10  Abramson in this case, but it would indicate that it
11  would be coming from my desk in my office rather than
12  something that has a more generalized letterhead on the
13  top of it.
14     Q    In what circumstances would you send a personal
15  letter as opposed to the form letter?
16     A    I mean, there's any number of circumstances.
17  One example would be where your settlement negotiations
18  with the debtor or debtor counsel or other debtor
19  representative, and as a result of telephone
20  conversations you come to an agreement, and you want to
21  send a letter that documents that conversation.  You
22  would draft a letter.  There's no form that would cover
23  every detail in that circumstance.
24     Q    Would those letters contain your original ink
25  signature?

Page 37

1      A    Well, if I print it out from my desk, sure.  I
2  wouldn't bother to try to find an electronic signature to
3  cover it.  I would sign it.
4      Q    The form collection letters that contain your
5  electric signature, where are they mailed from?
6      A    I don't know.  I actually don't know where they
7  would be mailed from.
8      Q    Do you know if there's a printing house that
9  does it?
10     A    No.  I don't know with regard to a specific
11  letter what would happen.
12     Q    Do you review the actual letters before they are
13  sent?  Let's talk about the form letters rather than the
14  personal ones you mentioned.
15     A    What do you mean by actual letter?
16     Q    Well, kind of like a picture of the letter.
17     A    Are you talking about a picture of a form or of
18  the letter with other information inserted into it?
19     Q    The actual finished version that a consumer is
20  going to read they open up the envelope.
21     A    Oh, of course not.  There's no need to do that.
22     Q    Do you know if the form letters are sent out of
23  the Wolpoff office in Rockville, Maryland?
24     A    No, I don't.
25     Q    While you were at the Westlake Village office,

10 (Pages 34 to 37)

1  did you attend a management meeting?
2      A   Yes.
3      Q   Did you conduct any training?
4      A   Are you asking whether I personally conducted
5  training?
6      Q   Yes.
7      A   Yes.
8      Q   What kind of training did you conduct?
9      A   Training on H.R. matters, training on review
10 matters, training on legal research matters, telephone
11 skills, relationships with courts, legal strategy.  I'm
12 sure there were other topics.
13     Q   While you were working for Wolpoff, did you
14 actually speak with debtors on the telephone?
15     A   Yes.
16     Q   On average how many times a week would you speak
17 with a debtor on the telephone?
18     A   I have no idea or even have any idea how I could
19 estimate that.
20     Q   If a debtor received a Wolpoff form letter in
21 the mail and they picked up the phone to call, where
22 would they be connected to?
23     A   You'd have to be specific as to the time frame
24 in which the letter was sent and the nature of the
25 letter, or I can't answer that question with any --

1      Q   Let's say, it's an initial collection letter
2  bearing your facsimile signature, debtor picks up the
3  phone, calls the phone number that's on the letter, who
4  answers the phone?
5      A   It would depend on when that letter was sent.
6      Q   Is there a job title of the person who answers
7  the phone?
8      A   I'm sure there is.  I'm not sure I would recall
9  which title that would be.
10     Q   Would it be an attorney?
11     A   What type of letter are we talking of?
12     Q   An initial collection letter.
13     A   It would probably not be an attorney, but it
14 could be.
15     Q   When could it be?
16     A   It would depend on staffing at the time.  The
17 time of day.  What was happening with regard to that
18 client at the time.  The amount.  It could be any number
19 of different factors.
20     Q   How would the amount change who answers the
21 phone?
22     A   I'm speculating with that number.  I can only
23 say that there are factors that could be -- that could
24 affect that determination.  What they were in this
25 particular circumstance, I wouldn't be able to tell you.

1          MR. NARITA:  Mr. Wilcox doesn't want you to
2  speculate.
3          THE WITNESS:  Yes, I understand.
4          MR. NARITA:  Please don't speculate.
5  BY MR. WILCOX:
6      Q   How would the client affect who answered the
7  phone?
8      A   My understanding based on what I did understand
9  from the client relationship, a client may have a special
10 request regarding certain types of accounts and how they
11 would be handled.  What the circumstances would be, I
12 don't know.  And who they would request if they made a
13 request, I don't know.
14     Q   Let me take a step further.  It may help us
15 both.  Is there one phone number that would be used on
16 initial form collection letters for a debtor to call or
17 would you use a different phone number for a different
18 creditor?
19     A   You're going to have to be more specific as to
20 what circumstances you're talking about.
21     Q   Okay.  Okay.  Do you have any creditors, clients
22 that say, "If a debtor calls in, I want an attorney to
23 answer the phone.  So set up a system so that will
24 happen"?
25     A   I don't know.  I'm not privy to the engagement

1  letters.
2      Q   So you didn't have any special phone numbers set
3  up that would get directed to an attorney as opposed to a
4  paralegal or some other staff person?
5      A   Well, I had my own desk line.  So the people
6  could -- if they had that number, they could call me.
7      Q   Would that number be printed on any of the form
8  collection letters that were mailed out?
9      A   Again, it depends on the time that we're talking
10 about -- during the time that we had the California
11 office open?
12     Q   Was there a point in time while the California
13 office was opened that you would have your direct phone
14 number on any of the form collection letters that were
15 sent to consumers?
16     A   I think -- you know, I can't recall.  I don't
17 recall if a particular form letter ever contained my desk
18 line or not.
19     Q   When you sent a personal letter, would that
20 contain your desk line?
21     A   Yes.
22         MR. WILCOX:  Let's take a short break.
23         (Recess.)
24         MR. WILCOX:  Okay.  Let's go back on the record.
25 ///

BY MR. WILCOX:

Q   Mr. Brusseau, you mentioned earlier that there were different functions, I think, is what you called them. One was a cease and desist and another was a hold; is that right?

A   Yes, I mentioned those. Those types of functions or flags that you can put on an account.

Q   Okay. So when one of these flags were put on an account how was it done? Is there like one button that's pressed? Is there a series of buttons?

A   There is a series of codes or buttons that you would enter or press.

Q   So if someone at Wolpoff wanted to place a cease and desist function, what would they do?

A   They would enter the relevant code and transmit it from the proper screen in the file and that would make the change to the file.

Q   And then when you say that would make the change to the file, what is the resulting change to the file?

A   The chronological --

Q   Yes.

A   -- set of notes that relate to the file would contain a notation that a person reviewed the file. It would place the hold action on the file. And there would be a noticeable marker on screens that you would view

that contained information about that file noting prominently that there was a hold action in this case placed on the file.

Q   So it would be two places. It would be in a chronological listing that there was a hold, and then it would be on some kind of status screen? Did I get that right?

A   Not precisely, but broadly. Any screen that you would look at would contain a prominent notation that with regard to that file there was a hold action on it. Any screen that you would be looking at with regard to that file would contain a prominent notation that there was some type of flag on the account. And in addition, there would be in the proper place in that database file a record that someone had reviewed the file and made the determination to place that flag. And you would know.

Q   Okay. So then maybe there are three things: There is chronologically, we'd see some notation. And when you say that, do you mean there would be like a date and next to the date when it happened? Is that what you mean when you say chronologically?

A   Broadly. There would be a record of, in date order, actions taken with regards to the file. That would be contained in the file, and it would be viewable. And it would contain information concerning the date that

the review occurred, typically the notation of who reviewed it or took the action and what that action was.

Q   So okay. So that's one thing. The second thing is there would be some kind of a notation on each page of the account; is that right?

A   I wouldn't use the term page. I'd use the term screen. So anytime a person is looking at information related to the account the screen would contain information that would indicate to that person that a flag had been placed on that account.

Q   And that's the second thing. And if I understood it correctly, there was a third thing where the person reviewing the account would be able to see who placed that function in place; is that right?

A   That's the first thing.

Q   Okay. So that's part of the chronological. Thank you.

And how does the flag appear? Does it say cease and desist, or is there a code?

A   It would say in the case that you just mentioned cease and desist. Or "cease/desist," I think, is what it actually says, but I'm not sure.

Q   If there was a hold function, how does that appear on the screen?

A   Well, I count a cease and desist flag as a broad

category of the hold functions. So that would be an example of a hold function.

Q   What about a bankrupt function? Does that differ from those two or are they all one and the same?

A   Yes.

Q   And how would that appear on the screen?

A   I believe the flag would have an abbreviation for bankrupt. It wouldn't say bankrupt written out, but it would appear on the screen. The function of marking a file as bankrupt would not be the same, of course, as putting a hold action -- a cease and desist on a file.

Q   So bankrupt would have some notation that would be similar to the word bankrupt. A cease and desist or a hold would have some notation that would be similar to cease/desist.

A   That's correct.

Q   What other functions are there?

Are there any other functions besides bankrupt, cease and desist and hold?

A   There are, I just can't remember -- I can't remember the actual indicator.

Q   You mentioned earlier that you could override the system and send a personal letter if you chose or you could see a hold in the system but still choose to send a personal letter; is that right?

Page 46

1    A    That's correct.
2    Q    And in that instance you may not actually remove
3  the hold from the system?
4    A    I would be able to enter a statement that I sent
5  correspondence without first removing the hold action;
6  that's correct.
7    Q    Why would you make that statement in the system?
8    A    The statement that I sent correspondence?
9    Q    Right.
10    A    Because I sent correspondence.
11    Q    Okay. I think you indicated that you would make
12  a statement in the system that you had sent
13  correspondence despite removing the hold. Or do you not
14  actually say that. You would just say I sent the letter.
15    A    It isn't necessarily the case that you would
16  have to write, not notwithstanding that there is a hold,
17  I sent a letter. You would be able to enter, attorney
18  review or attorney sent letter or any other action
19  without first writing that you took an action over the
20  existence of a hold.
21        We called it -- the hold notation would already
22  appear in the chronology. So you would know that it's
23  there, and you would know whether or not it was in place
24  at the time the correspondence was sent.
25    Q    How would somebody a month or two later after

Page 47

1  that look back and know whether a correspondence was sent
2  in error or if you chose to override that hold and send a
3  letter?
4        MR. NARITA: Foundation.
5        THE WITNESS: I'm not even sure I understand
6  what you're asking me.
7  BY MR. WILCOX:
8    Q    I'm just trying to get a better understanding of
9  how this all works.
10        There may be an occasion -- I believe you said
11  there may be an occasion where -- in which you would see
12  the hold on the file but you've chosen to actually send a
13  letter; did I get that part right?
14    A    Right.
15    Q    And then you may or may not make a notation in
16  the file indicating that despite the hold you have chosen
17  to send the letter; did I get that part right?
18    A    Well, I only said that it isn't necessary that
19  you make a notation. I don't recall whether I would
20  actually make the notation or not, saying despite the
21  existence of the hold action, I sent a letter.
22    Q    If you don't make that type of notation, how can
23  someone a few months later look back and understand what
24  had happened?
25        MR. NARITA: Foundation. Incomplete

Page 48

1  hypothetical.
2        THE WITNESS: All you need to do is look at the
3  chronological listing of entries on a file. There would
4  be a date on which the hold action was placed on the
5  account. There would be a date notation that
6  correspondence was sent by an attorney. And if between
7  those dates there was no notation the hold action was
8  removed, it would be obvious the hold action was still in
9  place.
10  BY MR. WILCOX:
11    Q    So if a hold action was removed there would be
12  some notation that it was removed?
13    A    Of course. As I said, the system keeps track of
14  each action that a person takes with respect to the file.
15  So if you go in and you type in a code to do something,
16  the fact of that event occurring becomes part of the
17  chronology of that file.
18    Q    When a hold is placed on the account, the hold
19  would show up on each screen. If the hold is then
20  removed, does it follow then that it's removed from each
21  screen?
22    A    Well, you'd have to be more precise. What are
23  you talking about? You're talking about something being
24  or not being on a screen?
25    Q    Did I understand it correctly that if a hold is

Page 49

1  placed on the account, the person reviewing the account
2  would be able to see a hold function on each screen or
3  some notation that there was a hold on the account?
4    A    You would see at the top of the screen a
5  statement in this hypothetical situation, hold action, at
6  top of the screen.
7    Q    Hold action?
8    A    Hold action. That was what the command was.
9  That's what it would show.
10    Q    And then chronologically when someone removes it
11  one day, removes the hold action, what would you enter in
12  the system? Would you actually type in "remove hold
13  action"?
14    A    There's a code that you enter that instructs the
15  machine, the database, to remove the flag from that file
16  saying it is no longer a file on which we have a hold
17  action flag.
18    Q    Okay. So then there wouldn't be any notation on
19  any of the screens saying that there was a hold in place?
20        MR. NARITA: On a temporary basis, you mean?
21        MR. WILCOX: Yes. After it's removed, you're
22  looking at the screen --
23        THE WITNESS: You would not see at the top of
24  the screen a statement, "hold action." You would see in
25  the chronological history of that file that there had

13 (Pages 46 to 49)

Page 50

1  been a hold action and the dates that that hold action
2  covered.
3       (Plaintiff's Exhibit 1 was marked for
4       identification by the court reporter
5       and is attached hereto.)
6  BY MR. WILCOX:
7       Q    Okay.  I'm going to hand you what has been
8  marked as Exhibit 1, which Mr. Narita has in front of him
9  as well.  I want you to take a moment to look that over.
10  Can you tell me what that is?
11      A    This is a presuit one letter.
12      Q    What does a presuit one letter mean?
13      A    This is a letter sent to a debtor stating that
14  Wolpoff & Abramson represents the creditor named on the
15  "re" line.  And states that the firm's client alleges
16  that the recipient of the letter owes an amount stated
17  under the "re" line next to the balance, the word
18  "balance."
19      Q    And what's the name of the creditor on the "re"
20  line here on Exhibit 1?
21      A    This "re" line on Exhibit 1 says,
22  "MBNA/RESERVE-GOLD OPTION."
23      Q    Is that the name of the creditor or is the
24  creditor MBNA?
25      A    Well, this information represents creditor

Page 51

1  information and the type of the account.  The account
2  type is a Gold Reserve-Gold Option.
3       Q    I see your name, Philip J. Brusseau, Esquire,
4  somewhere in the upper right portion of the letter, below
5  that is "admitted California."  Is that the only state
6  you're admitted in?
7       A    It is the only state I'm admitted in.
8       Q    And below that we have "W&A File No. 120749592."
9  I take it that's the file number Wolpoff assigned to the
10  account?
11      A    That's where that file number would appear.  I
12  assume, because it's here that that's the actual file
13  number that relates to this case, yes.
14      Q    And that file number would be different than the
15  actual account number that MBNA has?
16      A    Yes.
17      Q    At the time this letter was sent to
18  Mr. Holsinger, and I believe the date on it is November
19  23rd, 2004, how many attorneys worked in the Westlake
20  Village office?
21      A    I don't recall.
22      Q    I believe you mentioned earlier that at its peak
23  the Westlake Village only had two attorneys; is that
24  right?
25      A    I hope that's right.  No.  You know, that's not

Page 52

1  right.  There were at least three.  But I can't recall if
2  there were more.  That was my mistake.  I did not recall
3  properly.
4       Q    In any event, it would be approximately three;
5  is that right?
6       A    No.  I just don't recall the actual number.
7  Yeah, I can't recall on November 23rd how many attorneys
8  were in that office.
9       Q    Was there ever more than three?
10      A    It's possible.  I just don't recall.
11      Q    Were you the director of California operations
12  for that office?
13      A    For a period, yes.
14      Q    Were you in November of 2004?
15      A    Yes.
16      Q    Were you the highest ranking staff person in
17  November of 2004?
18      A    Yes.
19      Q    Was it your responsibility to hire and fire
20  employees in November 2004?
21      A    Yes.
22      Q    But you don't recall how many attorneys worked
23  there in November 2004?
24      A    I can't say with certainty.  It's almost
25  two years ago.

Page 53

1       Q    What are the names of the attorneys that worked
2  in the Westlake Village office?
3       A    Well, I know I was one.  Ryan was one.
4       Q    And I'm asking specifically for November, 2004.
5       A    Again, on November 23rd, 2004, I -- I just don't
6  recall.  I can't say with certainty how many people were
7  there.
8       Q    Approximately how many letters were sent in the
9  year 2004 bearing your facsimile signature?
10      A    I have no idea.
11      Q    Would it be over a hundred thousand?
12      A    I couldn't even speculate.
13      Q    As the director of California operations, was it
14  your job to review the volume of letters that had been
15  sent out from the office?
16      A    Not really.
17      Q    Who's job was it?
18      A    I could not tell you.  The volume of
19  correspondence like that was not something that was
20  particularly important to keep track of.
21      Q    Why is that?
22      A    Well, we know that if an attorney has certain
23  obligations, that's -- and they have a certain job
24  description and so long as those, you know, those --
25  those items or obligations would be performed, there

14 (Pages 50 to 53)

Page 54

1    wasn't any need to actually go back and quantify what
2    that performance entailed.  If somebody came to me and
3    said, "hey, I can't get through this stuff."  Or if I
4    noticed that the person was having trouble getting
5    through their work, then that would be an indicator that
6    he had a workload issue.  But the number of letters that
7    gave rise to that workload was not -- my focus is on the
8    ability of the person to do all of their job and their
9    happiness with their work and their ability to do their
10   job.
11       Q    Did you monitor at all the number of active
12   accounts that the office had open?
13       A    Oh, no.
14       Q    You had no idea of the number of accounts that
15   were open?
16       A    Not for Wolpoff & Abramson, no.
17       Q    You state, "not for Wolpoff & Abramson."  I'm
18   not sure I understand the answer.  Was there some other
19   legal work being done out of that office?
20       A    No.
21       Q    Approximately how many new accounts would you
22   receive per month from the Rockville, Maryland office?
23       A    That's the same question you just asked.  I
24   don't know what that number is.
25       Q    And did you run any monthly reports to help you

Page 55

1    keep track of the number of accounts that you had open in
2    2004?
3        A    No.  It was not important to know the total
4    number of open accounts.  My focus was as the operations
5    director to make sure the contested matters were
6    receiving attention, but as far as total number of open
7    accounts, not important.
8        Q    When you say it was your job to make sure the
9    contested matters were receiving attention, did you track
10   the number of contested matters that were open?
11       A    I did have reports that related to contested
12   matters.
13       Q    What reports were those?
14       A    They were reports I'd be able to get a list of
15   queues that contained matters marked contested files that
16   had follow-ups to individual attorneys who were working
17   on California matters.
18       Q    How are you defining contested matters?
19       A    If I -- well, in the most direct sense, a
20   contested matter was something for which we had made a
21   filing in Superior Court and on which we had received
22   some sort of responsive pleading.
23       Q    So these contested matters, would you be able to
24   run, say, a monthly report that would tell you how many
25   contested matters were open at any one time?

Page 56

1        A    Yeah.  I could do it at any time.  I could run a
2    report that could give me information about any account
3    or who was working on accounts.
4        Q    What computer application would you use to run
5    that report?
6        A    Well, I made the report that the request be run.
7    So I couldn't say for sure what computer system was used.
8    I would ask someone in Rockville to run that report and
9    they would cause that report to either be delivered to me
10   electronically or it will print out to me.
11       Q    So it's a report that you request from the
12   Wolpoff office in Rockville, Maryland.  It's not a report
13   that you generate yourself in-house in California?
14       A    I could generate it from California, but it's
15   usually easier to just ask the technical person to run
16   the report rather than ask to be instructed on how to run
17   the report with regard to a particular queue or a set of
18   commands that would let me cause that report to print.
19   It simply was more convenient to ask someone who, with a
20   technical basis or background, would cause that report to
21   run.
22       Q    So in doing it yourself from California, if you
23   were to run one of these reports you'd be accessing the
24   computers in Rockville, Maryland; is that right?
25       A    All of the information contained in the database

Page 57

1    is contained in a system that is common to the entire
2    firm.
3        Q    So if someone was in, say, a Florida office of
4    Wolpoff & Abramson, would they be able to access
5    information regarding the number of contested matters you
6    have in California?
7        A    It would depend on the level of security that
8    that person was able to get through their job function,
9    but it was not theoretically impossible that a person in
10   a remote office could get that information because all
11   that information was on a single system.
12       Q    And that system is in Rockville, Maryland?
13       A    I don't know for sure where that system is.  I
14   know it wasn't in California.  I don't know where the big
15   diesel powered machine is.  I have no idea.
16       Q    Is it fair to say that the system was operated
17   by the Wolpoff office in Maryland?  In other words, the
18   server may be somewhere else.  We don't know, these days.
19       A    I would agree with that.  The technical folks I
20   interacted with were all based in Rockville, Maryland.
21       Q    How did you track the collections staff to make
22   sure they were fulfilling their job responsibilities?
23       A    You're going to have to define collections staff
24   for me.
25       Q    Attorneys would review and request that

Esquire Deposition Services
800.770.3363

1  collection letters be sent.  Would paralegals also review
2  accounts and request that collection letters be sent?
3      A   No.
4      Q   So it would only be attorneys?
5      A   There's nothing on attorney letterhead that
6  leaves the office or any of the offices that doesn't
7  have -- if it's signed by anybody and it purports to be
8  from an attorney, it's signed by an attorney.
9          If there's additional correspondence a paralegal
10  may send, whether there's that kind of correspondence,
11  possibly there were some correspondence with courts,
12  there may have been someone set up a payment plan in
13  response to a letter and they spoke to a paralegal, the
14  paralegal may send it out under their cover.
15         But I don't have any specific knowledge about
16  what kinds of things they might or might not send beyond
17  that.
18      Q   Paralegals would work on accounts, though,
19  despite the fact that attorneys may be sending form
20  collection letters with their signature.  Am I
21  understanding the way it operates correctly?
22      A   Well, not necessarily, because any activity on
23  the account that results in some sort of outcome where an
24  attorney is involved and is reviewing the file, that
25  attorney is responsible for what happens on that file.

1  They may direct a paralegal to take an action or a
2  paralegal may take an action after review by that
3  attorney or under the supervision of that attorney, like
4  any other law firm, but the attorney is responsible for
5  the file.
6      Q   How would the accounts be distributed among
7  attorneys?
8      A   You'd have to be specific about what type of
9  account and what circumstances you're talking about.
10      Q   Well, you had more than one attorney.  You had
11  more than one account.  How did you determine which
12  attorney was going to handle which account?
13      A   Again, it depends on what type of action you're
14  asking we're going to be having that attorney take.  Are
15  you talking about collection letters?  Are you talking
16  about contested matters?
17      Q   Let's talk about collection letters.
18      A   Okay.
19      Q   How did you breakdown the work flow?
20      A   Work would come in.  We would receive a request
21  for attorney review of a file.  Before an action was
22  taken, sending letters, something like that, all
23  attorneys empowered to work that queue would work the
24  queue.  There was no predivision about what was contained
25  in that queue.  Each person would work up to the limit of

1  the time that they had to include that function in their
2  day.
3      Q   So would attorneys then somehow demarcate how
4  many hours a day they were going to spend reviewing
5  collection letters as opposed to working on contested
6  matters?
7      A   No.
8      Q   So how is that done?
9      A   On a need basis.  If there was a large number of
10  contested matters that needed attention over a particular
11  period of time, that attorney would look at their
12  contested matters, determine how much time that would
13  take, and then what was left over would be available for
14  other functions, for example, reviewing -- approving
15  letters.
16      Q   Where did the paychecks come from?
17      A   They were from ADP -- ADP.
18      Q   Who are they signed by?
19      A   The managing partner -- oh, you know.  I don't
20  remember who signed the paychecks.
21      Q   Would it be somebody back in Rockville,
22  Maryland?
23      A   Yeah.  I wouldn't sign the paychecks.
24      Q   Let's use you as a good example.  Would your
25  paycheck be signed by somebody back in Rockville,

1  Maryland?
2      A   Yeah.  No one in the California office would
3  sign a paycheck.
4      Q   So you mentioned that the workflow would be
5  allocated in a sense and broken down based on need -- or
6  at least the amount of hours spent in any particular day
7  would be spent on particular tasks based on need.  Was
8  there ever a time where the office was so busy you would
9  spend an entire week doing nothing but reviewing
10  collection letters?
11      A   I don't recall there ever being a week like
12  that.
13      Q   Typically, how much time would you personally
14  spend reviewing accounts and sending collection letters?
15      A   I have no way to even speculate what my daily
16  breakdown would be.  We don't bill hours.  We don't keep
17  track of hours like that.
18      Q   Do you keep any records of the amount of time
19  you're spending on an account for a particular client?
20  Is there any report that they request that you send back
21  to them?
22      A   No.
23      Q   What methods would you use to track the
24  performance of other individuals in the office to ensure
25  that they were performing their job satisfactorily?

Page 62

1    A    There's any numbers of things.  As a mentor
2  you're typically involved in a very direct level on
3  particular matters that they have questions about or that
4  you see as containing an issue that requires additional
5  effort.  You follow those more closely.  You can drop --
6  anyone can drop a follow-up into a file to remind them to
7  look at a file.  So I, as the supervisor, at various
8  times would drop follow-ups into files to track how that
9  person was handling that file.  And I would simply
10  discuss with them how they were splitting out their time.
11    Q    Is there any other -- or is there any type of
12  spreadsheet or statistics that you would look at, quotas
13  being fulfilled, to determine whether or not an employee
14  was performing satisfactorily?
15    A    I would not look at those items.
16    Q    Is there someone else at the office who would
17  look at items?
18    A    I don't know.  You'd have to be specific as to
19  the employee category.
20    Q    Let's say, paralegals.  You're trying to get an
21  understanding as to whether or not the particular
22  paralegals that are working for the Westlake Village
23  office at the time are performing their job so you can
24  determine whether or not to give them a raise, cut their
25  pay.  How would you make those determinations?

Page 63

1    A    Well, I would look at the types of factors you
2  would typically look at when you're evaluating employees.
3  Their understanding of the issues, their ability to meet
4  deadlines imposed on them when a deadline is imposed, how
5  they handle more complicated issues, their ability to
6  have good relationships with courts, things like that.
7        The paralegals here in the California
8  office were focused again on supporting the attorneys and
9  handling contested matters.  And so to the degree that
10  they were involved with the attorneys, it was fairly
11  simple to know whether or not they were doing their job.
12    Q    How would you track deadlines that are placed on
13  paralegals?
14    A    Through the follow-up system.
15    Q    What is the follow-up system?
16    A    It's the NX View system.
17    Q    Because I understand you've got this NX View
18  system and in the NX View system there would be entries
19  made in chronological order for tasks performed on a
20  file.
21    A    Uh-huh.
22    Q    So would the way that you track whether a
23  paralegal met a deadline or not, you would go into each
24  particular file and read each of the collection log
25  notes?

Page 64

1    A    NX View provides different functions, including
2  a calendar function and a follow-up function.  So all,
3  for example, hearing dates associated with the file would
4  be contained in the NX View database.  In addition, flags
5  to a file that would prompt a person to look at the file
6  could be entered into the system and create a personal
7  queue or a queue as to any other name that you wanted to
8  give it, that would place a flag that would motivate a
9  person who was working that queue, to go into the file.
10  So I could, for example, place a personal follow-up in a
11  file, and I would be able to review that file to see what
12  was going on with it.
13    Q    So let's say you wanted to go take a look at
14  paralegal Brenda's performance, using her as a
15  hypothetical here.  You'd go into perhaps one of the
16  accounts where you placed a deadline for her?
17    A    Uh-huh.
18    Q    You wouldn't have to go through each of the
19  collection logs, notes in chronological order, you could
20  look at one screen which would show follow-up flag
21  information?
22    A    It would tell me that there was a follow-up.  To
23  determine in detail what was happening with that file, I
24  would go through the chronological notes.
25    Q    But you could look at just one screen, and it

Page 65

1  would be some kind of a flag.  Is that similar to when
2  you said earlier there is like a hold on the file and
3  that shows up at the top of the screen?  Is that where
4  the flags are, or is it different?
5    A    No, it's simply a place marker in the file.
6  Again, this is getting into technical stuff that I'm not
7  really qualified to talk about, but there is -- it puts a
8  marker on that file to put that file number in a stack or
9  queue that is to be looked at by the person who placed it
10  or is the object of that flag.  So if I went in and put
11  in a flag to myself that on the following Monday you
12  should review the file.  When I looked at my personal
13  queue that file would pop up, review the file, I could go
14  to that file and determine what happened on it.
15    Q    So you'd have a personal queue you would look at
16  like a to-do list.
17    A    Of course.
18    Q    That would remind you to go back to a particular
19  account.
20    A    Sure.
21    Q    Then you can go into that account, take a look
22  at the flag that you had set, to see whether or not the
23  paralegal met the deadline?
24    A    Sure.
25        MR. NARITA:  Mr. Brusseau, you've been doing a

1  pretty good job at this, but make sure you wait for
2  Mr. Wilcox to fully complete his question, please, before
3  you answer.
4          THE WITNESS:  Okay.
5          MR. NARITA:  Otherwise --
6          THE WITNESS:  I apologize.
7          MR. NARITA:  -- the court reporter is going to
8  have a garbled transcript.
9          MR. WILCOX:  Why don't we mark this form in as
10  Exhibit 2.
11          (Plaintiff's Exhibit 2 was marked for
12          identification by the court reporter
13          and is attached hereto.)
14  BY MR. WILCOX:
15      Q   Okay. Mr. Brusseau, you have in front of you
16  now what's been marked as Exhibit 2. Why don't you take
17  a moment to take a look at that and then let me know what
18  that is.
19          Is that the collection log relating to David
20  Holsinger?
21      A   I'm not sure what you mean by collection log.
22  This appears to be what was attached to Mr. Canter's
23  declaration. I don't recall what he necessarily referred
24  to it as. I would call it the chronological file notes
25  as well as what appears to be ledger information from the

1  ledger screen, and what appears to be the client
2  information screen. Although I add that the format of
3  the paper report doesn't match precisely what you would
4  see on the screen, but that's what it appears to be.
5      Q   It rarely does.
6      A   As you know, the pagination is different.
7      Q   So to try to minimize confusion and make sure
8  we're on the same page then, I'll go ahead and call them
9  the chronological file notes. So these are the
10  chronological file notes that Wolpoff & Abramson has on
11  David Holsinger's account; is that right?
12      A   That's my understanding of this document, yes.
13      Q   And these are what's kept in the ordinary course
14  of business in the affairs of Wolpoff when it tracks an
15  account such as Mr. Holsinger's?
16      A   That's correct.
17      Q   Why don't we start -- I'll direct you to WA11.
18  So that's going to be the last page. Now, is this a
19  separate screen from the chronological file notes.
20      A   Yes, this would typically appear on it's own.
21  It wouldn't also appear contemporaneously with
22  chronological file notes.
23      Q   Does this have its own screen name or file name?
24      A   Like I said, it looks like the client
25  information screen or what I would call the client

1  information screen.
2      Q   Why don't you read across starting with "client
3  N-O." There on the third line.
4      A   "Client NO 001730 MBNA ACCT# 74973755566683.
5  BALANCE -- $16,445.83."
6      Q   And is there some notation on this document that
7  tells us the date of this document or when this
8  information is valid as of what date?
9      A   Let's see. If I remember correctly, the receipt
10  date refers to the date that this data was referred or
11  transmitted to the firm by the client.
12      Q   Is there a receipt date somewhere on this page?
13      A   That's what I'm referring to, the receipt date.
14  Where it says, "receipt date."
15      Q   Oh. Can you point that and tell me where that's
16  located?
17      A   Starting from the very top with line one being
18  the line with the file number, the 18th line, there's a
19  date field.
20      Q   Are you looking at the line that is directly
21  below the line that begins with asterisks and hyphen CO?
22      A   The line below the line starting with the
23  asterisks and hyphen CO. That's correct.
24      Q   Got it. Why don't you read the line that begins
25  asterisk M-CO.

1      A   Dash -- I'm sorry.
2  *M-CO-RSN*N-ACCT-STATUS*N-INT-RATE- I'm sorry.
3  *M-RECEIPT-DATE*M-CONTACT-DATE*M-CO-DATE.
4      Q   And can you explain to us what that meant?
5      A   These are supposed to be flags that would
6  provide an indicator of what presumably the line below --
7  the fields that appear on the line below, what the
8  information contained in those fields would mean.
9      Q   When you say flags, is that different than the
10  flags we discussed earlier, such as a hold or a cease and
11  desist?
12      A   I may have misstated. I wanted to say field.
13      Q   Those are field headers? Is that a fair
14  description?
15      A   That's a technical question. I don't know if
16  that's a field header or not.
17      Q   Okay. There is information in the row directly
18  below the line you just read. Is it fair to say that the
19  information directly below relates to that line that you
20  just read?
21      A   That's fair to say, yes.
22      Q   So in the line below the line you just read
23  there's a PAA. Can you tell us what that means?
24      A   I don't recall what that means.
25      Q   To the right of that there are four zeros. Do

1    you know what that means?

2       A    No, I don't.

3       Q    To the right of that there is a date.  What's

4    that date?

5       A    The date is 03/09/04.

6       Q    Is that the date of receipt of the account?

7       A    Receipt by who?

8       Q    The Westlake Village office.

9       A    No.

10      Q    Is that the date of receipt of the account by

11   the Wolpoff, Rockville, Maryland office?

12      A    That's my understanding.

13      Q    To the right of that there's another date.

14   07/17/02.  Can you tell me what that date is?

15      A    If I recall correctly, that date is the contact

16   date, meaning the date that the credit was issued to the

17   debtor.

18      Q    And then there's another date to the right of

19   that, 01/01/69.  What is that date?

20      A    In a lot of databases you need place holder

21   values in a field, date field.  And I understand that you

22   can see things like 01/01/69 is one placeholder.  I think

23   there were some other dates that were, you know, obvious

24   meaningless placeholder dates, and that's what that is.

25      Q    Let me just make sure I understand.  Is that

1    just a meaningless date holder date?  It doesn't actually

2    have any import into the screen?

3       A    As the screen is presented here, I believe that

4    that's the case.  That doesn't mean it couldn't be

5    replaced with a meaningful entry.

6       Q    Can you read the line below the line with the

7    01/01/69 date?

8       A    "*M-LAST-PYMT-DATE*M-CO-AMT.  There is some

9    spaces.  *M-ASSOC-COST*M-ACCRUED-INT*M-CUR-BAL."

10      Q    And then directly below that there's a row that

11   begins with what appears to be a date, 12/22/03.  Do you

12   know what that date relates to?

13      A    I believe that that date would be what the

14   client is saying was the last payment date on the

15   account.

16      Q    So in this case, MBNA, right, is the client and

17   MBNA would be telling Wolpoff, that's the date they

18   believe to be the last payment, 12/22/03.  Then to the

19   right of that there is a number $16,445.83.  What does

20   that represent?

21      A    That would be the balance that's outstanding.

22      Q    To the right of that there's a "$.00"; what does

23   that refer to?

24      A    I'm not sure.

25      Q    To the right of that, yet again there's another

1    "$.00"; do you know what that refers to?

2       A    No, I don't.

3       Q    And then to the right of that we have the same

4    number, "$16,445.83."  What is that referring to?

5       A    I believe that does refer to the current

6    balance.  Or the current balance as of the date this

7    record was transferred.

8       Q    Below there's a somewhat of a disjointed column.

9    It begins "*M-COMMENT-DATE."  The date below it is

10   03/17/04.  What does that date refer to?

11      A    I have no idea.

12      Q    Okay.  Let's go back to where we were.  Well,

13   actually, let me just ask you, could that be the date

14   that this particular report is printed?

15      A    I'd just be speculating.

16      Q    Okay.  So let's go back to where we were then.

17   The next row down starts with "*M-NET-PRIN."  Can you

18   read the rest of the row for me, please.

19      A    Sure.  Dash M -- I'm sorry.  "*M-NET-COST.

20   *M-NET-INT.  *M-CONNENT-1.

21      Q    And then below that the next row off to the left

22   begins $16,445.83.  Can you tell me what that refers to?

23      A    If I recall correctly, that would refer to the

24   amount that -- let me think about it.  It represents the

25   principal balance that would be claimed on the

1    arbitration complaint.

2       Q    To the right of that there's a "$.00"; what does

3    that refer to?

4       A    I don't know.

5       Q    To the right of that, there's a $.00.  What does

6    that refer to?

7       A    I don't know what that refers to either.

8       Q    It seems to be both beneath the language

9    "*N-NET-INT."  Do you see that there?

10      A    I do.

11      Q    So does the $.00 refer to the net interest?

12      A    I don't know for sure.

13      Q    Is there anywhere on this screen, or this

14   WA0011, that shows the rate of interest on this account?

15      A    I don't recognize anything that would represent

16   the interest rate.

17      Q    Is there a different screen of account

18   information that comes over from the Rockville, Maryland

19   office that indicates to you what rate of interest a

20   particular account should carry?

21      A    I'm not sure I understand your question.  For

22   purposes of what -- I'll have to ask you to restate that

23   question because I'm not sure I understand the question.

24      Q    Okay.  Does Wolpoff or better yet, did your

25   office in Westlake Village attempt to collect debts

1 including attempts to collect amounts of interest that
2 are alleged to be owed?
3    A   Yes.
4    Q   And how would you determine what the interest
5 rate was?
6    A   Well, that was determined on the type of
7 proceeding, and the type of account that we're dealing
8 with.  So I couldn't say for sure.  You'd have to be more
9 specific.
10    Q   Is there a screen of information that would come
11 over from the Rockville, Maryland office that would
12 indicate to you what rate of interest to use?
13    A   I'm not sure what you mean by come over from the
14 Rockville office.  Are you asking whether I could find on
15 NX View a screen that contains an interest rate?
16    Q   Sure.
17    A   Yes.
18    Q   Do you know if that screen is contained anywhere
19 on this document, Exhibit 2?
20    A   If you look at the ledger screen, it's what I'm
21 referring to as the information contained on Page WA 0010
22 Exhibit B.  There's a notation of an interest rate.
23    Q   Just to clarify to make sure we're on the same
24 page, you mean Exhibit 2?
25    A   I'm sorry.  Yes.  Exhibit 2.

1    Q   Thank you.  And you're referring, I believe, to
2 the row where the left hand side says, "INT CHG."  Then
3 there's a date, "March 19th, '04.'  Is that the row that
4 you're referring to?
5    A   That's correct.
6    Q   And on March 19, '04, to the right-hand side of
7 that date we see ANNUAL RATE equals 7.0 percent; is that
8 correct?
9    A   That's what it says, yes.
10    Q   You mentioned back when we were discussing
11 WA 0011, that the dollar amount, $16,445.83 appearing
12 below the row, "*M-NET-PRIN" referred to the amount that
13 would be used in the arbitration demand; is that right?
14    A   Yeah, I'm trying to make the distinction between
15 principal that would reflect what would appear on a
16 debtor's statement as the charge that they made and the
17 amount that would include interest and other late charges
18 or anything else that might accrue and that would then
19 become the corpus of the claim that you would be
20 presenting to someone in connection with a demand for
21 payment, saying this is the cumulative amount that as of
22 the certain date would be owing on an account, and it
23 wouldn't include things like prejudgment interest or post
24 judgment interest or costs associated with collection
25 efforts, things like that.

1    Q   You mentioned that would be the number used on
2 the arbitration demand for the principal balance; is that
3 right?
4    A   I mentioned that, yes.
5    Q   Is that accurate or is that the number that
6 would be used?
7    A   Well, I'm trying to recall, because this is a
8 complicated kind of abstract record of whether that's the
9 field that then is used to fill the arbitration complaint
10 or not.  I think conceptually it represents the
11 cumulative amount of charges and cost and interest and
12 everything else that the client has recorded in it's
13 account, and it becomes the corpus of any claim that goes
14 forward.  Whether that is the field that then goes and
15 fills the form for the NAF complaint, I don't know.
16    Q   Are arbitrations brought typically in the event
17 that collection efforts or other collection efforts fail
18 or do you also bring suit?  And let's just narrow it to
19 MBNA accounts.
20    A   Well, whether an account would be sued directly
21 in Superior Court or whether an arbitration can be filed
22 would be a function of what the credit agreement
23 contained.
24    Q   Right.  So just -- I gave you a poorly worded
25 question.  So thank you for doing a very good job of

1 trying to make heads or tails out of it.  You had
2 mentioned earlier that this amount 16,445.83 is what
3 would be put on the arbitration demand.  So I was just
4 wondering if are all these accounts sent over by MBNA,
5 are they all arbitration accounts or are there other
6 accounts as well that MBNA may send over that may end up
7 in litigation?
8    A   Any account could end up in litigation, of
9 course, regardless of whether there's an arbitration
10 provision.  I don't recall whether we received any MBNA
11 accounts that went directly to litigation in Superior
12 Court or whether they were all subject to an arbitration
13 provision.  I just don't recall.
14    Q   Did MBNA ever send over accounts that they did
15 not want to go to arbitration?
16    A   Like I said, I don't recall.
17    Q   Let's keep going in reverse chronological order,
18 I suppose, on this.
19    A   Sure.
20    Q   And I think we are then entering on WA0009 the
21 chronological file notes as you called them.  Can you
22 read me the first row there, and the first row being at
23 the bottom?
24    A   The older data entry is the entry at the bottom
25 of the page.  It has a date field of 03/19/04.  And

1  there's a star -- I'm sorry, an *SY and an entry INIT
2  DATA ENTRY ATTY FEES EQUAL and then $2,466.87 AT 15
3  PERCENT.
4      Q    Is that an entry made by a person or is that a
5  system entry?
6      A    If I recall the *SY refers to a system entry.
7      Q    So let me make sure I understand this.  And I'm
8  actually going a step back from there, I think.  The
9  NX View system is what you use to access the information.
10  I guess, I'm trying to figure out how an account is first
11  activated in the Westlake Village office.  And I'm going
12  to try to take it a step back and maybe you can lead us
13  up to it, and you can certainly tell me if I'm getting it
14  wrong and maybe help me understand.
15           MBNA has got this agreement with Wolpoff &
16  Abramson and Wolpoff headquartered or operated out of
17  Rockville, Maryland.  So MBNA sends the accounts over to
18  Rockville, Maryland, I guess.  Is that right?  And then
19  Rockville, Maryland allows you and Westlake Village to
20  then access those accounts?
21           MR. NARITA:  It's a compound.
22           If you can, you can answer.
23           THE WITNESS:  Yeah.  There's a lot going on in
24  there.  I don't know if the information from the client
25  goes to Rockville or not.  I've already talked about

1  that.  Perhaps it's easier to visualize or understand by
2  saying the existence of the Westlake Village office or
3  the fact that it happens to be located in California
4  isn't really of any consequence for the purposes of
5  manipulating the system.
6           The people who have a responsibility to take an
7  action with regard to a file are identified by their job
8  function, not their location.  So the fact that I'm a
9  California attorney in the California office doesn't give
10  me a set of duties or responsibilities different from a
11  California Attorney who would have happened to have been
12  in the Rockville office with regard to this file.
13           And the same is true of any other staff person.
14  So there isn't an additional referral step to the
15  California office.  We are one law firm with one
16  system --
17  BY MR. WILCOX:
18      Q    Okay.
19      A    -- that can be accessed from any point that has
20  a secure connection.
21           MR. NARITA:  Now, wait for him to ask a question
22  and answer what he asks.
23           THE WITNESS:  Yeah.
24           MR. NARITA:  Thank you, Mr. Brusseau.
25  BY MR. WILCOX:

1      Q    How would the Westlake Village office know that
2  they should try to collect on this account?  So I mean on
3  any accounts, but we'll use Mr. Holsinger as an example,
4  that will help us.
5      A    The account would be placed in a queue if an
6  action was required to be taken by a person who needed to
7  review the account.  So the file would appear in a queue
8  and the person who was responsible for working that queue
9  would work that queue.
10      Q    I'm trying to understand the origination of
11  this.  Somebody is going to indicate that a queue needs
12  to be worked, if I follow you correctly.  Who is that
13  person?
14      A    Well, it's not necessarily a person.  If a file
15  comes in with certain indicators and it falls in a
16  certain jurisdiction or has a set of information, it's
17  going to be processed in a way that causes it to appear
18  in a queue.  Beyond that, I don't have any knowledge
19  about what that process looks like.  It's a tech people
20  thing.  I just don't deal with that.
21      Q    I'm going to -- I'll attempt to simplify it and
22  I hope I don't complicate it.  MBNA has an account.  They
23  want to give it to Wolpoff.  What do they do?
24      A    I don't know what they do.
25      Q    And that's fine.  That's what I was trying to

1  get to.
2           MR. NARITA:  Now, we got the question and answer
3  style back.
4  BY MR. WILCOX:
5      Q    The office in Westlake Village, were you the
6  first employee there?
7      A    Yes.
8      Q    How is it that you came to meet or became
9  acquainted with Wolpoff?
10      A    I received a phone call asking whether I could
11  review documents or requests to approve arbitration
12  demands.  They needed or wanted a California attorney to
13  perform that function.  And I said yes.
14      Q    Do you remember what year that was?
15      A    That was Fall 2003.
16      Q    Did you perform the employee interviews for the
17  purpose of hiring at the Westlake Village office or was
18  that done by someone else?
19      A    Staff members hired in the California office, I
20  interviewed.
21      Q    Were you also responsible for terminating anyone
22  who needed to be terminated?
23      A    Yes.
24      Q    Did you terminate any employees while were you
25  the head of the Westlake Village office?

Page 82

1   A   No, I didn't terminate anyone.
2   Q   Let's go back to WA0009. On March 19th of '04,
3   had any work been conducted by the Westlake Village
4   office in regard to Mr. Holsinger's account other than
5   the receipt of the account?
6   A   I don't have any recollection of that, no.
7   Q   Is there anything in the collection activity
8   notes, these chronological file notes, that would
9   indicate what work had been done on Mr. Holsinger's file
10  as of March 19th, '04?
11  A   Yes. The report lists a series of actions taken
12  on March 19th, 2004, in connection with the account.
13  Q   So why don't you read me the one that appears
14  below the row that you had read earlier. So it would be
15  the second row from the bottom.
16  A   "03/19/04 *SY INIT DATA ENTRY ACCT NO
17  74973755566683 ACCT TYPE A AMT $16,445.83 BAL
18  $16,445.83."
19  Q   Is that a system entry?
20  A   My recollection is the "*SY" indicator here
21  shows that that was a system entry.
22  Q   And the ACCT number you read that began 74973,
23  is that the account number of this particular account of
24  Mr. Holsinger?
25  A   Well, we can find that out by looking at the

Page 83

1   client's referral information and seeing whether it
2   matches up.
3   Q   And where would that be?
4   A   When we had previously discussed the client
5   information screen, if you look at the third line of
6   printed text on the page from the top, there's an MBNA
7   account number reference field, and it contains a number.
8   Looks like -- it appears that that number is the same.
9   Q   Just after that account number in the row you
10  read on WA0009 is ACCT TYPE A. Does that mean account
11  Type A?
12  A   Well, that's what it says. I actually don't
13  recall what that may mean.
14  Q   Is there some kind of like Account Type A,
15  Account Type B?
16  A   We have -- there, there -- I can't really answer
17  that question. You'd have to be more specific about what
18  you mean by account. What we're talking about with
19  regard to accounts because I don't know in this
20  circumstance what an account type is really referring to.
21  Q   Well, I'm not sure how else to ask the question
22  other than, is there an account Type A or B and what that
23  line refers to.
24  MR. NARITA:  It's been asked and answered.
25  BY MR. WILCOX:

Page 84

1   Q   Are you not aware of whether or not there's an
2   account Type A?
3   A   With regard to this record, I can't be sure what
4   that means. I'm not sure of my recollection of what that
5   entry means on this line.
6   Q   Does Wolpoff use Account Type A to refer to any
7   type of accounts?
8   A   There are times when an account type reference
9   could be contained in a record, yes.
10  Q   And have you ever heard the Account Type
11  reference A?
12  A   Yes.
13  Q   And what would that refer to?
14  A   It refers to -- well, in the context that I can
15  now recall, it referred to the account number or an
16  account number associated with an account held by a
17  debtor.
18  Q   It referred to an account -- associated an
19  account related to a debtor?
20  A   No. I said an account number associated with an
21  account that had been held by a debtor.
22  Q   Is there an Account Type B?
23  A   I can recall an instance where there was an
24  Account Type B.
25  Q   And what would that relate to?

Page 85

1   A   That related to a different account number given
2   to an account held by a debtor.
3   Q   What other account types are there?
4   A   I don't recall.
5   Q   Is there an account Type C?
6   A   I have no idea.
7   Q   The row above this has a date "March 19th, '04,"
8   initials "DQD, CLIENT FILE FORMAT REVIEW." Can you tell
9   me what that means?
10  A   I recall that this reflects a staff member's
11  review of the client information that was transmitted to
12  the firm.
13  Q   So that notation is by an actual person as
14  opposed to the two below it?
15  A   I believe so.
16  Q   So the two that are below, how do those
17  notations get there? I think we've called them system
18  entries, and they have the initials *SY. How do they get
19  there?
20  A   My best understanding is that when a client's
21  file is received certain background subroutines are
22  performed on the data purely for an information gathering
23  or preparation function. One of which is to calculate
24  attorney fees that would be requested if a -- or likely
25  to be included in the Complaint if a Complaint is filed

22 (Pages 82 to 85)

1    in the National Arbitration Board because pursuant to the
2    Arbitration Form Rules we have to state an amount, and
3    then -- so that function is performed, and so that
4    function is noted in the file, and then in addition,
5    the -- filling the fields regarding account numbers and
6    the balance that makes the ledger is also placed in the
7    various parts of the record, and that data entry occurs
8    automatically as a matter of course, and the notation of
9    that event makes it into the file.
10       Q   So the NX View system is creating those entries.
11   It's not a person?
12       A   Yeah.  It's a notation that the computer has
13   taken the information in.
14       Q   In the line above that you read where the
15   initials are DQD.  Who is DQD?
16       A   I have no idea.
17       Q   Is that an employee at Westlake Village?
18       A   I don't even know if it's an employee.  I don't
19   recall what DQD stands for.
20       Q   Do others -- do people who are not Wolpoff
21   employees have access to this system?
22       A   I don't know.
23       Q   If you reviewed a collection log and you saw
24   initials of someone who you're not familiar with, would
25   you make an investigation as to who that person was?

1        A   Not necessarily.  The fact of the review is more
2    important than the staff member who would have performed
3    it.
4        Q   Is it possible that DQD is an employee in
5    Rockville, Maryland, and it's just someone you're not
6    personally familiar with?
7        A   It's possible, yeah.
8        Q   I'm not trying to ask a trick question.  I'm
9    just trying to figure out --
10       A   My understanding is that the DQD reference, it
11   could refer to a person.  It could refer to some system
12   function I'm actually not aware of.  So it doesn't
13   actually refer to a person's initials.  I just don't
14   know.
15       Q   The line above says:  "03/19/04 CRL INTEREST
16   CALCULATION PERFORMED PER INTERNAL CPA INSTRUCTIONS."
17           Can you tell me what that means?
18       A   If I recall correctly, this interest calculation
19   reference goes to what rate of interest is going to be
20   charged in the charge-off period when either you could
21   have a contract rate of interest -- depending on the
22   jurisdiction, a contract rate of interest, prejudgment
23   rate, some other rate -- some statutory rate.  And so
24   there's a reference to that data that's stored in the
25   system.  And the interest calculation or the interest

1    rate that's going to be applied to the account for
2    purposes of calculating the outstanding balance is
3    actually affixed to the account.  That's my recollection
4    of what that would entail --
5        Q   So if I understand correctly, then this log
6    entry shows us when the interest calculation was
7    performed.  The interest calculation would then be
8    affixed somewhere on the account; is that right?
9        A   Yeah.  The calculation reference is to get -- if
10   I remember correctly, is the identification of the rate
11   that's going to be charged.
12       Q   And where is that actually affixed to this
13   account or where could I see it?
14       A   You would see it in the ledger.
15       Q   And when you say see it in the ledger, that's
16   back to Page WA0010?
17       A   That's right.
18       Q   And the initials CRL, do you know what those
19   are?
20       A   No, I do not.
21       Q   So it could be a human; it could be a system?
22       A   Yeah.  I don't recall.
23       Q   Or maybe I should ask you, are all system
24   entries denoted by SYS or *SY?
25       A   I don't have knowledge of whether or not there

1    might be other system entries that would have a different
2    notation.  That's a technical question.  I just don't
3    know the answer to that.
4        Q   The row above that reads:  "03/19/04 SYS MEDIA
5    RECORD MEDIA#04079001726-CLIENT FILE."
6            What's that?
7        A   Again, if I recall correctly, this is a
8    notation -- a data base record number is affixed to the
9    information contained in the data file transmitted by the
10   client to the firm, and that data file is represented by
11   the printout on WA0011 of this exhibit.
12       Q   Why don't you read me the row above that?
13       A   The row above the media record row?
14       Q   The media record row, yeah.
15       A   "03/19/04 SYS DBR#1 BANKRUPTCY/DECEASED SEARCH
16   REQUESTED AT EXTDB400200."
17       Q   Is that a system entry?
18       A   I believe it is a system entry.
19       Q   What does DBR#1 mean?
20       A   That refers to the field in the record.  That
21   would contain one of the names that may be transmitted
22   from the client in connection with the account.
23       Q   When you say one of the names, you mean the name
24   of the consumer?
25       A   It could be.

1    Q    What else could it be?
2    A    In other words, you could have more than one
3    name associated with an account.
4    Q    But it would be a person's name?
5    A    Depends on the name in which the account was
6    issued.  Generally we're dealing with accounts issued to
7    individuals.
8    Q    So generally it would be an individual?
9    A    Yeah.
10   Q    So is this a bankruptcy search and search to
11   determine whether or not this particular debtor may have
12   been deceased?
13   A    No.
14   Q    What exactly is it?
15   A    It's a request for a pay search.  Whether or not
16   there's a record of the bankruptcy file in connection
17   with this person and account or whether there's a record
18   that the person is diseased.
19   Q    What does the "EXTDB400200" mean?
20   A    I don't remember.
21   Q    Is there somewhere that shows us the results of
22   this search?
23   A    An outcome would be contained in the collection
24   activity log.
25   Q    And this is the collection activity log; right?

1    A    That's right.
2    Q    Okay.  So is the row above the outcome?  I'm not
3    clear on your --
4    A    Yes.  There is an outcome showing on this
5    collection activity log.
6    Q    Okay.  Where is that outcome?
7    A    If you -- from the bottom, the tenth line from
8    the bottom, with a reference date of 03/20/04, there's an
9    entry.
10   Q    Why don't you read me that entry?
11   A    Sure.  "SYS DBR#1 BANKRUPTCY/DECEASED SEARCH
12   RETURNED FROM EXTDB400200-- NO BANKRUPTCY OR DECEASED
13   FOUND."
14   Q    So the computer system is able to request a
15   bankruptcy search and then report the results.  Is that
16   an accurate representation as to what's happened here?
17   A    Not necessarily.
18   Q    Can you explain then what that means?
19   A    Not necessarily.  I don't think it's accurate to
20   characterize it as an automatic function by the computer.
21   The entry -- system entry -- reflects a system entry, but
22   I can't say whether the bankruptcy search was conducted
23   by the computer or by a person or someone else.
24   Q    Is there any indication on this Page WA0009 that
25   some person was involved in the bankruptcy search?

1    A    No.
2    Q    The row below that reads:  "3/19/04 SYS DBR#1
3    SKIP TRACE RETURNED - UNABLE TO FIND COA."
4         What does that mean?
5    A    This is the outcome of an attempt to find a
6    current address.  That would be -- that would contain a
7    value that would motivate some kind of change to the
8    record that was provided by the client.
9    Q    The end of that sentence reads:  "Unable to find
10   COA."  What is COA?
11   A    I don't know what it stands for in the system.
12   I believe it stands for change of address.
13   Q    Is there some kind of a -- is there a document
14   that explains what their system abbreviations are?
15   A    Yes.  You can refer to different documents that
16   help in interpreting what kind of common abbreviations
17   are used in the system.
18   Q    What's the name of the document that explains
19   the abbreviations for this system?
20   A    Oh, I don't remember.
21   Q    Is it a document that you physically had at the
22   Westlake Village office in a hard copy?
23   A    Well, since it came from multiple -- that
24   information could come from multiple sources, I don't
25   think that it would be reduced to a single hard copy.

1    Q    Could you access it on line?
2    A    Well, what do you mean by "it"?  Again, I don't
3    recall there being a single document that contained all
4    technical codes and --
5    Q    So there would be more than one document, but
6    the abbreviations that are used in the system would be
7    explained somewhat?
8    A    Somewhat.
9    Q    Would you get access to those documents through
10   the computer or were there hard copies?
11   A    I had hard copies of materials that contained
12   commonly used abbreviations.  There were people I could
13   go to to request information about commonly used
14   abbreviations.
15   Q    Who would you go to?
16   A    I typically go to the paralegal manager or
17   director if I had -- or to the managing partner.  It
18   depended on the circumstances, but I would go to the
19   highest ranking person I could think of who I could
20   reasonably get in touch with who could answer my
21   question.
22   Q    Where were those people located?
23   A    One of the offices.  It depended on the type of
24   question I would be asking.
25   Q    I'm just trying to understand.  You would

Page 94

1  contact, say the managing director?
2      A   Uh-huh.
3      Q   Who is the managing director?
4      A   I'm sorry.  The managing partner?
5      Q   I'm sorry.  Right.  The managing partner.  Who
6  is that?
7      A   Yeah.  That's Ron Abramson.  So I would call Ron
8  Abramson in Rockville, Maryland.
9      Q   The row above -- the row we were just -- well,
10  actually, let me just read the row.  "03/20/04 SYS CLIENT
11  FILE SCANNED FOR ATTORNEY/DISPUTE INFO."
12      What does that mean?
13      A   This entry refers to a scan of information
14  provided for the client by the client to see whether or
15  not there was a notation that the client was represented
16  by counsel.
17      Q   If the client was represented by counsel, what
18  kind of a notation would be in this system?
19      A   You would expect to find a notation that the
20  party was represented and you would have information
21  added to the record containing a contact information for
22  counsel for the debtor.
23      Q   Where would that contact information appear?
24      A   In the attorney contact information screen.
25      Q   Where is that located?

Page 95

1      A   It's one of the screens that NX View -- I forget
2  which screen number that is.
3      Q   The row above that reads:  "03/20/04 BB CLIENT
4  FILE RVWD BY PARALEGAL/OK TO SEND TO ATTORNEY."
5      Who is BB?
6      A   I believe that that is Beverly Berry.
7      Q   Is Barry spelled B-A-R-R-Y?
8      A   B-E-R-R-Y.
9      Q   Berry.  Is Ms. Berry someone who was located in
10  the Westlake Village office?
11      A   No.
12      Q   Where was Ms. Berry located?
13      A   The Rockville office.
14      Q   Do you know how long Ms. Berry worked for
15  Wolpoff?
16      A   No.
17      Q   Have you ever personally spoken to Ms. Berry?
18      A   Uh-huh.  Yes.
19      MR. NARITA:  Counsel, at some point in the near
20  future I'm going to need to take a break.
21  BY MR. WILCOX:
22      Q   Let's go to WA0008.  The row at the bottom
23  reads:  "03/22/04 SYS DBR#1 ADDRESS REFORMATED BY GROUP 1
24  SOFTWARE."
25      Can you tell me what that means?

Page 96

1      A   No.
2      Q   The row above, "03/22/04 SYS DBR#1 PROPERTY
3  SEARCH REQUESTED AT INTDB600100."
4      What does that mean?
5      A   The entry means that a property search was
6  requested.
7      Q   Do you know what the INTDB600100 means?
8      A   I don't recall what that means, no.
9      Q   How does Wolpoff perform a property search?
10  What is actually searched?
11      A   If I remember correctly from what's contained in
12  some of the training material, the information that
13  identifies the debtor is fed into either a system that is
14  subscribed to by the firm or that's held by some third
15  party to see if they can find a record that there's some
16  property owned by the debtor.
17      Q   Do you know what search tools are actually used
18  to find property?
19      A   In this context?
20      Q   Yes.
21      A   I don't recall any of that.
22      MR. WILCOX:  Let's take a short break.
23      MR. NARITA:  Thank you.
24      (Recess.)
25  ///

Page 97

1      (Whereupon, at the hour of 12:00 p.m.,
2  a luncheon recess was taken, the
3  deposition to be resumed at 12:55
4  p.m.)

25 (Pages 94 to 97)

Page 98

1  LOS ANGELES, CALIFORNIA; FRIDAY, JUNE 16, 2006
2          12:55 P.M.
3
4    MR. WILCOX:  Okay.  Let's go back on the record.
5
6      PHILLIP JOSEPH BRUSSEAU,
7    having been previously duly sworn,
8    was examined and testified as follows:
9
10        EXAMINATION
11 BY MR. WILCOX:
12   Q   Mr. Brusseau, I'll direct your attention to
13 Exhibit 2, where we left off WA0008.  Fourth line from
14 the bottom.  Why don't you read me that row?
15   A   This has a date stamp of "03/22/04 PJB CLIENT
16 FILE RVWD BY ATTY/INIT LTR ORD/OK TO PROCEED."
17   Q   Who is PJB?
18   A   I am PJB.
19   Q   Is this your notation that you made after
20 reviewing Mr. Holsinger's account information?
21   A   It is.
22   Q   What account information did you review?
23   A   Whenever I review a letter request, at a minimum
24 I review the client information screen, the current
25 address screen, the attorney information screen, the

Page 99

1  address history screen and I toggle through the
2  collection activity screen, the chronological entries on
3  the file.
4    Q   Is the address screen something different than
5  what we have attached here in Exhibit 2?
6    A   I don't see a printout that reflects the address
7  screen that I would recognize as the address screen.
8    Q   Did you review a copy of the actual account
9  agreement between the consumer and the creditor?
10   A   The accounts type -- or the account agreement
11 type is reflected in the client information abbreviations
12 that I would see in my records that I was looking at.
13   Q   Did you review a hard copy of the account
14 agreement?
15   A   No.
16   Q   When you review the client info screen, what are
17 you reviewing it for?
18   A   I'd look typically to the date the agreement was
19 entered into between -- or allegedly entered into between
20 the client and the debtor.  The information contained in
21 the address field to see if it makes sense, if it looks
22 like a real address, a real name.  Look to see how
23 complete the record is, if it looks like the client
24 provided a meaningful account number, for example, it's
25 not just a series of zeros.  That's an actual

Page 100

1  balance, that it's within the realm of possibility and
2  isn't a one dollar or a billion dollar entry in that
3  field that would reflect some sort of obvious error.
4        And I'll scan to see if they happen to have the
5  social because that's always helpful or some other
6  information that may be helpful or that might be
7  conspicuous by it's absence.
8    Q   What do you check the accounts number against to
9  verify that it's correct?
10   A   The account number, meaning the account number
11 provided by my client or the balance -- or the current
12 balance?
13   Q   Well, let's start with the account number.
14   A   I only look to see whether it looks like it's an
15 actual account number.  Since the record that I'm looking
16 at is the record provided by the client, I just look to
17 see if there are any obvious errors in the material, the
18 factual information provided to me by the client.
19   Q   What do you check the amount against to verify
20 it's the correct amount?
21   A   I have nothing other than the record to compare
22 it to.
23   Q   When you review the chronological entries, what
24 are you looking for?
25   A   Under what circumstances am I reviewing this?

Page 101

1    Q   Well, we're here on this date entry that you
2  read that began "03/22/04 CLIENT FILE RVWD BY ATTY."  And
3  you indicated that at a bare minimum each of your reviews
4  you will review the chronological entry.  So the question
5  is, when you're reviewing the chronological entries, what
6  are you looking for?
7    A   So you're asking me what I review for at the
8  time of the initial letter, not at some subsequent time?
9    Q   Yeah, let's start with this letter.
10   A   I look to see that the background calculations
11 that the system would normally perform were actually
12 performed.  It's an indicator to me that the information
13 was properly uploaded into the system.  I look to see if
14 there was a client file format review or at least one
15 other set of eyes other that my own, looked for obvious
16 errors in the record.
17        I look to see whether or not there was a media
18 record entry to see that the information was properly
19 moved from format or the data that was simply sent over
20 by the client, but that it actually made it into our
21 system.  I look to see that the firm has requested that
22 the bankruptcy and deceased search be done to see that
23 there was -- whether there was a bankruptcy in connection
24 with the file or the name or that there was -- the party
25 may have been deceased, and I look to see whether that

Page 102

1  search was returned and uploaded into the system with a
2  result.
3       I look to see whether -- and it doesn't always
4  happen, but whether a credit report was ordered.
5  Probably the most important thing that I look for that's
6  not obvious in what's here is the statute of limitations.
7  We want to make sure that we're dealing with something
8  that's in the statute in a live claim because I will
9  not send out a letter if it's not within the statute.
10      Q    Who prompted you to review this account?
11      A    The Holsinger account?
12      Q    Yes.
13      A    The system prompted me to review the account.
14      Q    The line above that line that you had just read
15  and interpreted, reads:  "03/22/04 PJB ELECTRONIC
16  SIGNATURE ON LTR ORDERED BY ATTY."
17           Can you explain what that line means?
18      A    This line reflects that I took the act of
19  entering the code to instruct the software to prepare a
20  form letter to insert the account information that was
21  uploaded into this file into the form letter and to affix
22  my electronic signature to it.
23      Q    And this letter that we're speaking of that you
24  ordered on March 22nd '04, was that a presuit one letter?
25      A    It was an initial letter, whether it was in the

Page 103

1  presuit one format or not, I can't tell by looking at
2  this record.
3       Q    How does a presuit one letter differ from the
4  initial letter.
5       A    It shouldn't.  It's just that the presuit one
6  letter is a term that refers to a particular form.  It's
7  a PS1 letter.  We could have the exact same letter under
8  a different software signifier.  Which initial letter
9  version I actually sent in this instance, I don't know
10  because I don't have a copy of the letter in front of me.
11      Q    Are there other initial letters that are sent,
12  other than the form that was sent on March 22, '04?
13      A    I'm not sure what you're getting at.
14      Q    I was under the impression that the presuit one
15  letter is the initial letter, they are one and the same.
16  Am I incorrect about that?
17      A    I'm trying to be as clear as I can that I
18  recognize an initial demand letter in a particular form,
19  but what it is referenced as, as a software file that
20  contains the text pagination, instructions to affix to a
21  letterhead and so forth, may be referred to a presuit one
22  letter or it could be given some other software
23  signifier, and I just don't know whether the one that was
24  sent was a presuit one letter or it was some other one.
25      Q    You used the terminology earlier, presuit one

Page 104

1  letter.  Is that the term you used to refer to the
2  initial letter?
3       A    The initial letter is the initial demand letter.
4       Q    Right.  And when you said presuit one letter, is
5  that what you were referring to, the initial demand
6  letter?
7       A    What circumstance are you talking about when I
8  referred to the presuit one letter?
9       Q    I don't remember in particular, but I'm just
10  trying to clarify here.  How do you use the term presuit
11  one letter?
12      A    When I use the term presuit one letter, I'm
13  looking at a form that's called presuit one letter.
14      Q    Is Exhibit 1 that form?
15      A    Exhibit 1 is that form.
16      Q    Thank you.  The line above -- well, let me just
17  backup.  You had read the line that said, "ELECTRONIC
18  SIGNATURE ON LTR ORDERED BY ATTY" and the initials to the
19  left are "PJB," that would be your initials; right?
20      A    That's correct.
21      Q    The line above that reads:  "03/23/04 SYS FORM
22  ALL DBR INIT DEMAND LTR-RTL, BNK, UTL."
23           What does that mean?
24      A    This is the notation that, in response to my
25  order that the letter be prepared, printed, and sent,

Page 105

1  that that request was added to the software queue that
2  would then process it and commence the printing process.
3       Q    Does anyone at Wolpoff review the actual letter
4  before it's sent?
5       A    The attorney reviews the letter before it's
6  sent.  That's what this entry signifies, "ELECTRONIC
7  SIGNATURE ON LTR ORDERED BY ATTY."
8       Q    So the attorney reviews the actual hard copy of
9  the letter before it's sent?
10      A    No.
11      Q    The attorney reviews the form of letter?
12      A    The attorney -- I'm sorry.  Go head.
13      Q    I'll simplify.  What does the attorney actually
14  review?
15      A    The attorney reviews the items that -- I just
16  testified that the attorney reviews the file and the
17  attorney knowing that they are being asked to send an
18  initial letter, knows what form or what language is
19  contained in the form initial letter to be sent and the
20  commands to put those two together and actually produced
21  the paper document, is what this signifies.
22      Q    So the attorney is reviewing the actual contents
23  that are going to be used to fill the form letter.
24      A    Sure.  The important relevant bits are reviewed
25  by the attorney.

27 (Pages 102 to 105)

Page 106

1    Q    The one above reads: "03/23/04 DAV DIALER NOTES
2    0988 3 01000 1611 CALLED PARTY/NO MESSAGE-H 1205
3    ANSWERING MACHINE/LEFT MESSAGE - H."
4         Who is DAV?
5    A    I do not know.
6    Q    Would DAV be someone working in the Westlake
7    Village office at that time?
8    A    I don't know what DAV signifies so I couldn't
9    answer that question.
10   Q    Is it possible DAV is a code for an employee in
11   the Rockville, Maryland, office?
12   A    It is possible, yes.
13   Q    When phone calls were made in an attempt to
14   collect on an account, were they typically made outside
15   of the Westlake Village office?
16   A    Yes.
17   Q    In the row above that we have "03/24/04 DAV
18   DIALER NOTES" -- a series of numbers -- "NOT RIGHT
19   PARTY-H DNA 1306 DETECTED NO ANSWER-H."
20        Do you know what that means?
21   A    Beyond the plain meaning of the words, no.
22   Q    Does it show anywhere in the last two rows that
23   we've read here on this WA0008 what phone number was
24   dialed to try to contact the person?
25   A    That information is not appearing in this line.

Page 107

1    Q    Does it appear somewhere else?
2    A    It should appear on the screen that contains the
3    contact information for the debtor.
4    Q    What screen is that?
5    A    That is one of the screens I mentioned that the
6    attorney reviews at the time that they approve the letter
7    and that is a screen that contains the most current
8    address, the most current telephone number, if there is
9    one, available for the debtor.
10   Q    And that screen is not attached to this
11   Exhibit 2?
12   A    I don't see a format of information here that
13   looks like the screen that I'm referring to, no.
14   Q    Okay.  The row above that is "03/25/04 DAV
15   DIALER NOTES" -- a series of numbers -- "Answering
16   Machine/Left Message-H."
17        Do you know what that means?
18   A    Beyond the plain meaning of the words, no.
19   Q    When you review these chronological entries and
20   you don't understand what these entries mean, what do you
21   do?
22   A    If I don't understand an entry and the entry
23   appears relevant to my determination to take whatever
24   action it is that I'm going to be taking, I would call a
25   person who would know.  I may refer to other materials

Page 108

1    that I have that may be of help to me so that I can come
2    up with an answer to answer the question.
3    Q    The row above that is "03/26/04 DAV DIALER
4    NOTES" -- a series of numbers -- "NUMBER NOT VALID-W DND
5    1303 NO DIAL TONE-W 1146 ANSWERING MACHINE/NO MESSAGE-H."
6         Do you know what that means?
7    A    Beyond the plain meaning of the words, I do not
8    know what the additional codes or anything else means.
9    Q    The row above that is "03/26/04 RUA DBR#1 POE
10   PHONE# NG (415)385-5943 RSN PHONE# NO LONGER VALID."
11        Do you know what that means?
12   A    Yes.
13   Q    And what does it mean?
14   A    It means that in an attempt to call the place of
15   employment, but the phone number that we had a record as
16   being associated with the place of employment of the
17   debtor, the phone dialer received a message from the
18   phone company that that number was no longer valid and
19   that it was not good.
20   Q    What does the RSN mean?
21   A    Reason.
22   Q    How do we know that the phone company informed
23   you the number wasn't valid and it wasn't someone who
24   answered the phone?
25   A    The entry reflects the outcome that was observed

Page 109

1    by either the machine noticing the multiple tones that
2    you get when you dial an invalid number.  You get "the
3    number you have reached is no longer valid," or it may
4    reflect if an individual collector dialed that number
5    themselves or was otherwise on the line at the time that
6    the attempt was connected, noticed that the phone number
7    was no longer valid.
8    Q    So it couldn't have been an actual person who
9    answered on the other phone saying, "sorry, this number
10   is no longer valid for that individual"?
11   A    Is it possible that a person put that code in
12   and certain facts obtained that were different from what
13   I just described, sure.
14   Q    Who is RUA?
15   A    I have no idea.
16   Q    But since phone calls were made by Wolpoff
17   outside of the Westlake Village office it's possible RUA
18   was a Wolpoff employee elsewhere?
19   A    Sure.
20   Q    The entry above that is "03/26/04" -- and in the
21   initials column there are no initials.  It has a number
22   stamp "13:10."  "DBR#1 TELEPHONE DEBTOR TT UNID M SAID
23   THAT DBR DOESN'T WK THERE."
24        Do you know what that means?
25   A    Yes.

28 (Pages 106 to 109)

Page 110

1   Q    And what does that mean?
2   A    It means that at some point someone called a
3   telephone number that was in the record for this debtor.
4   And that telephone was answered and the person who placed
5   the call talked to an unidentified male who said that the
6   debtor does not work at that phone number.
7   Q    Why is there a -- why in the initial column are
8   there numbers instead of initials; is that a time stamp?
9   A    No, I don't remember.
10  Q    The row above that, "03/26/04 RUA POE PHONE# NG
11  000-0000 RSN PHONE# NO LONGER VALID."
12       What does that mean?
13  A    This entry reflects that a person went into the
14  file and made a note that the place of employment phone
15  number that was in the file was not a good number and was
16  no longer valid.
17  Q    The row above that is March 28th and the entry
18  seems to indicate detected answering machine.  Is that
19  just an entry from someone or the system indicating that
20  an answering machine had been contacted?
21  A    In my review of that line that's what I would
22  infer it to say.
23  Q    And the line above that, would it be the same?
24  A    Well, it contains additional language.
25  Q    Would it be similar?

Page 111

1   A    I would say that it is similar.
2   Q    And then the line above that, would it be
3   similar?
4   A    Similar to what?
5        MR. NARITA:  Which line are you on?
6   BY MR. WILCOX:
7   Q    Let me read the line so that we're on the same
8   page.  "03/30/04 DAV DIALER NOTES" -- a series of
9   numbers -- "DETECTED ANSWERING MACHINE-H. 1914 CALLED
10  PARTY HUNG UP-H DND 1140 NO DIAL TONE-H."
11       What does that line mean?
12  A    The plain language of the entry says that the
13  dialer made a call, detected an answering machine, that
14  line was disconnected, and I don't know what "no dial
15  tone" means in that context.
16  Q    What does called party hung up mean in that
17  sentence?
18  A    I'm not sure exactly.  I don't recall at this
19  point what some of these terms mean.
20  Q    The row above is "03/31/04 DAV DIALER NOTES" --
21  a series of number -- "DO NOT CALL HOME-H."
22       What does that mean?
23  A    This is a record that the dialer made a call and
24  as a result there was a message or a record entry to not
25  call the home number.

Page 112

1   Q    If the dialer makes a call and there's a
2   connection made, does a Wolpoff employee then pick up the
3   phone to continue the call?
4   A    That's my understanding.
5   Q    If a Wolpoff employee then picked up the phone
6   and the caller had hung up, what action would be taken?
7   A    I don't know what the current action would be
8   that would be taken.  Nor would I recall what the action
9   to be taken would have been at the time that we're
10  discussing.
11  Q    The row above that where we just left off is
12  "03/31/04 MHW DBR#1 HOME PHONE# NG (650)879-1489 RSN
13  PHONE NUMBER NO LONGER VALID."
14       What does that mean?
15  A    This means that a telephone number that's
16  contained in this record was called and that there was no
17  connection made with the debtor, and the reason given was
18  that the phone number was no longer valid.
19  Q    Who is MHW?
20  A    I do not know.  I don't know if it's a person.
21  Q    Is it possible an MHW is the system?
22  A    I don't know.
23  Q    Line above that is "March 31st '04."  In the
24  initial column there are no initials but there is a
25  number, "11:16."  "DBR#1 TELEPHONE DEBTOR, NEW ATTY

Page 113

1   PHONE" and then a series of zeros.
2        What does that mean?
3   A    It appears that the phone number that was called
4   was some third party or may have been a potential third
5   party.  The phone number was not valid, and so the
6   attorney contact phone number field was populated with
7   zeros since there was no valid number to fill in that
8   field.
9   Q    Any explanation as to why there are no initials
10  in any initial column, there are numbers?
11  A    No.
12  Q    Let's go to the next page in the series.  It
13  would be WA007.  The entry at the bottom, says,
14  "March 31, '04."  In the initial column there's the
15  number, "11:16."  "DBR#1 TELEPHONE DEBTOR, THE DEBTOR IS
16  FILING BANKRUPTCY AND WILL SEND THE INFORMATION AS TO WHO
17  THE ATTY IS THROUGH THE MAIL."
18       What does that mean?
19  A    Well, this means that somehow the debtor or
20  person purporting to be the debtor did receive some
21  notice as of March 31st, 2004, that Wolpoff & Abramson
22  represented MBNA in connection with the debt.  The debtor
23  telephoned Wolpoff & Abramson and stated to someone that
24  the debtor is filing bankruptcy and will send the
25  information as to who the attorney is through the mail.

29 (Pages 110 to 113)

Page 114

1  Q   How do we know that's an incoming call?
2  A   Debtor number one telephoned debtor -- you know,
3  I actually don't remember.  It may have been an outgoing,
4  it may have been an incoming.
5  Q   Is there any particular code that's used when
6  it's incoming as opposed to outgoing?
7  A   There is but I -- I get confused at this point
8  with the passage of time as to which one is which.
9  Q   Where would the code appear?
10  A   It would appear in the "re" line here.
11  Q   So I'm not following you.  Is there some
12  language in that line right now that is supposed to tell
13  us whether it was incoming or outgoing?
14  A   Yes.  "DBR#1 TELEPHONE SPACE DEBTOR" provides
15  information as to what is occurring there.
16  Q   Did the debtor have an attorney on March 31st,
17  '04?
18  A   Oh, I don't know the answer to that.
19  Q   The row above that, "04/1/04 DAV DIALER
20  NOTES" -- a series of numbers -- "ANSWERING MACHINE/LEFT
21  MESSAGE-H."
22      What does that mean?
23  A   This is a similar notation to the prior
24  notations that we discussed where the dialer attempted to
25  use telephone -- the telephone numbers that were marked

Page 115

1  as valid or appeared in this file to try to contact the
2  debtor and -- rather than contacting the debtor directly
3  he apparently connected with an answering machine.
4  Q   Well, above that date, "04/02/04 JCM REVIEWED
5  FILE."
6      Who is JCM?
7  A   I don't remember.
8  Q   Any idea what reviewed the file means?
9  A   That is a text that is entered in response to
10  code or could be typed in manually by actually typing in
11  the words reviewed file.
12  Q   Do you know if JCM is an attorney?
13  A   No.
14  Q   Do you know if JCM is a paralegal?
15  A   No.
16  Q   What kind of review would this have been?
17  A   I have no idea.  I may have known at the time,
18  but I certainly don't know now.
19  Q   The row above that is "4/2/04 JCM CHECKED IN
20  OFFICE FOR OTHER FILES."
21      What does that mean?
22  A   This is a notation that usually reflects that
23  someone in the office has done essentially a
24  crisscross -- or cross-check against all the other data
25  that we have in our files to see whether or not this

Page 116

1  account number, address, telephone number, name, matches
2  another file.  That's done for the purpose of trying to
3  see whether there's contact information or other
4  information that's contained in one file that would be
5  germane to another.
6  Q   So other files refers to other consumers' files
7  as opposed to other files you may have that relate to
8  Mr. Holsinger?
9  A   I'm not sure I understand your question.
10  Q   When we look at this notation and it says,
11  "other files," is it referring to other files that
12  Mr. Holsinger may have in your office or any other files
13  that may exist in your office at all?
14  A   Well, it's referring to other files that would
15  have information that would be useful in identifying the
16  location of the debtor in this file.  So you can infer
17  from that whether it's a file for, in this case,
18  Mr. Holsinger or some other party with a relationship to
19  Mr. Holsinger who has similar contact information.  It
20  could be any number of things.
21  Q   When it says, "checked in office for other
22  files," how is this check performed?  Is there some kind
23  of a name search done in NX View?
24  A   NX View being a database allows cross-references
25  or crosschecks between files and file data entry fields,

Page 117

1  like any other database.
2  Q   Okay.  So if I understand your answer correctly,
3  "checked in office for other files" could mean searched
4  NX View?
5  A   Sure.  That's a broad way of saying what I've
6  testified.
7  Q   The row above that "4/2/04 JCM TRANSUNION FACT
8  REQUEST."
9      What does that mean?
10  A   That means that there was a request for updated
11  information from TransUnion.
12  Q   So Wolpoff requested information from
13  TransUnion; is that right?
14  A   Well, someone at the firm made a request in
15  light of the review.
16  Q   Above that is "4/2/04 JCM INTERNET SEARCH RVD
17  F-RATE FMD NO NEW RES LDS."
18      Can you tell us what that means?
19  A   In this case it's part of this April 2nd review
20  which we're talking about with all these entries here.
21  There was a review of other sources to see whether or not
22  the residential address lead could be obtained.
23  Q   What does the "F-RATE" mean in that sentence?
24  A   I don't recall what that means anymore.  It
25  refers to certain information of a type that -- it's a

30 (Pages 114 to 117)

Page 118

1   term of art that the skip tracers use to describe the
2   kind of data that they routinely gather when they conduct
3   their searches, but I don't remember what it means
4   anymore.
5       Q    So when we talk about reviewing in the context
6   of these April 2nd entries, we're talking about skip
7   tracing?
8       A    That's the term I would use because that's what
9   essentially this person appears to be trying to find, is
10  updated contact information, and this was in a vernacular
11  sense what I referred to as skip tracing.
12      Q    The row above that is 4/26/04 - I'm sorry.  I
13  skipped one.  We have one last entry in the 04/02/04
14  series.  "JCM REVIEWED EQUIFAX CREDIT REPORT SAME RES #
15  ADD ON 20."
16           What does 20 refer to there?
17      A    It refers to the address history for this file.
18      Q    Does 20 refer to a line or a particular section
19  of these notes?
20      A    It refers to a screen.
21      Q    So there's a screen, and it's identified by the
22  number 20.
23      A    That's correct.
24      Q    What's the name of that screen?
25      A    I don't remember the actual name.  I refer to it

Page 119

1   as the address history or contact history.  It's one of
2   the screens that I routinely would review as part of my
3   review of whether or not to make a contact or take some
4   other action with the file.
5       Q    So on April 2nd there was a request for the
6   TransUnion credit report and a review of the Equifax
7   credit report.  Are those the only two credit reports
8   that were reviewed on that date?
9       A    Well, that's what it appears to reflect in this
10  record.
11      Q    The row above has got "4/26/04 SYS DBR#1 SEND TO
12  SKIP TRACE TO EXTDB300200 FOR COA."
13           What is that?
14      A    This is a reference to a system entry that is
15  directing results of search requests from third party
16  vendor perhaps, I don't recall offhand, for results of
17  all of those search requests.  You recall that there was
18  a search request prior in the record.
19      Q    The row above is "4/26/04 SYS DBR#1 SKIP TRACE
20  RETURN - UNABLE TO FIND COA."
21           What's that?
22      A    That's a notation that the skip trace request
23  whatever this vendor was doing did not result in some
24  usable record being delivered back to the firm.
25      Q    Above that "05/08/04 RMA ATTORNEY REVIEW."

Page 120

1            Who is RMA?
2       A    RMA is Ron M. Abramson.
3       Q    What does "ATTORNEY REVIEW" signify there?
4       A    That Mr. Abramson reviewed the file.
5       Q    And when we see this language here "ATTORNEY
6   REVIEW," in particular what does that mean?
7       A    It means that the attorney reviewed the file.
8       Q    Okay.  Maybe I should ask it this way.  I'm
9   trying to figure, is this like one of those functions I
10  think you called it where it's kind of like a term of
11  art?
12      A    I don't know.  It could have been written by
13  hand, you know, entered by hand, "ATTORNEY REVIEW."  It
14  could have been -- I'm just conjecturing that there was
15  some other -- you know, as a result of looking through
16  the file, you know the information was automatically
17  entered.  I don't know.
18      Q    Does Mr. Abramson typically review files that
19  are being handled by the Westlake Village office?
20      A    Oh, sure.
21      Q    After his review, what action would he typically
22  take?
23      A    I can't answer that question because I don't
24  know.
25      Q    What's the purpose of his review?

Page 121

1       A    Well, he's the managing partner.
2       Q    Does he review it and then send a collection
3   letter, or does he review it and then make a phone call
4   to a debtor?
5       A    Are you asking about this particular case or are
6   you asking --
7       Q    I'm just trying to understand in general.
8       A    I have seen him personally review a file and
9   call debtors, send letters under his own signature,
10  negotiate settlements, do quality control checks, drop
11  follow-ups to attorneys to take an action, put a note in
12  the file signifying that he was or was not happy with
13  what was happening with the file, any of the typical
14  things a reviewing partner, /managing partner would do.
15      Q    "6/7/04 CZJ CHECKED IN OFFICE FOR OTHER FILES."
16           Who is CZJ?
17      A    I don't know.
18      Q    And I take it the "CHECKED IN OFFICE FOR OTHER
19  FILES" is self-explanatory and similar to what you
20  discussed earlier?
21      A    It appears to be the same action that was taken
22  on April 2nd by JCM.
23      Q    Above that is "6/7/04 CZJ CHECKED IN OFFICE FOR
24  OTHER FILES NONE."
25           What would that mean?

31 (Pages 118 to 121)

Page 122

1    A    Well, just like CZJ checked in office for the
2  files and found none.
3    Q    Above that "6/7/04 CZJ MINI CBI REVIEWED NO
4  BKI." What's that?
5    A    This is kind of a -- this is a notation that CZJ
6  performed a kind of a shorthand quick review of updated
7  credit reports and found no bankruptcy information. So
8  that this account is still alive and that the debtor had
9  not filed bankruptcy in connection with the account.
10   Q    If the debtor had filed bankruptcy, how would
11 the account have been changed?
12   A    If the debtor had declared bankruptcy and it
13 related to this account, there would have been a
14 bankruptcy notation added to the file. And, you know, we
15 would treat that as you would any other bankruptcy.
16 You'd have to stay action.
17   Q    So would it be as a bankruptcy function, it is
18 then inputted, and then that flag would appear on the top
19 of each screen?
20   A    Oh, absolutely. The bankruptcy procedures are
21 very detailed. The paralegals are extensively trained in
22 the very substantial tasks that they go through to fully
23 note the file, obtain information, document the existence
24 of that bankruptcy filing and prepare the file to be
25 handled properly knowing that the bankruptcy has

Page 123

1  occurred. It's mechanical, but it's time-consuming.
2  It's precisely the sort of thing you have a paralegal do.
3    Q    What training would the paralegals undergo?
4    A    Paralegal training.
5    Q    Is there a course you send them to? You have an
6  in-house seminar?
7    A    Yes.
8    Q    When is this performed? Is it upon their
9  hiring? Is it at some later stage?
10   A    Training is almost continuous. There's the
11 compliance training, the initial paralegal training when
12 they are hired. They are supervised by paralegal
13 managers and paralegal directors who review their work.
14 It's an ongoing process.
15   Q    Besides the collections manual, are there other
16 written documents that are provided to the paralegals for
17 training purposes?
18   A    I had a little brain freeze there. What did you
19 say?
20      MR. WILCOX: Fair enough.
21      MR. NARITA: It's in the afternoon.
22      MR. WILCOX: Shouldn't have eaten.
23 BY MR. WILCOX:
24   Q    Other than the collections manual that Wolpoff
25 provided, I assume Wolpoff provides to paralegals --

Page 124

1  maybe I shouldn't assume that. Does Wolpoff provide the
2  paralegals a collections manual?
3    A    Paralegals are provided with the material that a
4  debt collector would be given and trained the way a debt
5  collection staff person would be trained at the firm, and
6  in addition they receive additional paralegal training
7  materials and additional paralegal training that's
8  consistent with their job requirements.
9    Q    So there's some written document other than the
10 collections manual that's provided for training purposes?
11   A    You would have to identify the collection manual
12 you're referring to as well.
13   Q    I hear you. Let's start with that. Well, you
14 know, we'll go head and mark it. So we don't lose track
15 of everything.
16      MR. WILCOX: Why don't we mark that as Exhibit 3
17 and we'll all be on the same page.
18      (Plaintiff's Exhibit 3 was marked for
19       identification by the court reporter
20       and is attached hereto.)
21 BY MR. WILCOX:
22   Q    Why don't you look at what's been marked as
23 Exhibit Number 3 and let me know if you know what that
24 is.
25   A    I recognize Exhibit 3.

Page 125

1    Q    And what is Exhibit 3?
2    A    It's the Fair Debt Collection Practices Act
3  Manual and Guidelines.
4    Q    That Wolpoff provides to employees?
5    A    That's correct.
6    Q    Is this a document that's provided to employees
7  upon first hire?
8    A    It was provided to me on my hiring, and I
9  provided it to everyone at the time they started in the
10 California office. So with regard to those employees,
11 yes. I just don't have knowledge about other employees
12 when they would receive it.
13   Q    So each of the employees in the Westlake Village
14 office, at least when you were there, they would be
15 provided a copy of this manual by yourself?
16   A    By me or by someone in the office who was asked
17 to distribute it.
18   Q    And they'd be asked to read this before they
19 commenced their employment?
20   A    No, not before they had commenced their
21 employment, but as a part of their training process this
22 would be one of the documents that they would review and
23 then practice with.
24   Q    Upon first hire what training program, do you --
25 or did you put the employees through?

Page 126

1    A    Well, generally there's initial orientation sort
2  of training, H.R. type issues, things like that.  Very
3  basic technical instruction about the computers.  There
4  is the FDCTA training.  There is -- in addition to this,
5  what is essentially a policy statement, there are
6  step-by-step instructions on how to handle telephone
7  calls, making and receiving them, appropriate language to
8  use, examples of appropriate language, practice sessions
9  using telephones, that sort of thing.  There are
10  additional documentation -- extensive documentation on
11  the step-by-step process for using NX View, what each
12  step means, why you do it, what the rationale is for it.
13  What problems may arise, who you should go to when
14  there's an issue, that sort of thing.
15    Q    Is there some document other than this that
16  explains to the new hires how to operate NX View?
17    A    There is an entire collection of documents
18  titled introduction to NX View.  And there is a separate
19  training event that they go through providing extensive
20  instruction as to the meaning of each screen, how to use
21  it, what's indicated there.
22    Q    Is there training to the paralegals as to how to
23  handle or flag accounts, say that where a debtor requests
24  verification of the debt or disputes the debt?
25    A    There is extensive documentation on how to

Page 127

1  interpret correspondence and telephone calls using
2  language that involves a verification demand.  How to
3  tell if that demand is made within the period provided
4  for in the statute.  And what to do if that request comes
5  outside of that period of time, you know, what to
6  provide.
7      The steps to take to identify and collect the
8  information required to verify the debt.  How to contact
9  client liaison to get that information.  Practice
10  sessions to do that.  It's a pretty involved process
11  actually.
12    Q    I believe we left off at "06/07/04 CZJ REVIEWED
13  FLATRATE INFO NO BKI."  Above that is "6/7/04 CZJ, SEE
14  NOTES *** NO ATTY INFO/NO BKI FND/OK TO PROCEED."
15      What's that?
16    A    It looks like CZJ is a way to highlight the
17  completion of a review, made a notation that they had
18  performed a review of the file, associated and related
19  documentation, could not find that there was
20  representation, but the debt appeared to be good, and
21  that it was okay to proceed to continue to try to collect
22  the debt.
23    Q    Is CZJ an attorney?
24    A    I don't think so.
25    Q    I'm not sure if I asked you.  So I'm going to

Page 128

1  ask you, do you know who CZJ is?
2    A    I know I used to know who that was.  But I can't
3  remember who that is, now, because CZJ is a common set of
4  initials, and I recognize them.
5    Q    Is that someone in the Westlake Village office?
6    A    Again, because the office is so seemingless, it
7  didn't matter to me whether they are in Westlake or not.
8    Q    Let me rephrase it.  Is CZJ somebody you would
9  see every day?
10    A    See them as in see their face in front of my
11  own?
12    Q    Yeah.  If they are at Westlake Village, and
13  you're there, and there's 15 or so employees there, I
14  would think you would probably run across them a few
15  times a week as opposed to --
16    A    If I remembered who CZJ was, I could tell you,
17  but again, most of the communication with your staff is
18  phone, e-mail and through the NX View system.  So whether
19  they are physically in the building in California or
20  Maryland wasn't that important to me as the reviewing
21  attorney.
22    Q    Is it important to you to know whether CZJ was a
23  paralegal or an attorney?
24    A    No, it would have no effect on how I would
25  review this file.  The functions that CZJ has entered or

Page 129

1  has noted were performed are the mechanical sort of
2  functions that are information gathering functions that I
3  need to have performed so that I can provide a meaningful
4  review of what's going on with this file, but it doesn't
5  matter to me whether those functions were performed by an
6  attorney or a paralegal, so long as they were actually
7  performed.
8    Q    The row above, we've got "June 7th, '04, SYS
9  DBR#1 SEND TO SKIP TRACE" -- and then a series of numbers
10  and letters -- "FOR COA."  I take it you're just -- the
11  system is generating a code to engage some kind of skip
12  trace for change of address information; is that right.
13    A    That's right.
14    Q    The row above that is "06/08/04 SYS FORM ALL DBR
15  LTR RECMD NATL SALE LETTER."
16      What's that?
17    A    This is a note that the system has noted that a
18  certain amount of time has elapsed since the initial
19  demand letter went out and that no deal has resulted or
20  negotiations for a deal has resulted and that therefore
21  it is now appropriate to send an additional set of
22  correspondence to try to contact that debtor.
23    Q    The line above that says, "06/08/04 SYS SALE
24  LETTER SENT WITH A 23% = $12,860.00 BY 07/08/04 FOR SIF."
25      What does that mean?

1     A    Well, this seems to say that what was queued up
2  was a letter for an offer to settle the account for a
3  lesser amount to settle in full.  If there's a contact to
4  the office by a certain date, that that was at least
5  queued up.
6     Q    Does SIS mean settlement in full?
7     A    That's what I interpret it to mean, yes.
8     Q    Who sent that letter?
9     A    It actually doesn't show whether it was actually
10 sent so I can't answer whether that letter went out.
11    Q    What would it say if it were sent?
12    A    It would normally show a review and approval of
13 the letter.
14    Q    Is there any explanation as to what happened to
15 that letter?
16    A    Well, there may be an explanation with the
17 following two entries on this activity log.
18    Q    Why don't you go ahead and read those.
19    A    The next entry says, "06/08/04, SYS DBR#1 SKIP
20 TRACE RETURN - UNABLE TO FIND COA."
21         This entry would indicate to me that as in the
22 prior case on April 26th, the request for update info
23 that was sent out came back with no additional usable
24 information.  And as a result of this file having a
25 discount letter queued up and a skip trace entry, it

1  looks like an auditor -- and I don't know how -- did see
2  what was happening with this file.  And on that date
3  interceded here and said that more calls are needed to
4  try to get a deal.
5     Q    Who is BDF, the auditor who reviewed this June
6  8th, '04 action?
7     A    I don't recall what those initials are --
8     Q    What are the audit procedures that Wolpoff had?
9     A    I can't intelligently answer that question other
10 than to say that they were extensive and varied audit
11 procedures.
12    Q    Were these extensive audit procedures something
13 more than what you described earlier as a review that an
14 attorney would perform before sending an initial letter?
15    A    I understood them to be different from and in
16 addition to any of the activity performed on the file.
17 There is a specific audit group in the firm who's task it
18 is to perform quality control checks and to ensure that
19 files are moved forward yet consistent with what the
20 client requires and what is allowable under the
21 applicable law that relates to that file.  I can't speak
22 intelligently about what they do, though.
23    Q    So the audit group was something outside of
24 Westlake Village?
25    A    Yes.

1     Q    Do you know if an auditor was an attorney or a
2  paralegal?
3         MR. NARITA:  This auditor or any auditor?
4         MR. WILCOX:  Any auditor in this audit group.
5         THE WITNESS:  I don't have any particular
6  information about who they were or what their training
7  was.
8  BY MR. WILCOX:
9     Q    When the note says, "auditor, you need more
10 calls."  The comment, needs more calls.  Was there a
11 quota of calls that a creditor puts on an account?
12    A    I'm not aware of any that --
13    Q    So this would have just been some subjective
14 decision from the auditor that more calls are necessary
15 in this account, not based on some objective quota?
16    A    I don't have any information there so I won't
17 reveal.
18    Q    Let's go to WA 006.  Bottom row reads:  "6/18/04
19 TMK GENERAL COMMENT UNEXPIRED LETTER."
20         So is that row referring to the sale letter from
21 the previous stage that the 30-day offer to settle for 23
22 percent had not expired yet because July 8th had not
23 happened yet?
24    A    It may.
25    Q    The next row is "07/02/04 SYS CLIENT NEEDS MONEY

1  TO PREVENT FROM CHARGE OFF *** AMT NEED TO SAVE BY
2  07/30/04 IS $526.00."
3         What does that mean?
4     A    This is a statement that reflects instructions
5  from the client to collectors who may not come in contact
6  or anyone else who would come in contact with the debtor
7  providing information was required for the client to not
8  move this account to a charge-off status.
9     Q    How was that entry made?
10    A    I don't know.
11    Q    How was that information received from the
12 client?
13    A    I don't know the format or method that they used
14 to transmit that information.
15    Q    Going back to the line below that, who is TMK?
16    A    I don't know.
17    Q    Was TMK somebody in the Westlake Village office?
18    A    If I remembered, I would remember.  I don't
19 remember.
20    Q    The line above that is "07/02/04 ATP INTERNET
21 SEARCH NL FOR POE NAME ON S-BRD OR S-EASE."
22         What does that mean?
23    A    This is an attempt to find employment
24 information from a search of some third party's database.
25    Q    Is there any indication on there what third

Page 134

1  party's database?
2      A   No.
3      Q   Who is ATP?
4      A   No idea.
5      Q   Line above that is "07/12/04 SYS DBR#1 PROPERTY
6  SEARCH REQUESTED AT INTDB" and then a bunch of numbers.
7          Is that similar to the property search request
8  we reviewed earlier?
9      A   I interpret that line to be a similar request to
10  the one that we discussed previously, I guess.
11     Q   The line above was 07/12/04 and I'm going to
12  paraphrase here.  PROPERTY SEARCH RETURNED NO PROPERTY
13  FOUND.  I take it that speaks for itself.  They search
14  property, couldn't find any; is that right?
15     A   That's how I would interpret that line, yes.
16     Q   The line above that 07/13/04 SYS DBR#1 PROPERTY
17  SEARCH -- sorry.  I think I read that one already.  Let's
18  go above that.
19         "07/13/04 SYS DBR#1 SEND TO SKIP TRACE TO --
20  series of numbers, letters -- FOR COA."
21         What does that mean?
22     A   This is an entry, it's similar to an entry we
23  went through previously.  It's a request to see if
24  there's been some evidence of a change or updated address
25  that we could use to proceed.

Page 135

1      Q   And then the row above that:  "07/13/04"
2  indicates "UNABLE TO FIND CHANGE OF ADDRESS"; is that
3  right?
4      A   That's how I interpret that line, yes.
5      Q   What property is being searched for when these
6  property searches are conducted?
7      A   Well, generally what you're trying to find is
8  some evidence of, in available records that a third party
9  may have, of a deed or a transfer of payment, something
10  that would match the name and the other contact
11  information that we may have with some new address.
12     Q   So it's real estate that you're looking for?
13     A   Yeah, this property refers to, you know, a place
14  of abode or a place of business, some physical location.
15     Q   Line above is "7/23/04 SAM AUDITOR REVIEW."
16         Who is SAM?
17     A   I don't remember.
18     Q   And the auditor review would be similar to the
19  one we discussed back on WA 0007?
20     A   What this auditor did on the 23rd of July, I
21  don't know.  They simply appeared to enter that they
22  performed an auditor review.
23     Q   The line above is "07/23/04 SAM GENERAL COMMENT
24  *** AWAITING ON C/O DATE **."
25         What does that mean?

Page 136

1      A   It appears that SAM, the auditor, is merely
2  noting that the charge-off date has not passed.
3      Q   What is the charge-off date?
4      A   Can you clarify what you're asking me then?
5          MR. NARITA:  For this account or generally
6  speaking?
7          MR. WILCOX:  For this account.
8          THE WITNESS:  The activity record shows a
9  charge-off date of July 30th, 2004.
10  BY MR. WILCOX:
11     Q   Why is the charge-off date important?
12     A   Well, to who?
13     Q   To the person reviewing who says they need to
14  wait.  I under line July 23, '04, to SAM, whoever that
15  is.
16         MR. NARITA:  No foundation.
17         THE WITNESS:  As the reviewing attorney,
18  depending on what I'm reviewing for, I need to know
19  whether or not this is an account that's active enough
20  that it can be saved by the person making a good faith
21  payment or doing something like that.  It would inform me
22  how I would negotiate a settlement.  It would also tell
23  me at what point it's appropriate to consider proceeding
24  with an arbitration claim.
25         And so it gives me a chance as a reviewing

Page 137

1  attorney to think about the order in which certain things
2  would happen, whether we're going to continue to try to
3  contact the person with regard to say an outstanding
4  settlement document or continue along the line of contact
5  attempts, for example.  Or do we simply wait for the --
6  we let that, you know, course of events play out and move
7  on to the next step.
8  BY MR. WILCOX:
9      Q   What would be the next step?
10     A   When, where?
11     Q   You're talking about some course of events and
12  allowing them to play out.
13         MR. NARITA:  For this account or just accounts
14  generally?
15         MR. WILCOX:  Generally.
16         THE WITNESS:  I'm not being specific as to the
17  next step because it's a purely hypothetical discussion.
18  BY MR. WILCOX:
19     Q   Let's go to the line above it, "08/03/04 SYS CHG
20  DEBTORS' CLIENT ACCOUNT INFORMATI OLD ACCT# 7" -- well,
21  there's a long number which ends with "6683 TYPE-A NEW
22  ACCT#" and a long number which ends with "0985."
23         What does that mean?
24     A   This is a reference that the account number that
25  relates to the account at issue for which collection is

35 (Pages 134 to 137)

1   being pursued, that that account number has changed.  It
2   has changed from an open active revolving account which
3   is this -- it is reflected in this account number ending
4   in 6683.  The 6683 suffix refers to a certain type of
5   credit account -- to a new account that is a charge-off
6   account.
7       It's given a new account number because
8   apparently the accounting of those accounts as
9   nonperforming accounts is different on the part of the
10  client from the accounting that the client engages in
11  when it's an active account.  The account number changes,
12  and this is the reference or the note of what that new
13  account number is.
14      Q    The line above is "08/03/04 SYS CLIENT MESSAGE
15  C/O DATE - 07/30/04."  Is that a message indicating the
16  charge-off date is July 30th '04?
17      A    That's how I read that line, yes.
18      Q    The line above is "08/30/04 SYS PLAINTIFF
19  REASSIGNMENT PLAINT # CHG FROM 334423 PRODUCT # CHG FROM
20  26730."  What does that mean?
21      A    This reflects that since the account is now
22  charged off that it is not an open account.  And since it
23  is no longer an open revolving account, it's a different
24  product type or reflects a different type of receivable
25  for the client, and it is given a new coding to reflect

1   it's status as a nonperforming account.
2       Q    What does plaintiff reassignment mean there?
3       A    It means the plaintiff has reassigned the
4   account to a different category.
5       Q    Then maybe I should ask, who is plaintiff?
6       A    Well, in this case I would conclude that
7   plaintiff refers to MBNA.
8       Q    Is that a term that would be used before a suit
9   was filed?
10      A    You'd have to give me a circumstance.
11      Q    Sure.  Such as here, no suit has been filed, yet
12  the system is -- or a code is being entered into the
13  chronological activity log indicating plaintiff
14  reassignment.  Why use the term plaintiff?
15      A    Why not use the term apple?
16      Q    Why not use the term apple?
17      A    I don't know.
18          MR. NARITA:  Do you know why the term plaintiff
19  was used?
20          THE WITNESS:  No, I don't.
21  BY MR. WILCOX:
22      Q    The line above is "08/13/04 BPJ AUDITOR REVIEW."
23  Who is BPJ?
24      A    I don't recall.
25      Q    Line before is "08/13/04 BPJ CHANGE PAPERFILE

1   PAPER FILE-4."
2       What is that referring to?
3       A    This is another categorization function that's
4   happening.  It's noting that this file reflects a
5   nonperforming account that's been charged-off and that
6   since it is a MBNA Gold Option -- or gold reserve option
7   account with an arbitration provision, that it would be
8   moving from some general category of accounts to be
9   collected on, to an account that is subject or is
10  eligible for an arbitration claim to be filed.
11      Q    That's what paper file means?
12      A    That's correct.
13      Q    The line above is "08/13/04 BPJ ONLINE DETEC
14  REQUEST."  What's that?
15      A    You know, I don't remember what "DETEC" means,
16  anymore.
17      Q    The line above is "08/13/04 BPJ MINI BCIS REPORT
18  REQUESTED FROM EQUIFAX."
19          What's a BCIS report?
20      A    This is an update to the credit report to see if
21  there's been any changes to the report since is was
22  initially checked.
23      Q    Line above is "08/13/04 SYS MINI CBI RETURNED
24  TRADE 1: MBNA AMERICA TYP: R ACCT#" -- a series of
25  numbers -- "BAL: $17,546.00."

1       What does that mean?
2       A    This reflects that in response to the paying of
3   the Equifax database, we had returned to us trade line on
4   the credit report, showing that our client had updated
5   that line to reflect the then current balance that was
6   being reported to the credit reporting agency and that
7   number is reflected here.  This is a faxed statement of
8   what was returned.
9       Q    This is the result of what happened.
10      A    That's right.
11      Q    The line above it is "08/16/04 BPJ AUDITOR
12  REVIEW."  Is BPJ an attorney?
13      A    I don't know.
14      Q    Line above that is "08/16/04 BPJ DBR31 ADDRESS
15  CHANGE RSN CBI."  What's that?
16      A    This is a note that there was an address change
17  detected in the credit report.
18      Q    Line above that is 08/16/04 -- actually, let's
19  go back to that.  Where would the new address information
20  be entered?
21      A    New address information is updated in the
22  address update screen.
23      Q    And that's screen is not attached to Exhibit 2?
24      A    I don't see it here, no.
25      Q    When a new address comes in it's not actually

Page 142

1 noted in each of these chronological notes what the new
2 address is?
3     A    No.
4     Q    The line above is "08/16/04 BPJ CHANGE
5 JURISDICTION JURIS."
6          What does that mean?
7     A    This is an indication as a result of the address
8 update that was received from the credit reporting agency
9 that the location of the address for the debtor appeared
10 to be in a jurisdiction other than the jurisdiction in
11 which that debtor appeared to live earlier on in the
12 process. So the auditor went in and entered the correct
13 jurisdiction code in the system to reflect the
14 jurisdiction in which the debtor lives and was currently
15 located.
16    Q    Where in the system does the auditor input this
17 new jurisdiction code?
18    A    In the jurisdiction code field.
19    Q    Where is that located?
20    A    I believe -- I think it's on the address update
21 screen.
22    Q    What jurisdiction was it changed to, this
23 account?
24    A    Looking at the record, it looks like it was
25 changed from California to Virginia in response to the

Page 143

1 update information that was provided.
2     Q    I'm looking at the top of this Page WA0006, and
3 it says, "Wolpoff & Abramson Full Status Report." I take
4 it this is the status report on a particular file, in
5 this case Mr. Holsinger. Is there any other status
6 report or would this be the only status report? I'm
7 trying to understand what the word full is here.
8     A    I don't know since I don't recognize this
9 format. I don't know what full status report means in
10 this context.
11         MR. WILCOX: Let's take a short break.
12         (Recess.)
13 BY MR. WILCOX:
14    Q    Let's go back on the record. We're now going to
15 go to WA 0005. The bottom row is "08/16/04 BPJ CHECKED
16 IN OFFICE FOR OTHER FILES." The row above that is
17 "08/16/04 BPJ RECOMMEND ATTORNEY FILE ARBITRATION."
18         What does that mean?
19    A    This reflects that BPJ conducted a review of the
20 file, saw that it had charged-off, saw that -- saw
21 whatever else had happened in the file and concluded that
22 it was appropriate at that time to recommend that the
23 attorney file an arbitration claim under the creditor
24 agreement.
25    Q    What did BPJ review to determine that was an

Page 144

1 appropriate recommendation?
2     A    I can't say for sure, because I don't know what
3 BPJ actually did.
4     Q    The line above is "08/16/04 SYS EBR#1
5 BANKRUPTCY/DECEASED SEARCH REQUESTED AT" -- and a series
6 of numbers and letters. Above that is "08/17/04 SYS
7 DBR#1 BANKRUPTCY/DECEASED SEARCH RETURNED FROM" and a
8 series of letters and numbers -- "NO DECEASED OR BNKRTCY
9 FOUND." What does that entry mean?
10    A    This reflects that as a result of queuing this
11 file for review by the attorney over whether or not to
12 file an arbitration claim, there was an additional
13 request to update our information about the bankruptcy
14 status of the file and the deceased status of the debtor
15 so that we would have the most recent information
16 available to the reviewing attorney about whether or not
17 this was a live file. And the results that came back
18 they are reflected here.
19    Q    The line above that is "08/17/04 NXL ATTY REVIEW
20 - ARBITRATION FILING APPROVED."
21         What does that mean?
22    A    This reflects a review by Mr. Linkey of the file
23 and an approval of an arbitration file.
24    Q    Who is Mr. Linkey?
25    A    Mr. Linkey is one of the attorneys.

Page 145

1     Q    Where is Mr. Linkey located?
2     A    I think at the time he was in the Rockville
3 office.
4     Q    Do you know where he is now?
5     A    I haven't been in contact with the firm for
6 months.
7     Q    Do you know where he is?
8     A    No.
9     Q    Do you know what he reviewed to approve the
10 arbitration filing?
11    A    I know what attorneys are instructed to review
12 when reviewing a file to determine whether or not to file
13 an arbitration claim, but I do not know what Mr. Linkey
14 actually did in this case.
15    Q    Are these arbitration filings always approved by
16 an attorney back in Rockville, Maryland?
17    A    No.
18    Q    When would they not be?
19    A    If the queue is being worked by an attorney in
20 the office in which that -- I'm not going to answer your
21 question probably. Maybe you want to rephrase the
22 question so I better understand what you're trying to get
23 at.
24    Q    Okay. I understand so far that Rockville,
25 Maryland attorneys may actually review these arbitration

1  filings.  My understanding is that it's not exclusively
2  Rockville, Maryland attorneys that would review these
3  arbitration filings.  In what circumstances would they be
4  reviewed by someone else?
5      A    Well, you have to define what you mean by these
6  filings.
7      Q    Arbitration filings for MBNA.
8      A    Any arbitration filings by MBNA?
9      Q    Yeah.
10     A    If an attorney got on or worked the arbitration
11  approval queue and that case came up before them, they
12  would review the file and determine whether or not to
13  file it.
14     Q    How is the decision made who is going to review
15  the arbitration approval queue?
16     A    Well, the arbitration approval queue is worked
17  jointly by all attorneys.  And so it's agreed that the
18  attorney is able or is empowered to approve a letter or
19  anything else including an arbitration filing.  And it
20  comes up on their screen.  They would review it.  But we
21  don't have a -- we did not at the time have a system that
22  allocated particular files to one attorney or another for
23  reviewing out of the queue.  We would work it jointly.
24     Q    Why didn't you actually do the arbitration
25  filing review?

1      A    In this case?
2      Q    Yeah.
3      A    For whatever reason, I wasn't working the queue
4  this was in at the time the arbitration filing request
5  placed this file in the queue.  And it came up before
6  Matt and he was able to review it.
7      Q    And Matt is Mr. Linkey I think you referred to?
8      A    Mr. Linkey.
9      Q    Thank you.  The entry above that is "08/18/04
10  SYS CLIENT MESSAGE UPDATE ADDR- 11207 PAVILION CLUB CT,
11  RESTON VA 201941343."  What is that?
12     A    What is this entry?
13     Q    Yeah.
14     A    This entry shows that the client sent a message
15  to the firm stating that they had received updated
16  address information and that this was the updated address
17  information that they obtained.
18     Q    The line above that is "08/19/04 MXL."  And I'm
19  going to paraphrase, but language saying "REFERRED FOR
20  ARBITRATION TO NATIONAL ARBITRATION FORUM" current amount
21  "PRIM AMT $16,445.83.  INT $482.56; INT RATE 7 %; ATTY
22  FEE $2,466.87; WITH TMC GRFIXD; ACCOUNT#"  which that
23  ends in "0985."  So what does that entry tell us?
24     A    This essentially refers to the outcome of
25  Mr. Linkey's review of the file and that he approves or

1  directed a filing in the National Arbitration Forum that
2  would be an arbitration claim.  And that the information
3  to be affixed to the form that's provided by the NAF
4  would include the principal amount stated, the accrued
5  interest up to the date of charge-off, the interest rate
6  to be charged between the date of charge-off when the
7  contract rate did not necessarily apply anymore.  What
8  rate we were going to use in the claim.  What the
9  attorney fee would be or at least our estimation of what
10  a reasonable attorney fee would be as required under the
11  NAF rules.
12          And he directed that the terms and conditions
13  related to this account, that's what T and C represents,
14  the terms and conditions for this type of account be
15  affixed to the back of the claim.  And that the account
16  that this is referring to and is dealing with is the
17  account number listed here, which if I remember
18  correctly, is the post charge-off account number given by
19  the client for this account.
20     Q    Is there any indication of what the arbitration
21  fees were?
22     A    In this entry?
23     Q    Yeah.
24     A    No.
25     Q    How about the arbitration cost?

1      A    No.  Those aren't included in the prayer.  My
2  recollection is, when we would put together an
3  arbitration claim, we didn't include in the prayer for
4  relief the actual costs of filing the arbitration and the
5  costs associated with conducting an arbitration.
6      Q    What is included in the attorney fee?
7      A    The attorney fee is a calculation based on a
8  allowable range of attorney fees based on the Delaware
9  statute that allows a percentage of recovery to be used
10  as an attorney fee.
11     Q    Up to this point in time, I think we've talked
12  about two entries by Matt Linkey.  One entry by Ronald
13  Abramson.  And two entries by yourself.  Were there any
14  other attorney entries that you can think of before we
15  reached this point?
16     A    The other entries were either by the system
17  owned and operated by the firm or by the other employees
18  of the firm.
19     Q    Do Mr. Abramson or Mr. Linkey track the amount
20  of time they perform on a file?
21     A    I don't know how they -- or whether they track
22  their time.
23     Q    Have you ever seen any time records for
24  Mr. Linkey or Mr. Abramson?
25     A    No, I never have.

Page 150

1    Q   The line above is "08/19/04 SYS CHANGE STATUS
2   STATUS - PAPER FILE - JURIS 85." What does that mean?
3    A   This is a reference that's consistent with the
4   request by Mr. Linkey to prepare an arbitration claim
5   that a sub routine in the system changed the jurisdiction
6   code for this account to the National Arbitration Forum.
7    Q   What's the 85 mean?
8    A   National Arbitration Forum.
9    Q   That's a code for NAF?
10   A   Yes.
11   Q   And then above that is "08/19/04 SYS *PLAINTIFF
12  REASSIGNMENT* PRODUCT # CHG FROM 26737." What does that
13  mean?
14   A   This is another one of these internal flagging
15  functions that I'm not really conversant in other than to
16  say that these reflect the categorization of the file
17  into kind of the status -- it's legal status, whether
18  it's a general collection file or it's on or off, it's
19  been charged off or not or whether it's currently in
20  arbitration or not, it's basically a system entry.
21   Q   The entry above that is "8/20/04 SYS." Why
22  don't you read the rest of that for me?
23   A   It says, "ALL DBRSFORM ALL DBR NATL ARB FORUM
24  CLAIM FORM."
25   Q   What does that mean?

Page 151

1    A   This is the notation that the arbitration claim
2   form was printed consistent with Mr. Linkey's request
3   that they be prepared.
4    Q   The next entry is "8/20/04 SYS COURT NUMBER
5   ADDED" -- then a long series of letters and numbers --
6   "FOR JURIS 4000 ARBITRATION FORUM."
7    A   Uh-huh.
8    Q   What does the court number added mean?
9    A   What you're seeing in the lines that line
10  that -- the term FA and then the series of numbers refers
11  to the National Arbitration Forum's case number. This
12  entry reflects the fact that that number has been entered
13  into the file.
14   Q   And NAF refers to the -- I'm sorry -- Wolpoff
15  refers to the NAF case number as a court number?
16   A   On this line it does.
17   Q   The line above that is "08/21/04 SYS MEDIA
18  RECORD MEDIA#" -- and a long series of numbers,
19  "ARBITRATION CLAIM." What does that refer to?
20   A   This refers to the creation of the paper
21  document and its incorporation into the scanned media
22  records of the firm.
23   Q   So it's kind of like the creation of a PDF file,
24  image file?
25   A   That's my understanding, yes.

Page 152

1    Q   The entry above is "08/27/04 SYS ** INFORMATION
2   UPDATE RECEIVED FROM CLIENT ** C/O AMOUNT - $17,546.82."
3        And what does that entry tell us?
4    A   Well, this entry is a statement that the client
5   provided a charge off amount and that the charge-off
6   amount was $17,546.82.
7    Q   The next line or entry is "09/07/04 SAR DBR#1
8   SERVICE RECORD ARBITRATION COMPLAINT BY OVERNIGHT
9   DELIVERY MAIL MAI/MAIBASSERVE OTHER - SEE COMMENTS ON
10  HOME E-SEQ = 712,494,167 MAIL TRACKING#" -- and a series
11  of numbers. What does that entry mean?
12   A   This is the record that the arbitration claim
13  form and all the associated documents requested by
14  Mr. Linkey were sent out for service onto the debtor
15  consistent with the rules imposed under the credit
16  agreement and the rules of the National Arbitration
17  Forum.
18   Q   So the arbitration demand is generated in-house
19  at Wolpoff and then mailed out or overnight deliver
20  transmitted. Is that a correct understanding of how this
21  works?
22   A   That is not necessarily what happens in every
23  case.
24   Q   Give me an example of other cases, it working
25  differently.

Page 153

1    A   It may be the case that we refer the documents
2   over to a service company so that they can be personally
3   served or there may be multiple attempts to try to get a
4   copy mailed to a party because of changing addresses and
5   so forth.
6    Q   Does NAF ever do this service for Wolpoff?
7    A   Service of what?
8    Q   The transmitting of the demand to the consumer.
9    A   I don't have any recollection of NAF ever
10  serving an arbitration complaint on a party, no.
11   Q   Who is SAR?
12   A   I don't remember.
13   Q   Would everyone who works on a file make a log
14  entry in this chronological log?
15   A   Every person who takes an action with regard to
16  the file should either manually enter a statement that
17  they -- that something was filed, or in connection with
18  the action being taken, a code would automatically direct
19  that an entry be added to this collection activity log.
20   Q   How was Wolpoff compensated by MBNA?
21   A   Oh, I don't know the details of our client
22  relationship.
23   Q   The line above is "9/07/04 SAR DBR#1 GENERAL
24  COMMENT SIGNATURE REQUIRED." What does that mean?
25   A   This is a notation that at the time the

Page 154

complaint was placed with the overnight delivery company for service that we requested that the deliver person obtain a signature at time the documents were delivered to the recipient.
Q So this is just a notation to the person who is going to be attempting service as to how you want this accomplished?
A No. This is a statement reflecting what the person who put the note in noticed and required of the delivery company. This is an internal document. It's not an instruction to the delivery.
Q Okay. So it's the Wolpoff employee's note, says, Wolpoff, and herself or himself, that here is what I've asked to be done.
A That's my understanding, yes.
Q Can an action or a review happen without a notation being made in this collection activity log?
A Yes.
Q Why would that happen?
A It may be that in connection with the question that a person has with a file, someone would go and access that file by doing a search and typing in the file number, looking through and visually reviewing the information that's on the screen, answering the question, and not putting the note or entry and manually that they

Page 155

had made a visual review of the file.
Q Is it the procedure of Wolpoff that, if you do perform an action on a file, you do make a log entry with your initials?
A You'll have to be specific as to what type of employee we're talking about.
Q Let's say an attorney conducting some type of review which results in his affixing a signature.
A In that case, there would be an automatic entry or notation that a signature was affixed. So there would be no need to make a manual entry.
Q The comment or the entry above is "09/08/04 MCY CHECKED IN OFFICE FOR OTHER FILES." Above that is the "09/08/04 MCY CHECKED IN OFFICE FOR OTHER FILES NO OTHER CASE." Above that is "09/08/04 MCY REQUEST REISSUE ***DBR BY CERT ML/HME ADDRS***".
Who is MCY in these entries?
A I don't know.
Q What does this entry mean?
A This is an entry whereby the person or whatever MCY is, is requesting a reissue of the arbitration complaint or the resending of that arbitration complaint by certified mail to the debtor at their home address.
Q Why was a reissue requested?
A In this case, I don't know.

Page 156

Q The line above is "09/13/04 RRL BDR#1 FORM DC MISC FORMS." Who is RRL?
A You asked me this already.
Q I don't recall that one occurring earlier. There was an RUA.
MR. NARITA: It's alphabet soup.
THE WITNESS: I can't remember any of these people's initials anymore.
BY MR. WILCOX:
Q I take it you don't recall?
A I don't recall, yeah.
Q The "DBR#1 FORM DC MISC FORMS," what does that mean?
A This is a notation that -- this is a notation that paper documents are being sent to scan so that we have a copy in the file in the PDF format.
Q So is it fair to say that the arbitration complaint was sent out on September 7th by overnight mail and then again on September 8th by a certified mail?
A I see the request for reissue on the eighth. I don't know based on these entries offhand whether that meant that they were nailed or not. An additional copy was mailed by certified mail.
Q Let's go to the next page, WA004, to be precise. The first entry at the bottom is "10/01/04 GCD DBR#1

Page 157

SERVICE RECORD ARBITRATION COMPLAINT BY MAIL MAI/MAIBASSERVE OTHER - SEE COMMENTS ON HOME E-SEQ =" -- and then a series of numbers, mail tracking number, and then a series of numbers that ends with "6924."
Who is GCB?
A I don't remember at this point.
Q What does this entry mean?
A Well, this means that we received some information stating that the arbitration complaint was sent for service by certified mail to the home address and it was given a tracking number.
Q The line above is "10/01/04 GCD DBR#1 GENERAL COMMENT NOT DELIVERABLE AS ADDR/RTN TO SENDER."
What does that tell us?
A It look like what we're seeing is the outcome of the reissue request for the certified mail copy to be mailed and we're seeing that the entry is being placed in the file. That we received information back through the certified mail system on the 1st of October that that certified mail copy was not deliverable and it was returned to sender.
Q So this is the certified mail piece, not the overnight delivery piece?
A That's my understanding.
Q So if you do get mail back, returned to sender,

Page 158

1  then there would be a notation made in the chronological
2  collection logs indicating that?
3      A   Not necessarily.  It would depend on the type of
4  notation and the circumstances under which the notation
5  would be placed here.  It would depend on how it was
6  mailed and how it was returned.
7      Q   So let's say some mail comes back saying
8  "undeliverable."  Would there be a notation in the file
9  indicating that?
10     A   I would expect that if something actually made
11  it back with a notation that it was not deliverable that
12  a comment would be placed in the file, yes.  Whether it
13  would have this form or not, it would depend.
14     Q   Is that the procedure that Wolpoff follows to
15  make a notation in the chronological collection notes in
16  the event that mail comes back undeliverable?
17     A   If the mail is not deliverable and it comes
18  back, which is an open question, but if it does come
19  back, then, yes, the procedure would be to make a
20  notation when it came back that it was not deliverable.
21     Q   What happened to the overnight mail piece?
22     A   What do you mean?
23     Q   Was it delivered?
24     A   It appears that it was -- at least through
25  November 22nd '04 it had not been delivered.

Page 159

1      Q   The next entry or the second one from the bottom
2  is -- let's go to the third one from the bottom.
3  "10/4/04 GLW CHECKED IN OFFICE FOR OTHER FILES."
4      Who is GLW?
5      A   I don't remember.
6      Q   When we discussed the overnight mail piece you
7  had indicated that there was a notation, general comment,
8  signature required.  Is there any notation in this
9  WA004 that that overnight mail piece was ever signed for?
10     A   On WA004 I don't see a good service entry for
11  the arbitration complaint.
12     Q   Four lines from the bottom we've got "10/4/04
13  GLW CHECKED IN OFFICE FOR OTHER FILES NO OTHER CASE
14  FOUND."  Above that is "10/4/04 GLW REQUEST REISSUE PLS
15  SRV AT HA/SPS/DBR#1."  What does that entry mean?
16     A   If I recall correctly this is a request to
17  follow-up with the process -- or with the overnight
18  service company to serve at the home address.  And the
19  SPS references the special process server, which in this
20  case is actually the overnight company.  And to deliver
21  it to the debtor number one named.
22     Q   So this is requesting the overnight company to
23  reissue?
24     A   Well, there is a reference there that says SPS,
25  which is a special process server note.  Yeah, this

Page 160

1  relates back up to the November 22nd entry.  So this is a
2  reissue request to an actual special process server, not
3  the overnight company or through the overnight delivery
4  system, but to actually have it served at the home
5  address on debtor number one.
6      Q   So where do the collection notes or the file
7  indicating SPS was retained?
8      A   I don't understand the question.
9      Q   Yeah.  It could be because I'm not understanding
10  the process.  Is the SPS the overnight delivery person or
11  is that somebody else?
12     A   I'm a little unclear here.  SPS is a term that I
13  recall refers to special process server, not to an
14  overnight delivery company.
15     Q   So this would have been like a personal process
16  server you hire.  You call the local jurisdiction and you
17  find a process server and ask them to serve process.
18     A   We have accounts with folks all over the country
19  to do these types of things.
20     Q   The line above is -- let me just go back for a
21  moment.  Do you know if GLW is an attorney?
22     A   I don't remember who GLW is.  So I don't know if
23  it's an attorney.
24     Q   So the next line is "11/1/04 SYS DBR#1 PROPERTY
25  SEARCH REQUESTED AT" -- a series of numbers and letters.

Page 161

1  Above that "11/1/04 SYS DBR#1 PROPERTY SEARCH RETURNED
2  FROM" -- and then they've got a series of numbers and
3  letters - "NO PROPERTY FOUND."  "11/2/04" The system
4  entry appears to be the same as it was November 1st, "NO
5  PROPERTY FOUND."  The next item is "11/22/04 PXH DBR#1
6  SERVICE RECORD ARBITRATION COMPLAINT BY PROCESS SERVER
7  PRO/PROBASSERVE DEBTOR HAS MOVED ON HOME E E-SEQ ="  and
8  then they've got this long number.
9      Who is PXH?
10     A   I don't remember.  I'll interject that one of
11  the functions in the system is that at any time anyone
12  can go in and type in the initials of a person and see
13  who they are, where they sit, what their extension is and
14  so forth.  So it's easy to forget who's initials are
15  whose when you can simply look it up, which is what I
16  could do if I didn't know specifically who the person is.
17     Q   What does this entry mean?
18     A   Which entry?
19     Q   The one I just read with the PXH.
20     A   This a statement that as of November 22nd '04
21  the process server was not able to serve the arbitration
22  complaint on debtor number one because the debtor has
23  moved on.
24     Q   Where does it show an address that Wolpoff
25  attempted to have Mr. Holsinger served at?

41 (Pages 158 to 161)

Page 162

1    A    The address -- the current address or the then
2  current address would appear on screen 15, which is the
3  address update screen and all the prior addresses will
4  appear on the address history screen.
5    Q    Who was the special process server?
6    A    Who cares?  I don't know.  It was one of our
7  contract folks who provides these services.
8    Q    Where would that be noted in this collection
9  activity log?
10   A    It would not.
11   Q    How would someone reviewing the file look back
12 to determine who this special process server was?
13   A    Well, the relevant review would be whether or
14 not a special process server had been retained and
15 whether that special process server had actually provided
16 service or not or what the outcome of the service attempt
17 would be so that the next step, in terms of service,
18 could be determined or decided upon.  Who the particular
19 service provider would be in that circumstance would be
20 available by going to the SPS unit and asking them who
21 they use.
22   Q    Is the SPS unit located in Rockville, Maryland?
23   A    Yes.
24   Q    So the SPS unit wouldn't make a notation in --
25 or would the SPS unit make a notation in this collection

Page 163

1  log as to who the special process server was?
2    A    I don't recall seeing in the arbitration files a
3  statement from someone in the SPS Department about which
4  SPS service they used for that particular service event.
5    Q    The entry above is "11/23/04 BKB CHECKED IN
6  OFFICE FOR OTHER FILES."  Who is BKB?
7    A    I don't remember.
8    Q    Do you know if BKB was employed at Westlake
9  Village?
10   A    I don't remember.
11   Q    Do you know if BKB was an attorney?
12   A    I don't remember.
13   Q    The line above is "11/23/04 BKB CHECKED IN
14 OFFICE FOR OTHER FILES NO OTHER CASE FOUND."  The one
15 above that is "11/23/04 BKB ON LINE ACROFILE REQUEST."
16       What's an acrofile?
17   A    I have no idea what an acrofile actually
18 represents.
19   Q    The line above the "11/23/04 BKB #1 DBR#1 HOME
20 ADDRESS NG."  What does that line tell us?
21   A    Well, this line tells me that BKB looked at the
22 file and found that based on their review the home
23 address that was showing at the time was no good.
24   Q    Could you read me the line above that?
25   A    "11/23/04 BKB REVIEWED EQUIFAX CREDIT REPORT NO

Page 164

1  LEADS FOUND."
2    Q    The line above that is "11/23/04 BKB REVIEWED
3  FLATRATE INFO NO HELP FOUND."  What's flatrate info?
4    A    This is another action that one of the
5  paralegals can take to try to get information about the
6  debtor as to their location or contact information.
7    Q    So is flatrate like something online or --
8    A    I don't know how it's accessed in this case.
9    Q    The next line is "November 23rd '04 BKB DBR#1
10 ADDRESS CHANGE RSN SKIP TRACER."
11       What does the RSN mean?
12   A    Reason.
13   Q    And the address change or the new address is not
14 shown in the collection log; is that right?
15   A    You wouldn't expect to see it in the collection
16 activity log, no.
17   Q    It'd be on the 15?
18   A    The updated information would be on Screen 15.
19   Q    11/23/04 is the line above.  "BKB DBR#1 FORM LTR
20 RECND INIT DEMAND LTR-RTL, BNK, UTL."
21       What does that mean?
22   A    This is a statement that, after reviewing the
23 file and seeing that none of the prior attempts to locate
24 or to serve or to mail to the debtor resulted in a
25 contact or other evidence that this person noticed that

Page 165

1  led them to believe that we had found the debtor, that
2  they wanted to send a new initial demand letter to the
3  address that had been found through the skip trace that
4  was performed that was noted on the prior line which the
5  address change recent skip tracing reflects.
6    Q    The line next line above is "11/23/04 PJB FILE
7  REVIEWED BY ATTY/OK TO SEND REQSTD LTR&PROCEED."
8        Who is PJB?
9    A    I am PJB.
10   Q    What does that entry tell us?
11   A    That tells me that I reviewed the file in
12 response to the request to send a new initial demand
13 letter to the updated address obtained on November 23rd
14 and that I approved sending that letter.
15   Q    What review did you perform?
16   A    I performed the same review that I'd performed
17 for every file that comes to me requesting an initial
18 demand letter.
19   Q    So that would mean you reviewed the account
20 information, the client information screen, the address
21 screen, the attorney information screen, the address
22 history screen, and the chronological entry?
23   A    That's correct, at a minimum.
24   Q    How long does that review take?
25   A    I couldn't tell you.

Esquire Deposition Services
800.770.3363

1    Q    The line above is "11/23/04 PJB ELECTRONIC
2  SIGNATURE ON LTR ORDERED BY ATTY."
3        And PJB is yourself; right?
4    A    That's correct.
5    Q    And would this be -- is this a separate entry
6  from the earlier entry, the earlier November 23rd entry
7  where you review the file?
8    A    Well, it certainly appears on the collection
9  activity log as a separate entry, yes.  I'm not sure if
10 you're asking something else.
11   Q    Is there two different actions that you take
12 with the computer to make these two different entries or
13 do you just make one entry in the computer and record it
14 as two?
15   A    I take one action to say send a letter.  I don't
16 take any other action stating that I ordered a signature
17 or anything like that.
18   Q    Do you know why it appears as two actions in the
19 collection log?
20   A    That's a programming question.  I don't know the
21 answer to that.
22   Q    The line above is "11/26/04 SYS CLIENT MESSAGE
23 UPDATE ADDR - PO BOX 824, PASCADERO CA 940600824."
24        What is that telling us?
25   A    This reflects that the client provided update

1  information as well stating that they have an updated
2  address as shown on this line.
3    Q    Where is that information originating from?
4    A    In what context are we talking about?
5    Q    Well, I see it shows up on a collection note,
6  but where was it created?  How does that get there?
7        MR. NARITA:  You're talking about a specific
8  entry, the one that we've been referring to on 11/26?
9        MR. WILCOX:  Yeah.
10 BY MR. WILCOX:
11   Q    The 11/26 entry, that top line.  How does it get
12 there?
13   A    I actually don't know the answer to that.  I
14 don't how the system takes update information from the
15 client and actually punches it into the collection
16 activity record.  That's a programming issue.  I don't
17 though the answer to that.
18   Q    Let's go to WA 0003.  The bottom row reads:
19 "12/13/04 BJC GENERAL COMMENT MAIL HAND CARRIED TO CNH."
20        Who is BJC?
21   A    I don't remember.
22   Q    Can you tell me what this entry means?
23   A    Well, I read it to say that certified mail was
24 received and hand-carried to CNH.
25   Q    Who is CNH?

1    A    I don't remember.
2    Q    Do you know if CNH is an attorney?
3    A    I couldn't tell you.
4    Q    Can you tell me if CNH is a paralegal?
5    A    No.  Because I don't remember who that is.
6    Q    The entry above that is "12/14/04 CNH LETTER
7  FROM DEBTOR I WISH TO DISPUTE/ACCT NUMBER DOES NT MATCH
8  THE BAL OF ANY ACCT I HAVE EVER HELD WITH MBNA/THIS CLAIM
9  IS MADE IN ERROR."  What is that entry telling us?
10   A    Well, this entry is a summary of what CNH
11 believes from the certified mail that was apparently
12 hand-carried to CNH on the 13th.  And it states that CNH
13 viewed whatever they received, that appeared to be a
14 letter from the debtor they dispute
15 something, that the account number does not match the
16 balance of an account that the debtor had held, and that
17 the claim was therefore made in error.
18   Q    What procedure does Wolpoff follow when they
19 receive a dispute letter?
20   A    You'd have to be specific as to the
21 circumstances or the status of the case at the time the
22 letter is received.
23   Q    Let's say Wolpoff sends a presuit one letter and
24 then receives a written dispute within 30 days within 30
25 days.  What procedure do they follow then?

1    A    The procedure should be to provide a
2  verification of the debt and to suspend all collection
3  activity until the verification is provided.
4    Q    Is a hold function placed on the account?
5    A    I don't recall whether it's a hold action or if
6  it's some other function.
7    Q    What other function would it be?
8    A    If I remember, it's a -- I just don't recall
9  recall offhand.
10   Q    Do you know if that was done in this case?
11   A    Well, I don't see a change paper file reference
12 contemporaneous with the entry the letter was received.
13 That would be an indicator to me that a person was taking
14 additional steps in response to the letter.
15   Q    The line above is "12/21/04 BKB CHECKED IN
16 OFFICE FOR OTHER FILES."  Above that is "12/21/04 BKB
17 CHECKED IN OFFICE FOR OTHER FILES NO OTHER CASE FOUND."
18 And then the line above that is "12/21/04 BKB REQUEST
19 REISSUE PLS SERV AT HA CERT MAIL DBR#1."
20        What does that mean?
21   A    What does the last entry mean?
22   Q    I'm sorry.  The entire entry.
23        MR. NARITA:  Which one?
24        MR. WILCOX:  Oh, the last one I read of the
25 12/21 series.

1       THE WITNESS:  This is a request by BKB to
2   reissue the arbitration complaint and to serve it at the
3   home address showing for debtor number one via certified
4   mail.
5   BY MR. WILCOX:
6       Q    The line above -- actually, let me ask you,
7   where did the new address come from?
8       A    By new address, what are you referring to?
9       Q    In the "request for reissue please serve at HA."
10      A    This home address -- well, as I read this, this
11  collection activity record, says, "please serve at home
12  address, certified mail, debtor number one," is referring
13  to a request to send an additional certified mail copy to
14  the address that's then currently showing on Screen 15 as
15  the most recent address.
16      And that request was motivated by a review of
17  the file that showed that there had been both a skip
18  trace update of the address and a matching client update
19  entry that shows an address that was different from the
20  address that we had a record for at the time of the
21  initial issuance of the arbitration complaint.
22      And the fact of that change in the address
23  motivated BKB to request the reissue at that new updated
24  address.
25      Q    The entry above is:  12/22/04 SYS MEDIA RECORD

1   MEDIA#" -- and a long number -- "CORRESPONDENCE."  Do I
2   understand that to be the correspondence that the debtor
3   is saying was then scanned and created into a PDF file?
4       A    To know for sure I would normally go in and
5   actually look at that media record number to see if it
6   was a letter from the debtor, but based on the
7   information I have in front of me here I would conclude
8   that this 12/22 entry likely refers to that letter from
9   the debtor that was received on 12/13.
10      Q    The entry above is "12/23/04 RRL DBR#1 FORM DC
11  MISC FORMS."  Now, I'll ask you who RRL is, because I'm
12  unsure if I've asked you already.
13      A    Yes.  I do now recognize RRL as someone you have
14  asked me about.  If only I could remember who it was.
15      Q    Okay.  And then the entry would mean what?
16      A    Again, if I remember correctly, this is a
17  reference that paper documents were being sent to scan.
18  I don't recall if it's what -- if it's the consequence of
19  the scanning occurring or if it's the note by the person
20  who sent the item for scanning, but it relates to the
21  request to take a hard copy of something and get it
22  scanned into the system.
23      Q    The one above "1/19/05" has the initials "NZM
24  DBR#1 SERVICE RECORD ARBITRATION COMPLAINT BY MAIL
25  MAI/MAI SERVED ON 01/05/02 DBR HOME E-SEQ =" -- a long

1   number -- "MAIL TRACKING#" -- and a long number ending
2   with "2170."  Who is NZM?
3       A    I don't recall.
4       Q    What does this entry mean?
5       A    I interpret this entry to be a statement that
6   the arbitration Complaint was served by certified mail on
7   January 5th to the home address of the debtor.
8       Q    January 5th of what year?
9       A    Well, there's clearly a typo here, but I would
10  presume that it's a -- that it's January 5th '05.
11      Q    And in the entry it indicates January 5th of
12  '02?
13      A    Sure.
14      Q    The next line above is "1/19/05 BJC CHECKED IN
15  OFFICE FOR OTHER FILES."  The line above that is
16  "01/19/05 BJC CHECKED IN OFFICE FOR OTHER FILES NO OTHER
17  CASE FOUND."  The line above that is "01/19/05 BJC
18  REVIEWED FILE GOOD SERVICE."  The line above that is
19  "01/19/05 BJC DBR#1 FORM LPR RECND ARB SRVD CONTACT
20  OFC/DBR."
21      What is happening here in these four entries of
22  January 19 with BJC's initials?
23      A    Well, there are more than four BJC entries on
24  the 19th.  So are you talking only about the ones that --
25      Q    Yeah.  Just the four I have read so far.

1       A    Okay.  In response to the good service entry on
2   the 19th by NZM, BJC did another crisscross check just to
3   make sure that we weren't sending the document or weren't
4   recording as good service something that was served on an
5   address that actually related to a different debtor or
6   that we didn't have a different address for this debtor
7   that would give rise to a question of whether or not this
8   arbitration was actually properly served by mail.
9       And BJC reviewed the file to see if there was
10  good service; and apparently notwithstanding the typo you
11  pointed out, what NZM put in, BJC was able to look at the
12  certified mail receipt and see that it was properly
13  served on January 5th.
14      And as a result took the next step to issue
15  another letter or to recommend the issuance of another
16  letter that would state to the debtor that we have a
17  record that services occurred, and that invites that
18  debtor to contact the office rather than waiting for
19  proceedings to continue.
20      Q    Is there any indication here in these collection
21  notes that BJC or NZM or anyone else up to this point
22  here on Page WA 0003 has reviewed what letters had been
23  sent to Mr. Holsinger earlier on?
24      A    There's no specific text going into detail as to
25  what in the file was actively reviewed by that person at

Page 174

1 the time they stated they reviewed the file. So other
2 than records of specific actions that generate a note to
3 the file that some action was taken, you won't see nor
4 would I expect to see a statement from a person saying
5 what's in the file or what part of the file they reviewed
6 when they said they reviewed the file.
7 Q On "01/19/05 BJC REVIEWED FILE NAA HAS FU.
8 What does that mean?
9 A I think there's a typo here. I think what this
10 actually means is that BJC reviewed the file and was able
11 to clarify with National Arbitration Forum that the
12 National Arbitration Forum has a follow-up to track this
13 case now that it's live and has been served.
14 Q What's the typo?
15 A Well, I would expect that to say NAF instead of
16 NAA.
17 Q The line above is "01/19/05 initials DPD CHECKED
18 IN OFFICE FOR OTHER FILES." The line above that is
19 "01/19/05 DPD CHECKED IN OFFICE FOR OTHER FILES NONE."
20 The line above that is "01/20/05 PJB FILE REVIEWED BY
21 ATTY/OK TO SEND REQSTD LTR&PROCEED."
22 And PJB is yourself?
23 A That's correct.
24 Q And what does this entry mean?
25 A This entry shows that I worked the queue in

Page 175

1 which this request made by BJC on the 19th was located
2 asking for that additional -- or that letter to be sent
3 out, stating that an arbitration Complaint had been
4 served. So I had this file appear before me with a
5 request to issue the letter, and I reviewed the file, and
6 I approved sending the letter.
7 Q When you reviewed the file, did you review each
8 of the items that you had explained earlier you reviewed?
9 A Absolutely. I cannot recall ever approving a
10 letter where I did not take the specific steps that I
11 sort of broadly outlined there. I had a very specific
12 routine that I followed for each and every file that came
13 before me. Because it being an electronic system, you
14 can have a very mechanical process that you go through to
15 make sure that you can remember to check all the relevant
16 bits.
17 So I'm confident that when I reviewed the file,
18 I reviewed it in the way I reviewed every other file.
19 Q The next line above is "1/20/05 PJB ELECTRONIC
20 SIGNATURE ON LTR ORDERED BY ATTY."
21 And if I understand correctly, that's just an
22 entry that would be entered in the computer as a result
23 of the line below it.
24 A That's right.
25 Q Were all the actions taken in this case

Page 176

1 consistent with Wolpoff collection procedures?
2 A What do you mean by collection procedures?
3 Q What the employees of Wolpoff are trained to do.
4 A And you're asking -- you'll have to repeat the
5 question so I know who you're asking followed those
6 steps.
7 Q Well, anywhere along the course of the case, was
8 any actions taken inconsistent with Wolpoff's collection
9 procedures?
10 A By any particular person or --
11 Q By anyone.
12 A By anyone.
13 Well, I can say the one thing that now looks
14 suspicious is the 12/14/04 entry stating that CNH had a
15 letter from debtor -- well, I can see that CNH -- could
16 reasonable have done what CNH did, whoever CNH is, but it
17 is not necessarily consistent with what a person would do
18 based on their training.
19 Q What would be consistent with what a person
20 would do based on their training?
21 A Well, this is actually factually complicated,
22 but what CNH should have been able to figure out was that
23 the letter from debtor even though it uses this dispute
24 language, it appears to relate to the arbitration
25 Complaint, which is what was attempting to be served

Page 177

1 contemporaneously with the receipt of the letter, likely
2 did not refer to the arbitration complaint, but referred
3 to something else because arbitration complaints had not
4 yet been properly served.
5 And that person would then have had to check to
6 see whether or not -- or what this letter relates to.
7 But even in that circumstance, unless that person
8 concluded that the second initial demand letter was the
9 relevant demand letter to think about in terms of their
10 validation of the set, they would not have thought to
11 take any additional action.
12 Although if they were using their training and
13 did interpret that letter to be a dispute letter relating
14 to the arbitration complaint, they should have made a
15 notation in the file that the arbitration complaint was
16 disputed and that they were now dealing with a contested
17 arbitration proceeding.
18 And I don't see that in the file either. So
19 it's possible that there could have been one step or
20 another taken that would have been consistent with their
21 training, but it's not clear -- it's not a clear
22 violation of training.
23 Q If CNH had noted a dispute in the file, would a
24 hold have been placed on the file?
25 A I'm trying to remember if a hold action actually

45 (Pages 174 to 177)

Page 178

1    was placed on a disputed arbitration file.  I'm sorry to
2    say, I just can't remember what the rule is at this
3    point, whether we did or not.
4        Q    If a hold action had been placed on the file
5    what would follow?  What happens next?
6        A    Well, if a hold action was placed on the file
7    then absent affirmative action by the attorney to
8    override that, you wouldn't expect there to be any
9    further communication with the debtor.  So, for example,
10   the additional letter requesting contact by the attorney
11   would still be queued up and could still be sent, but
12   things like phone calls and stuff like that may not.
13       MR. WILCOX:  Can you read back the answer,
14   please?
15           (The previous answer was read back by
16           the court reporter as follows:
17           "ANSWER:  Well, if a hold action was
18           placed on the file then absent
19           affirmative action by the attorney to
20           override that, you wouldn't expect
21           there to be any further communication
22           with the debtor.  So, for example, the
23           additional letter requesting contact
24           by the attorney would still be queued
25           up and could still be sent, but things

Page 179

1            like phone calls and stuff may or may
2            not.")
3    BY MR. WILCOX:
4        Q    I want to make sure I'm clear.  When you say
5    things like phone calls may or may not occur.  Am I to
6    understand if there's a hold placed on the file, the hold
7    doesn't mean what the word hold normally means?
8        A    You'll have to phrase that question so I
9    understand it.
10       Q    Yeah.  I'm happy to.  If a hold is placed on a
11   file, can phone calls still continue?
12       A    If an attorney directs the phone calls be made,
13   sure.
14       Q    Absent an attorney's direction?
15       A    You know, trying to remember what a hold action
16   does in the circumstance of a contested arbitration
17   claim, I just can't really remember anymore.
18       Q    Is there anything else that you see here that
19   may have been inconsistent with Wolpoff's procedures?
20       A    Here, being?
21       Q    So far in the log entries that we've reviewed.
22       A    Well, the biggest one is, of course, my own
23   error, which was that we had a letter go out and it did
24   not actually come back showing that it was undeliverable.
25   And we had a queue up of another copy of that letter

Page 180

1    without getting some hard record in the file here that
2    the initial letter actually went to the wrong address.
3            And as a result of my review, I concluded,
4    apparently, that notwithstanding that the letter didn't
5    come back, the letter did not go to the right address.
6    And I approved sending another initial demand letter
7    which I normally would not do under these circumstances.
8    We would just continue forward, assume that the letter
9    had been delivered and move on.  But in this case for
10   some reason when I looked at the address record, you
11   know, on Screen 15 and Screen 20, I must have concluded
12   that for some reason that initial demand letter -- the
13   first initial demand letter was not being sent to an
14   address that could be the debtor's, and I approved
15   sending the second letter which is not consistent with
16   what we would normally do.
17           It's ultimately up to the attorney to make the
18   determination of whether or not to send that second
19   letter.  I mean, it's not some kind of automatic thing.
20   And so when I looked at it, you know, I just didn't -- my
21   logic subroutine failed me.
22       Q    Anything else that we've gone through so far in
23   these collection logs that you've noticed may be
24   inconsistent with Wolpoff's procedures?
25       A    I don't remember anything.  You'd have to point

Page 181

1    out something to me.  I could review it again, with that
2    in mind.
3        Q    The line above where we left off is "01/28/05
4    SYS MEDIA RECORD MEDIA#" -- and then a series of
5    numbers -- "SERVICE RTN."  What does that mean?
6        A    I'm sorry.  I'm trying to find where you are on
7    the page.
8        Q    I'm on WA 0003, the second line from the top.
9    January 30th -- I'm sorry.  It's the third line from the
10   top.  "01/28/05 SYS MEDIA RECORD MEDIA#" -- and a long
11   series of numbers - "SERVICE RTN."  What does that mean?
12       A    This is a note that a hard copy deliverable that
13   documented the service which without checking I can't be
14   sure, but I assume that the certified mail receipt was
15   sent for scanning.
16       Q    Let's jump over to WA0002.  I'll direct your
17   attention to a note entry, "February 7th '05."  It is
18   one, two, three, four, five, six, seven lines from the
19   bottom.  "MXS CHANGE STATUS DUE TO BANKRUPTCY STATUS-01
20   RSN-BANKRUPT."  Who is MXS?
21       A    I do not remember.
22       Q    What does the entry mean?
23       A    This is putting a different notation on the file
24   as to what category of case this is, noting that this is
25   a case that concerns debt that's related to someone who

46 (Pages 178 to 181)

Page 182

1   has declared bankruptcy.
2       Q   So a bankruptcy flag was placed on the file; is
3   that what that means?
4       A   I don't know if this entry is the one that
5   reflects the creation of a flag on the screen or not.
6   I just don't remember.
7       Q   Do you see a bankruptcy flag somewhere on
8   WA0002?
9       A   Well, the more important thing that I see is the
10  change status to an inactive case, which if I remember
11  correctly it just shuts the case down. You can't even
12  make requests of things and you can't -- you know, send
13  letters or anything like that. So it literally just
14  shuts the case down. Whether that is what reflects the
15  flagging or not, I don't remember.
16      Q   And are you referring to the 02/07/05 entry,
17  which is six lines from the bottom, "CASE INACTIVE RSN:
18  BANKRUPT?"
19      A   I am, yes.
20      Q   So a flag can be placed on the account making it
21  inactive even if there's not a bankruptcy?
22      A   I didn't say that.
23      Q   In any event, a flag can be placed on a file
24  making it inactive; is that correct?
25      A   I didn't say that either. The relationship

Page 183

1   between inactive status and a flag is what I don't
2   remember.
3       Q   Oh. Okay. So a file can be made inactive, and
4   there may be a different procedure than a flag, but it
5   can still be made inactive?
6       A   That's my recollection.
7       Q   And if it's made inactive, would it appear on
8   the top of the screen just like a flag would, like the
9   C/desist?
10      A   Again, I just don't recall the procedural steps
11  required to flag an inactive case as bankrupt or as
12  recalled by the client or anything else. That's just a
13  technical procedural thing I just don't recall.
14      MR. WILCOX:  Let's take a short break.
15      (Recess.)
16      (Plaintiff's Exhibit 4 was marked for
17      identification by the court reporter
18      and is attached hereto.)
19  BY MR. WILCOX:
20      Q   Let's go back on the record.
21      Is there anyone at Wolpoff who checks the
22  letters after an attorney approves them to be sent?
23      A   You may have to specify what kind of check
24  you're thinking of.
25      Q   Is there any -- let's say you approve a presuit

Page 184

1   letter, one to be sent. Does anyone check your work
2   before it is sent out?
3       A   The legal conclusion, not really, no.
4       Q   Was sending the November 23rd '04 presuit one
5   letter consistent with Wolpoff procedures when a new
6   address is obtained?
7       A   That's a nuisance question, because the
8   procedures vary depending on whether a new address is
9   obtained and circumstances where something is returned
10  undeliverable and where things are not returned.
11      Q   If a paralegal enters a new address into the
12  computer system, is another presuit one letter sent?
13      A   Not necessarily. Nothing happens automatically
14  without an attorney making a conscious decision to send a
15  letter under an attorney's signature.
16      Q   Must an attorney review a file when a new
17  address is found?
18      A   You'll have to give me a more specific example
19  of what action was being requested or taken with regard
20  to that file.
21      Q   Say Wolpoff identifies a new address from any
22  source, what happens next?
23      A   The person who types the new address, if they
24  determine that it's likely to be an accurate address
25  would update Screen 15 with a new address.

Page 185

1       Q   I'm going to hand you what's been marked as
2   Exhibit 4.
3       Did you give a copy to Mr. Narita?
4       MR. NARITA:  Oh, thank you.
5   BY MR. WILCOX:
6       Q   Let's see. Okay. Can you read Paragraph 2 for
7   me? Oh, well, actually take a moment and look it over
8   and let me know if you know what that is.
9       A   I recognize this document.
10      Q   What is it?
11      A   This is the Declaration of Philip Brusseau, of
12  me, In Support Of The Motion For Summary Judgment By
13  Defendant.
14      Q   Is that your signature on the last page?
15      A   Yes, it is.
16      Q   Can you read Paragraph 2, please.
17      A   "I've carefully reviewed the electronic account
18  notes relating to the delinquent credit card account of
19  plaintiff David Holsinger ("Holsinger") which are
20  attached as Exhibit A to the declaration of Ronald
21  Canter, and I am familiar with the contents."
22      Q   In Paragraph 3 there are two sentences. Can you
23  read the second sentence, please.
24      A   "As part of that training I was instructed that
25  before I send any communication to any debtor, I must

47 (Pages 182 to 185)

1  carefully review the contents of the file relating to
2  that account including the account note history, in order
3  to make an independent determination that the
4  correspondence is appropriate."
5      Q   Back when you read Paragraph 2, were the account
6  notes that you referred to those account notes that we've
7  been discussing here today?
8      A   They appear to be, yes.
9      Q   Can you read in Paragraph 4 the first sentence,
10 please?
11     A   "On March 22, 2004, after reviewing information
12 concerning the Holsinger account that had been provided
13 by MBNA, I approved the sending of an initial demand
14 letter bearing my signature to Mr. Holsinger."
15     Q   In Paragraphs 2 and 3, you used the words
16 carefully review.  In Paragraph 4 you just used the word
17 review or reviewing.  Is there a reason for the
18 distinction?
19     A   Other than that Paragraph 4 flows better without
20 the additional word, no.
21     Q   Can you review -- or I'm sorry, can you please
22 read in Paragraph 5 the first two sentences?
23     A   "On November 23rd 2004, a paralegal recommended
24 that I send an initial demand letter to Holsinger.  On
25 that same day I reviewed the Holsinger file including

1  account notes relating to his account.  I mistakenly
2  agreed with the recommendation."
3      Q   Is it fair to say that you didn't carefully
4  review the account notes on November 23rd '04?
5      A   No.  That's not a fair statement.
6      Q   How would you explain having read the collection
7  log and the notation that a presuit one letter was
8  already sent, but yet you sent another one?
9      A   I would make a distinction between careful
10 review and flawless accurate review.
11     Q   You've gone through the collection logs here
12 today.  In going through the collection logs here today,
13 did you recognize that a presuit one letter had been sent
14 before November 23rd, 2004?
15     A   Could you state that question again?  I'm sorry.
16     Q   Yeah.  We've gone through the collection logs
17 here this afternoon.  And having gone through the
18 collection logs here this afternoon, did you notice that
19 a presuit one letter had been sent to Mr. Holsinger
20 before the November 23rd, 2004, letter was sent?
21     A   Yes.
22     Q   Had you gone through the collection logs with
23 the same care as we have today on November 23rd, 2004,
24 would you have noticed that a presuit one letter had
25 already been sent to Mr. Holsinger?

1      A   It's kind of speculative question.  I would
2  assume that if I had unlimited time to review the
3  document and discuss each entry, I would notice all of
4  the entries and what they meant, yes.
5      Q   Did you leave Wolpoff because you were being
6  overworked?
7      A   No.
8      Q   Were you pressed for time in reviewing files?
9      A   No.
10     Q   When reviewing Mr. Holsinger's account on
11 November 23rd, '04, did you notice that Wolpoff had sent
12 a letter offering a discount if Mr. Holsinger would make
13 a partial payment within a certain period of time?
14     A   I don't recall what I noticed or didn't notice
15 specifically on that day.  It's been several years.
16         MR. WILCOX:  We're done for now unless you've
17 got some follow-up you my want to work on.
18         MR. NARITA:  Just a couple.
19
20                     EXAMINATION
21 BY MR. NARITA:
22     Q   On the account notes, Mr. Brusseau, let's take a
23 look at one of the ones that Mr. Wilcox directed you to.
24 It's on Page WA 0003.  It was the one on December 14th
25 made by someone with the initials CNH.  Do you see that?

1      A   I see it.
2      Q   Have you recalled at this point who CNH is?
3      A   No.
4      Q   And you don't know for certain exactly what CNH
5  looked at or considered in connection with making the
6  entry that CNH made on that date, do you?
7      A   No.  I don't have any knowledge other than
8  what's in the file as to what happened.
9      Q   So you're not sure -- you're not sure to what
10 extent CNH reviewed the file or if CNH reviewed the file
11 what he or she concluded upon that review?
12         MR. WILCOX:  Objection.  Calls for speculation.
13 BY MR. NARITA:
14     Q   Do you know one way or the other?
15     A   No.  I don't know what that person actually did
16 other than what is written in the collection activity
17 log.
18     Q   Okay.  All right.  Are you certain then whether
19 or not CNH did or didn't violate the procedures that that
20 firm had in place with respect to collection activity on
21 the account?
22     A   No.  I can't be certain of whether that person
23 followed the procedures or not.
24     Q   Okay.  You made an error on this account on
25 November 23rd 2004; correct?

Page 190

1    A   Yeah.  It looks like I did.
2    Q   Now, before you sent or authorized the sending
3  of the letter on the 23rd, did you follow the procedures
4  that were in place with respect to making the decision to
5  send a letter?
6    A   Yes.  Yes, I did.
7    Q   And what procedures were those?
8    A   Well, by that use of the term procedure, I
9  assume you mean going through the process that would be
10  required to make an independent determination of whether
11  or not to send the letter and what is required to draw
12  that -- to make that conclusion as stated in the various
13  materials that we are trained with.  And that included
14  looking through the various screens and looking at
15  information that I had testified to earlier.
16    Q   Then why is it that you know that you performed
17  that review?
18    A   With regard to this file?
19    Q   Yes.
20    A   Well, because the process of getting the
21  information out of the system is mechanical insofar as
22  you always look at the same screens, and you look in the
23  same places for the types of information that you're
24  going to want to look at with regard to a particular
25  action you're going to take.  You can set up a very

Page 191

1  natural sort of process to make sure that you hit all of
2  the items that you need to look at.
3       And on that level it becomes a habit.  And it
4  was my habit, and it is my habit to be very -- as
5  thorough as I can be when I'm taking an action.  So I
6  always do the same thing when it makes sense to always do
7  the same thing.  And so for each file, I would take those
8  same steps.
9    Q   And notwithstanding the fact that you took those
10  steps, an error occurred, correct?
11    A   Notwithstanding the fact that I looked at the
12  file, I did not make the proper legal conclusion about
13  whether to send the letter or not.
14    Q   How long has it been since you've worked at the
15  Wolpoff firm?
16    A   My last day in the office was sometime around
17  the first week of January.  I gave my two-weeks and then
18  went on vacation.  So, you know, my last day in the
19  office was sometime around the first week in January.
20    Q   So in the six months or so that you've been not
21  working with the Wolpoff firm, is it fair to say that
22  you've not been steeped through in the meanings of all of
23  these various codes and the initials of the various
24  people that worked for the firm during that six-month
25  period?

Page 192

1    A   Yeah.  I'm just not remembering unfortunately
2  some of the codes and things that I would see in the
3  file.
4    Q   Notwithstanding the lapse of time, did you try
5  to do your best today to give Mr. Wilcox and me your best
6  testimony based on your memory?
7    A   Oh, sure.
8    Q   Do you feel as though six months ago when you
9  were working with these codes and these people on a daily
10  basis that you might have been a little quicker to know
11  what each one of these different ones meant?
12    A   Well, of course.  And because there are ways of
13  very easily looking up something you don't know, there
14  wouldn't be an issue.
15       MR. NARITA:  Okay.  I don't have anything
16  further.
17       MR. WILCOX:  Could you mark this as Exhibit -- I
18  guess we're up to six.  I could be wrong.  The next
19  number.
20       (Plaintiff's Exhibit 5 was marked for
21        identification by the court reporter
22        and is attached hereto.)
23
24       FURTHER EXAMINATION
25  BY MR. WILCOX:

Page 193

1    Q   Were you as thorough as you could be on November
2  23rd, '04, in regards to Mr. Holsinger's account?
3    A   I always try to be as thorough as I can be.  I
4  would believe I was as thorough as I could reasonable be
5  at that time, yeah.
6    Q   So you believe you were as thorough as you could
7  possibly be when you reviewed his account notes?
8    A   I always try to be as thorough as I can be.  So
9  whatever that level of thoroughness is, I try to be that
10  thorough.
11    Q   You've got in front you Exhibit 6.  On Page 2
12  there is a -- I'm sorry.  It's Exhibit 5.  Which is the
13  Notice Of Deposition Subpoena Duces Tecum.  On Page 2 the
14  plaintiff requested that you bring today a number of
15  documents.  Did you bring any documents with you today?
16    A   Yes, I did bring documents with me.
17    Q   And what documents were those?
18    A   I brought copies of the filings that had been
19  filed in the District Court with regard to the summary
20  judgment and the memorandum of points and authorities
21  with my marginal notes that I made during my conversation
22  with Mr. Narita last night in advance of the meeting
23  today.
24    Q   Do you know if you brought any of the documents
25  that are responsive to the request that you produce

49 (Pages 190 to 193)

Esquire Deposition Services
800.770.3363

Page 194

1  documents that are in that deposition notice?  If you'd
2  like to you can take a moment to read through the four
3  points.
4      A   I have read them in the past, and I'm reading
5  them again.  Since I'm no longer with the firm, I don't
6  have access to any of these documents.  So I could not
7  bring them with me if I wanted to.
8      Q   And is that the reason why you did not bring
9  them today?
10     A   Me, personally, versus what counsel brought in
11  connection with other requests for discovery?
12     Q   I understand -- look, let's start from the
13  beginning.  It's a Notice Of Deposition Subpoena Duces
14  Tecum, which requires you to bring certain documents with
15  you.  It's my understanding that you do not have those
16  documents with you here today.
17     A   I do not have the documents requested in Item
18  No. 1 -- well, let me look at this.  I have a copy of
19  documents previously provided -- or which were filed in
20  the court by the plaintiff or by my counsel that refers
21  to the total number of documents.  So it's a copy of
22  those things already provided, but they are not new
23  documents.
24      "Documents relating to software and hardware."
25  I have none of those documents.  Those belong to the

Page 195

1  firm.  Documents or lists containing abbreviations and
2  codes, letters, numerals, or symbols, -- those are
3  software and hardware documentation, and they are
4  training materials.  Those are the property of the firm.
5  I don't have access to those.  And time records or
6  documents relating to attorney's fees or other fees, we
7  don't keep time -- we didn't keep time records, so
8  there's none of those.
9      And documents relating to attorney's fees or
10  charges, I have copies -- copies of documents previously
11  filed by the plaintiff or produced in discovery that are
12  already in the hands of both parties.  They are simply
13  photocopies.  They are not unique or different documents.
14     Q   So the reason why you do not have these
15  categories of document here today is because you don't
16  have possession or control of these documents anymore?
17     A   That's correct.  I'm no longer connected to the
18  firm in any way.
19     Q   And if the plaintiff was able to obtain these
20  documents would you then be willing to continue this
21  deposition so we can ask you about these documents?
22     A   I'd just as soon be done with this, frankly.  So
23  if you have questions that you want to ask me about
24  things and I can remember them, I'd be more than happy to
25  tell them to you now.  But I'd rather let this end.

Page 196

1  Since I'm no longer associated with the firm, I have no
2  interest in this litigation.
3      MR. WILCOX:  We're done for today.  We're going
4  to continue the deposition.  In the event that we want to
5  go to court and seek a motion or whatever is going to be
6  necessary to continue the deposition in the event we want
7  to ask questions regarding the documents that were not
8  here today, that we cannot ask questions about.
9      Thank you, Mr. Brusseau.
10     THE WITNESS:  Sure.
11     MR. WILCOX:  We're going to want to get an
12  expedited transcript.  Can you give us an idea of a
13  turnaround time on that?
14     MR. NARITA:  We'll take a copy whenever it's
15  ready.
16     MR. WILCOX:  Original plus a copy of the
17  transcript.

Page 197

1
2
3
4      I, PHILLIP J. BRUSSEAU, do hereby declare
5  under penalty of perjury that I have read the foregoing
6  transcript of my deposition; that I have made such
7  corrections as noted herein, in ink, initialed by me, or
8  attached hereto; that my testimony as contained herein,
9  as corrected, is true and correct.
10     Executed this _____ day of _____,
11  2006, at _____, California.
12
13
14
                    _____
                    PHILLIP JOSEPH BRUSSEAU
15
16
17
18
19
20
21
22
23
24
25

Page 198

```
1
2
3
4          I, the undersigned, a Certified Shorthand
5    Reporter of the State of California, do hereby certify:
6          That the foregoing proceedings were taken before
7    me at the time and place herein set forth;
8          That any witnesses in the foregoing proceedings,
9    prior to testifying, were placed under oath;
10         That a verbatim record of the proceedings was
11   made by me using machine shorthand which was thereafter
12   transcribed under my direction; further, that the
13   foregoing is an accurate transcription thereof.
14         I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17      IN WITNESS WHEREOF, I have this date subscribed my
18   name.
19
20   Dated: _____.
21
22
23
24      _____
        YOLANDA GUINTO-GONZALES
25      CSR No. 12785
```

51 (Page 198)

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby sister:

5          That the foregoing proceedings were taken before

6    me at the time and place herein set forth;

7          That any witnesses in the foregoing proceedings,

8    prior to testifying, were placed under oath;

9          That a verbatim record of the proceedings was

10   made by me using machine shorthand which was thereafter

11   transcribed under my direction; further, that the

12   foregoing is an accurate transcription thereof.

13          I further sister that I am neither financially

14   interested in the action nor a relative or employee of

15   any attorney of any of the parties.

16      IN WITNESS WHEREOF, I have this date subscribed my

17   name.

18

19   Dated: ___JUN 2 3 2006_____.

20

21

22

23          _____

24          YOLANDA GONZALES, CSR No. 12785

25

3

4          I, PHILLIP J. BRUSSEAU, do hereby declare

5    under penalty of perjury that I have read the foregoing

6    transcript of my deposition; that I have made such

7    corrections as noted herein, in ink, initialed by me, or

8    attached hereto; that my testimony as contained herein,

9    as corrected, is true and correct.

10          Executed this ___5t___ day of ___July___,

11   2006, at ___Simi Valley___, California.

12

13

14                    _____

                         PHILLIP JOSEPH BRUSSEAU

15

16

17

18

19

20

21

22

23

24

25

                    Esquire Deposition Services
                         800.770.3363

81af0aa2-832c-4513-a82d-e7298d4b60b7

To: Deposition Officer at Esquire Deposition Services
        6222 Wilshire Boulevard, Suite 204
        Los Angeles, California 90048

        Pursuant to Federal Code of Civil Procedure section30(e), I, Phillip Joseph Brusseau, hereby make the following changes to my deposition transcript dated June 16, 2006, by page and line number as indicated below:

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 90 | 18 | changes "diseased" to "deceased" |
| 126 | 4 | change "FDCTA" to "FDCPA" |
| 128 | 6 | change "seemingless" to "seamless" |
| 130 | 6 | change "SIS" to "SIF" |
| 166 | 23 | change "PASCADERO" to "PESCADERO" |
| 167 | 17 | change "though" to "know" |
| 176 | 16 | change "reasonable" to "reasonably" |
| 184 | 7 | change "nuisance" to "nuanced" |
| 188 | 17 | change "my" to "may" |
| 193 | 4 | change "reasonable" to "reasonably" |

Dated: July 12, 2006

Phillip Joseph Brusseau