**E-Filed 8/3/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID JAMES HOLSINGER, <br><br> Plaintiff, <br><br> v. <br><br> WOLPOFF & ABRAMSON, LLP et al., <br><br> Defendants. | Case Number C 05-02075 JF (PVT) <br><br> ADMINISTRATIVE ORDER |

On July 27, 2006, this Court issued an Order granting in part and denying in part the parties' cross-motions for summary judgment and motion for partial summary judgment. In light of that Order and as requested by the Court, the parties have submitted statements advising the Court as to whether they would prefer a bench or jury trial and as to whether the current trial date of August 25, 2006 is practicable. Having considered the parties' preferences, the Court hereby orders the parties to attend a settlement conference with Magistrate Judge Lloyd prior to September 1, 2006. The Court will vacate all of the presently scheduled pretrial and trial dates and hereby sets a Case Management Conference in the above-entitled actions for Friday, September 1, 2006 at 11:00 for the purpose of discussing the anticipated trial and rescheduling

Case No. C 05-02075 JF (PVT)
ADMINISTRATIVE ORDER
(JFLC1)

1 these dates.

2    IT IS SO ORDERED.

3 DATED:  August 3, 2006

```
                               _____
                               JEREMY FOGEL
                               United States District Judge
```

Case No. C 05-02075 JF (PVT)
ADMINISTRATIVE ORDER
(JFLC1)

1   This Order has been served upon the following persons:

2   Tomio B. Narita                tnarita@wsnlaw.com,

3   Frederick William Schwinn      cand_cmecf@sjconsumerlaw.com,
                                   fred.schwinn@sjconsumerlaw.com; fschwinn@gmail.com

4

5   Jeffrey A. Topor               jtopor@wsnlaw.com,

    Ronald Wilcox                  ronaldwilcox@post.harvard.edu

3

Case No. C 05-02075 JF (PVT)
ADMINISTRATIVE ORDER
(JFLC1)