\*\*E-filed 8/31/06\*\*

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DAVID JAMES HOLSINGER

6

7

8           **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN JOSE DIVISION**

10 | DAVID JAMES HOLSINGER, | Case No. C05-02075-JF-PVT |

11 |         Plaintiff, |

12 | v. | **STIPULATION FOR DISMISSAL AND [P~~ROPOSED~~] ORDER** |

13 | WOLPOFF & ABRAMSON, L.L.P., a | Fed. R. Civ. P. 41(a)(1) |
14 | District of Columbia limited partnership, |

15 |         Defendant. |

16        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAVID JAMES HOLSINGER, and

17 Defendant, WOLPOFF & ABRAMSON, L.L.P., stipulate, and the Court hereby orders, as follows:

18        1.   The dispute between the parties has been settled, therefore, the claims asserted

19 by Plaintiff, DAVID JAMES HOLSINGER, against Defendant, WOLPOFF & ABRAMSON,

20 L.L.P., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

21 Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

1 | Dated: August 25, 2006

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
DAVID JAMES HOLSINGER

2

3

4 | Dated: August 25, 2006

/s/ Tomio B. Narita
Tomio B. Narita, Esq.
Attorney for Defendant
WOLPOFF & ABRAMSON, L.L.P.

5

6

7 | THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

8

9 | Dated: 8/31/06

10 | The Honorable Jeremy Fogel
Judge of the District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION FOR DISMISSAL                                    Case No. C05-02075-JF-PVT